ALEXIS COLL-VERY (SBN: 212735)
acoll-very@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Counsel for Defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc. and RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings, Inc.

ORIGINAL FILED
2010 JUL 12 P 3: 53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC., et. al.,<br><br>Defendants. | CASE NO. CV-10-3039 SC<br><br>(Removed from the Superior Court of California for the City and County of San Francisco, Case No. CGC-10-497839)<br><br>**NOTICE OF CONSENT TO REMOVAL** |

Defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc. and RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings, Inc. (the "RBS Defendants") hereby consent to the Notice of Removal filed in the above-captioned action by UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. (the "Removing Defendants") on July 12, 2010, and join in the arguments contained therein to the extent that they apply to the RBS Defendants.

In addition, the allegations against the RBS Defendants relate in substantial part to the following securities, which were backed by mortgages originated by American Home Mortgage Corp. ("American Home"), an entity that is in bankruptcy:

- HarborView Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-5 (*See* First Amended Complaint, Schedule 18); and
- HarborView Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-7

NOTICE OF CONSENT TO REMOVAL

(*See* First Amended Complaint, Schedule 19).

      Pursuant to agreements containing certain indemnification provisions for the benefit of the RBS Defendants, and pursuant to statutory and common law, American Home owes the RBS Defendants indemnification and/or contribution obligations for any claims arising from actual or alleged material misstatements or omissions by American Home regarding its loan origination practices. Such obligations provide additional grounds for "related to" bankruptcy jurisdiction over this action pursuant to 28 U.S.C. § 1334(b).

      The undersigned RBS Defendants reserve the right to file a supplemental statement in support of their right to have federal jurisdiction maintained over the claims asserted against them. By consenting to the removal of this matter, the RBS Defendants do not waive and expressly preserve any and all defenses they may have including, but not limited to, lack of personal jurisdiction and ineffective service of process.

DATED: July 12, 2010      By: _____
                                  ALEXIS COLL-VERY (SBN: 212735)
                                  SIMPSON THACHER & BARTLETT LLP
                                  2550 Hanover Street
                                  Palo Alto, CA 94304
                                  Telephone: (650) 251-5000
                                  Facsimile: (650) 251-5002

*Counsel for Defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc. and RBS Holdings USA Inc. f/k/a Greenwich Capital Holdings, Inc.*