Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications to be filed*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

ORIGINAL FILED
2010 JUL 12 P 3: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., F/K/A GREENWICH | NO. CV-10-3039 SC <br><br> (SUPERIOR COURT OF CALIFORNIA FOR THE CITY AND COUNTY OF SAN FRANCISCO CASE NO. CGC-10-497839) <br><br> **NOTICE OF CONSENT TO AND JOINDER IN REMOVAL OF CIVIL ACTION** |

1  CAPITAL MARKETS, INC.; RBS              )
   ACCEPTANCE, INC., F/K/A GREENWICH )
2  CAPITAL ACCEPTANCE, INC.; RBS          )
   HOLDINGS USA, INC., F/K/A              )
3  GREENWICH CAPITAL HOLDINGS, INC.;)
   MORGAN STANLEY & CO.                    )
4  INCORPORATED; UBS SECURITIES,          )
   LLC; MORTGAGE ASSET                     )
5  SECURITIZATION TRANSACTIONS,           )
   INC.; MERRILL LYNCH, PIERCE,           )
6  FENNER & SMITH, INC.; WAMU             )
   CAPITAL CORP.; WASHINGTON              )
7  MUTUAL MORTGAGE SECURITIES             )
   CORP.; AND, DOES 1-50,                  )
8                                          )
                         Defendants.       )

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT Defendant Morgan Stanley & Co. Inc. ("Morgan Stanley") hereby consents to and joins in the removal of the above-captioned action by defendants UBS Securities, LLC ("UBS") and Mortgage Asset Securitization Transactions, Inc. ("MAST") from the Superior Court of the State of California for the County of San Francisco to the United States District Court for the Northern District of California.[1]

Dated: July 12, 2010

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

_____
Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)

James P. Rouhandeh
William J. Fenrich
Daniel J. Schwartz
(*pro hac vice applications to be filed*)

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

---

[1] Morgan Stanley appears specially for the purpose of removal only and reserves all defenses as to jurisdiction, service, or otherwise that may be available in this action.

1
NOTICE OF CONSENT TO AND JOINDER IN REMOVAL OF CIVIL ACTION