| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
|   | DRains@mofo.com |
| 2 | EUGENE ILLOVSKY (CA SBN 117892) |
|   | EIllovsky@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | CRAIG D. MARTIN (CA SBN 168195) |
|   | CMartin@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 8 | San Francisco, California 94105-2482 |
|   | Telephone:  415.268.7000 |
| 9 | Facsimile:  415.268.7522 |
| 10 | Attorneys for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | | Case No.     CV-10-3039 SC |
| | Plaintiff, | (Superior Court of California for the City and County of San Francisco Case No. CGC-10-497839) |
| | v. | **JOINDER IN NOTICE OF REMOVAL FROM SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO** |
| DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; RBS HOLDINGS USA, INC., F/K/A GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS | | |

SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; AND, DOES 1-50,

Defendants.

TO: Clerk of the United States District Court;

AND TO: Plaintiff and its counsel of record

PLEASE TAKE NOTICE that Defendants Countrywide Securities Corporation ("CSC") and Merrill Lynch, Pierce, Fenner & Smith, Inc. ("MLPF&S") hereby consent to and join in the Notice of Removal in this action to federal court by UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. (the "Removing Defendants"), originally commenced in the Superior Court of the State of California for City and County of San Francisco, Case No. CGC-10-497839.

## GROUNDS FOR REMOVAL

## JURISDICTION RELATED TO BANKRUPTCY

The allegations against CSC and MLPF&S arise from the following mortgage-backed securities ("MBS"), each of which were issued by and contain mortgages issued by bankrupt entities:

| **Schedule No.** | **Issuer** | **Description of Securitization** | **Underwriter** | **Defendant(s) Named by FHLB-SF** |
|---|---|---|---|---|
| 9 | IndyMac INDX Mortgage Loan Trust Series 2004-AR15 | MBS issued by IndyMac including loans originated by IndyMac as collateral. | Countrywide | Countrywide |
| 29 | IndyMac INDX Mortgage Loan Trust Series 2005-AR21 | MBS issued by IndyMac including loans originated by IndyMac as collateral. | Merrill Lynch | Merrill Lynch |
| 30 | IndyMac INDX Mortgage Loan Trust Series 2005 AR7 | MBS issued by IndyMac including loans originated by | Merrill Lynch | Merrill Lynch |

JOINDER IN NOTICE OF REMOVAL
CASE NO. CV-10-3039 SC
pa-1413112

2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | IndyMac as collateral. |  |  |
| 31 | IndyMac INDX Mortgage Loan Trust Series 2005-AR5 | MBS issued by IndyMac including loans originated by IndyMac as collateral. | Merrill Lynch | Merrill Lynch |
| 32 | IndyMac INDX Mortgage Loan Trust Series 2007-FLX6 | MBS issued by IndyMac including loans originated by IndyMac as collateral. | Merrill Lynch | Merrill Lynch |
| 33 | IndyMac INDX Mortgage Loan Trust Series 2007 FLX5 | MBS issued by IndyMac including loans originated by IndyMac as collateral. | Merrill Lynch | Merrill Lynch |

1.     IndyMac originated underlying mortgages for the securities listed above.  IndyMac made numerous representations to CSC and MLPF&S regarding their respective loan underwriting standards and the nature of mortgage loan collateral for each of the above securities.

2.     On July 11, 2008, the Federal Deposit Insurance Corporation was appointed receiver for IndyMac.  On July 31, 2008, IndyMac Bancorp, Inc. ("IndyMac Bancorp") the parent holdings company of IndyMac, filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California, *In re IndyMac Bancorp, Inc.*, Case No. 08-21752-BB (the "IndyMac Bankruptcy").

3.     Pursuant to agreements containing certain indemnification provisions for the benefit of CSC and MLPF&S, among others, and pursuant to statutory and common law, IndyMac owes CSC and MLPF&S indemnification and/or contribution for any claims arising from actual or alleged material misstatements or omissions made by IndyMac regarding their respective loan underwriting practices.

4.      In addition, the mortgage-backed securities purchased by FHLB-SF from CSC and MLPF&S were issued by IndyMac INDX Mortgage Loan Trust, an entity that is, on information and belief, a subsidiary of IndyMac Bancorp.

5.      "A civil proceeding is 'related to' a title 11 case if 'the outcome of the proceeding could conceivably have any effect of the estate being administered in bankruptcy.'" *McGuire v. United States*, 550 F.3d 903, 913 (9th Cir. 2008).

6.      This action is related to the IndyMac Bankruptcy because IndyMac owes indemnity obligations to CSC and MLPF&S, among others.  An indemnity obligation of this type could affect the property of the debtor, and thus gives rise to "related to" jurisdiction under 28 U.S.C. § 1334(b).  This action therefore may be removed to this Court by the Removing Defendants pursuant to 28 U.S.C. § 1452(a).  *See In re Fietz*, 852 F.2d 455, 457 (9th Cir. 1988.); *Pacific Life Ins. Co. v. J.P. Morgan Chase & Co.*, No. SA CV 03-813-GLT, 2003 U.S. Dist. LEXIS 14705 at *2-3 (C.D. Cal. July 1, 2003); *see also, Lone Star Fund V, L.P. v. Barclays Bank, PLC*, 594 F.3d 383, 387 (5th Cir. 2010).

WHEREFORE, CSC and MLPF&S join in the Notice of Removal in this action to federal court in the above-entitled action from the Superior Court of the State of California for the City and County of San Francisco to this Court for the reasons put forth by the Removing Defendants and for the additional reasons stated above, or for any other reasons the Court deems necessary and proper.

Dated: July 12, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
MORRISON & FOERSTER LLP

By:   /s/ Darryl P. Rains
        DARRYL P. RAINS

Attorneys for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.