BINGHAM MCCUTCHEN LLP
JOHN D. PERNICK (CA SBN 155468)
SUNEETA FERNANDES (CA SBN 257772)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
John.Pernick@bingham.com
Suneeta.Fernandes@bingham.com

BINGHAM MCCUTCHEN LLP
KENNETH I. SCHACTER
THEO J. ROBINS
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
Kenneth.Schacter@bingham.com
Theo.Robins@bingham.com

*Attorneys for Defendants J.P. Morgan Securities, Inc., Structured Assets Mortgage Investments II, Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., F/K/A GREENWICH | No. CV-10-3039 SC<br><br>**JOINDER IN NOTICE OF REMOVAL FROM SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO**<br><br>Civil No. CGC-10-497839 |

A/73431225.1

Case No. CV-10-3039 SC

JOINDER IN NOTICE OF REMOVAL

| | |
|---|---|
| 1 | CAPITAL ACCEPTANCE, INC.; RBS HOLDINGS USA, INC., F/K/A GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; WAMU CAPITAL CORP.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; AND, DOES 1-50, Defendants. |

TO: Clerk of the United States District Court;

AND TO: Plaintiff and its counsel of record

PLEASE TAKE NOTICE that Defendants J.P. Morgan Securities, Inc., ("JPMSI") Structured Asset Mortgage Investments II, Inc. ("SAMI"), The Bear Stearns Companies, LLC ("BSC"), WaMu Capital Corp. ("WCC") and Washington Mutual Mortgage Securities Corporation ("WMMSC") hereby consent to and join in the Notice of Removal in this action to federal court by UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. (the "Removing Defendants"), originally commenced in the Superior Court of the State of California for the City and County of San Francisco, Case No. CGC-10-497839.

## GROUNDS FOR REMOVAL

## JURISDICTION RELATED TO BANKRUPTCY

The allegations against JPMSI, SAMI and BSC arise from the following mortgage-backed securities ("MBS"), each of which was issued by and/or contains mortgages originated by bankrupt entities:

| Schedule No. | Issuer | Description of Securitization | Underwriter | Defendant(s) Named by FHLB-SF |
|---|---|---|---|---|
| 5 | Structured Asset Mortgage Investments II Trust, Series 2005-AR3 | MBS issued by SAMI, including loans originated by SouthStar Funding, LLC as collateral. | JPMSI | JPMSI SAMI |
| 6 | IndyMac INDX Mortgage Loan | MBS issued by IndyMac | JPMSI | JPMSI |

A/73431225.1                        1                    Case No. CV-10-3039 SC

JOINDER IN NOTICE OF REMOVAL

| | | | | |
|---|---|---|---|---|
| | Trust Series 2005-AR3 | including loans originated by IndyMac as collateral. | | |
| 7 | Bear Stearns Mortgage Funding Trust, Series 2007-AR3 | MBS issued by SAMI including loans originated by SouthStar Funding, LLC and Aegis Mortgage Corporation as collateral. | JPMSI | JPMSI SAMI BSC |
| 8 | Structured Asset Mortgage Investments II Trust, Series 2007-AR2 | MBS issued by SAMI including loans originated by SouthStar Funding, LLC as collateral. | JPMSI | JPMSI SAMI BSC |

**IndyMac**

1. IndyMac originated underlying mortgages for and issued the INDX 2005-AR3 MBS. IndyMac made numerous representations to JPMSI regarding its loan underwriting standards and the nature of mortgage loan collateral for the INDX Mortgage Loan Trust 2005-AR3 offering. On information and belief, the INDX Mortgage Loan Trust Series 2005-AR3 is a subsidiary of IndyMac Bancorp, Inc. ("IndyMac Bancorp"), the parent holding company of IndyMac.

2. On July 11, 2008, the Federal Deposit Insurance Corporation was appointed receiver for IndyMac. On July 31, 2008, IndyMac Bancorp filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California, *In re IndyMac Bancorp, Inc.*, Case No. 08-21752-BB (the "IndyMac Bankruptcy").

3. Pursuant to agreements containing certain indemnification provisions for the benefit of JPMSI, among others, and pursuant to statutory and common law, IndyMac owes JPMSI indemnification and/or contribution for any claims arising from actual or alleged material

misstatements or omissions made by IndyMac regarding their respective loan underwriting practices.

**SouthStar Funding, LLC**

4. SouthStar Funding, LLC ("SouthStar") originated underlying mortgages for certain MBS listed above. SouthStar made numerous representations to JPMSI and SAMI regarding its loan underwriting standards and the nature of mortgage loan collateral for the relevant MBS.

5. On April 11, 2007, SouthStar filed a voluntary petition for relief under Title 7 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, *In re SouthStar Funding, LLC*, Case No. 07-65842 (B) (N.D. Ga.) (the "SouthStar Bankruptcy").

6. Pursuant to agreements containing certain indemnification provisions for the benefit of JPMSI and SAMI, among others, and pursuant to statutory and common law, SouthStar owes JPMSI and SAMI indemnification and/or contribution for any claims arising from actual or alleged material misstatements or omissions made by SouthStar regarding their respective loan underwriting practices.

**Aegis Mortgage Corporation**

7. Aegis Mortgage Corporation ("Aegis") originated underlying mortgages for certain MBS listed above. Aegis made numerous representations to JPMSI and SAMI regarding its loan underwriting standards and the nature of mortgage loan collateral for the relevant MBS.

8. On August 13, 2007, Aegis filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, *In re Aegis Mortgage Corp.*, Case No. 07-11119 (BLS) (D. Del.) (the "Aegis Bankruptcy").

9. Pursuant to agreements containing certain indemnification provisions for the benefit of JPMSI and SAMI, among others, and pursuant to statutory and common law, Aegis owes JPMSI and SAMI indemnification and/or contribution for any claims arising from actual or alleged material misstatements or omissions made by Aegis regarding their respective loan underwriting practices.

10. "A civil proceeding is 'related to' a title 11 case if 'the outcome of the proceeding could conceivably have any effect on the estate being administered in bankruptcy.'" *McGuire v. United States*, 550 F.3d 903, 913 (9th Cir. 2008).

11. This action is related to the IndyMac Bankruptcy, the SouthStar Bankruptcy and the Aegis Bankruptcy because IndyMac, SouthStar and Aegis owe indemnity obligations to JPMSI and/or SAMI, among others. An indemnity obligation of this type could affect the property of the debtor, and thus gives rise to "related to" jurisdiction under 28 U.S.C. § 1334(b). This action therefore may be removed to this Court by the Removing Defendants pursuant to 28 U.S.C. § 1452(a). *See In re Fietz*, 852 F.2d 455, 457 (9th Cir. 1988.); *Pacific Life Ins. Co. v. J.P. Morgan Chase & Co.*, No. SA CV 03-813-GLT, 2003 U.S. Dist. LEXIS 14705 at *2-3 (C.D. Cal. July 1, 2003); *see also Lone Star Fund V, L.P. v. Barclays Bank, PLC*, 594 F.3d 383, 387 (5th Cir. 2010).

WHEREFORE, JPMSI, SAMI, BSC, WCC and WMMSC join in the Notice of Removal in this action to federal court in the above-entitled action from the Superior Court of the State of California for the City and County of San Francisco to this Court for the reasons put forth by the Removing Defendants and for the additional reasons stated above, or for any other reasons the Court deems necessary and proper.

Dated: July 12, 2010        BINGHAM MCCUTCHEN LLP

By: *John Pernick*
JOHN D. PERNICK

*Attorneys for Defendants J.P. Morgan Securities, Inc., Structured Assets Mortgage Investments II, Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation*