SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947

Of Counsel:
CRAVATH, SWAINE & MOORE LLP
RICHARD W. CLARY
rclary@cravath.com
MICHAEL T. REYNOLDS
mreynolds@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:   (212) 474-3700

Attorneys for Defendant
CREDIT SUISSE SECURITIES (USA), LLC
f/k/a CREDIT SUISSE FIRST BOSTON LLC

*ORIGINAL FILED 2010 JUL 12 P 2:48 RICHARD W. WIEKING [CLERK, U.S. DISTRICT COURT]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>        Plaintiff,<br><br>  vs.<br><br>DEUTSCHE BANK SECURITIES, INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., f/k/a BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, f/k/a THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, f/k/a CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.; RBS HOLDINGS | CASE NO. CV-10-3039 SC<br><br>Removed from:<br><br>Superior Court of California for the City and County of San Francisco Case No. CGC-10-497839<br><br>**NOTICE OF JOINDER IN REMOVAL OF CIVIL ACTION** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | USA, INC., f/k/a GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; WAMU CAPITAL CORP.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; and DOES 1-50,<br>        Defendants. |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

 1. PLEASE TAKE NOTICE THAT Defendant Credit Suisse Securities (USA), LLC ("Credit Suisse"), pursuant to 28 U.S.C. § 1446(a), hereby consents to, joins in, and adopts as if filed as its own, the Notice of Removal ("the Notice of Removal") filed by Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions Inc., in the United States District Court for the Northern District of California, San Francisco Division, on July 12, 2010. Credit Suisse was served with a summons and a copy of the First Amended Complaint in this action on June 10, 2010.

 2. As additional and independent grounds for removal to those set forth in the Notice of Removal, Credit Suisse states as follows:

 3. The allegations against Credit Suisse in this action ("the CS allegations") arise in connection with the following mortgage-backed securities, each of which was issued by and is collateralized by mortgages issued by a bankrupt entity.

| Schedule No. | Issuer | Description of Securitization | Underwriter | Defendant Named by FHLB-SF |
|---|---|---|---|---|
| 10 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2004-AR13 | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSFB LLC | CSS (USA) LLC f/k/a CSFB LLC |
| 11 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-AR21IP | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSS (USA) LLC | CSS (USA) LLC f/k/a CSFB LLC |

| | | | | |
|---|---|---|---|---|
| 12 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-AR19 | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSS (USA) LLC | CSS (USA) LLC f/k/a CSFB LLC |
| 13 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-AR5 | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSS (USA) LLC | CSS (USA) LLC f/k/a CSFB LLC |
| 14 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-AR41 | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSS (USA) LLC | CSS (USA) LLC f/k/a CSFB LLC |
| 15 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-AR33 | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSS (USA) LLC | CSS (USA) LLC f/k/a CSFB LLC |
| 16 | IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-R1 A1 | Securitization issued by and collateralized by mortgage loans originated by IndyMac | CSFB LLC | CSS (USA) LLC f/k/a CSFB LLC |

4. On July 11, 2008, the Federal Deposit Insurance Corporation was appointed receiver for IndyMac Bank F.S.B.. On July 31, 2008, IndyMac Bancorp, Inc., the parent holding company of IndyMac Bank F.S.B., filed a voluntary petition for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California, In re IndyMac Bancorp, Inc., Case No. 08-21752-BB (the "IndyMac Bankruptcy").

5. As the originator of the collateral loans at issue in the CS allegations and as the issuer of the securities at issue in the CS allegations, IndyMac made numerous representations to Credit Suisse regarding the mortgage loans, as well as the underwriting guidelines used in originating those loans.

6. Pursuant to written agreements containing, inter alia, indemnification provisions for the benefit of Credit Suisse, and pursuant to statutory and common law, IndyMac owes Credit Suisse indemnification and/or contribution in the event that a judgment is entered against Credit Suisse in this action.

7. In addition, the securities at issue in the CS allegations were issued by IndyMac INDX Mortgage Loan Trust, which, on information and belief, is a subsidiary of IndyMac Bancorp, Inc..

8. "A civil proceeding is 'related to' a title 11 case if 'the outcome of the proceeding could conceivably have any effect on the estate being administered in bankruptcy.'" McGuire v. United States, 550 F.3d 903, 913 (9th Cir. 2008).

9. This action is related to the IndyMac Bankruptcy because of IndyMac's indemnity obligations to Credit Suisse set forth above. An indemnity obligation of this type could effect the property of the debtor, and thus gives rise to "related to" jurisdiction under 28 U.S.C. § 1334(b). See In re Fietz, 852 F.2d 455, 457 (9th Cir. 1988); Pacific Life Ins. Co. v. J.P. Morgan Chase & Co., No. SA CV 03-813-GLT, 2003 U.S. Dist. LEXIS 14705 at *2-3 (C.D. Cal. July 1, 2003); see also Lone Star Fund V, L.P. v. Barclays Bank, PLC, 594 F.3d 383, 387 (5th Cir. 2010).

10. Accordingly, in addition to and independently of the grounds for removal set forth in the Notice of Removal, this action may be removed to this Court by Credit Suisse pursuant to 28 U.S.C. § 1452(a).

DATED: July 12, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ROBERT J. STUMPF, JR., Cal. Bar No. 72851

Of Counsel:
CRAVATH, SWAINE & MOORE LLP,
Richard W. Clary
Michael T. Reynolds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com

Attorneys for Defendant Credit Suisse Securities (USA), LLC f/k/a Credit Suisse First Boston LLC.

| SUPERIOR COURT OF CALIFORNIA | **SUMMONS**<br>*(CITACION JUDICIAL)* | COUNTY OF SAN FRANCISCO |
|---|---|---|

**SUM-100**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**DEFENDANTS**
**NOTICE TO DEFENDANT:** *(AVISO AL DEMANDADO):*
DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC;
Additional Parties Attachment form is attached.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDATE)*
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
    There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
    Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: *(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
400 McAllister Street
San Francisco, California 94102

CASE NUMBER *(Número del Caso):*
CGC-10-497839

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
415-392-7900     415-398-4321 fax
ROBERT A. GOODIN, SBN 061302
FRANCINE T. RADFORD, SBN 168269/ANNE H. HARTMAN, SBN 184556
GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
505 Sansome Street, Suite 900, San Francisco, California 94111
Additional Counsel listed on Additional Page form attached

DATE: JUN 09 2010      **CLERK OF THE COURT**     Clerk, by WESLEY RAMIREZ , Deputy
*(Fecha)*                                          *(Secretario)*                       *(Adjunto)*
(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Credit Suisse Securities (USA) LLC, F/K/A Credit Suisse First Boston LLC
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)
          ☒ other *(specify):* Limited Liability Company
4. ☐ by personal delivery on *(date):*

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

SF-C53

SUM-200(A)

| SHORT TITLE: Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al. | CASE NUMBER: CGC-10-497839 |

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff  [X] Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

RBS SECURITIES, INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; RBS HOLDINGS USA, INC., F/K/A GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH PIERCE, FENNER & SMITH, INC.; AND DOES 1 - 50

Page ___ of ___
Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Legal Solutions Plus

| SHORT TITLE: Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc., et al. | CASE NUMBER: CGC-10-497839 |
|---|---|

1. GRAIS & ELLSWORTH LLP
2. DAVID J. GRAIS (pro hac vice)
3. KATHRYN C. ELLSWORTH (pro hac vice)
4. OWEN L. CYRULINK (pro hac vice)
5. 70 East 55th Street
6. New York, New York 10022
7. Telephone:   (212) 755-0100
8. Facsimile:   (212) 755-0052

(Required for verified pleading) The items on this page stated on information and belief (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with this court.   Page 3

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501