1  Standard & Poor's Rating Services. These were the highest ratings available from these two

2  rating agencies.

3       Credit Suisse also stated: "It is a condition to the issuance of the senior certificates that

4  they be rated AAA by Standard & Poor's . . . and Aaa by Moody's Investors Service, Inc. . . ."

5  INDX 2004 AR-13 Pros. Sup. S-65 to S-66.

6  **Item 117.**    **Summary of loans about which the Defendants made untrue or misleading statements:**

7

8      **(a)**    **Number of loans whose LTVs were materially understated: 127**

9      **(b)**    **Number of loans in which the owner's equity was reduced by 5% or more by**
10            **undisclosed additional liens: 10**

11      **(c)**    **Number of loans that suffered EPDs: 3**

12      **(d)**    **Number of loans in which the properties were stated to be owner-occupied**
13            **but were not: 90**

14      **(e)**    **Eliminating duplicates, number of loans about which the Defendants made**
             **untrue or misleading statements: 202**

15      **(f)**    **Eliminating duplicates, percent of loans about which the Defendants made**
16            **untrue or misleading statements: 20.9%**

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

**SCHEDULE 11 TO THE AMENDED COMPLAINT**

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendant Credit Suisse.

**Item 43.    Details of trust and certificate(s).**

(a)    **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

(b)    **Description of the trust:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-AR21IP was a securitization in November 2007 of 4,037 mortgage loans, in 10 groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by IndyMac Bank, F.S.B. INDX 2007-AR21IP Pros. Sup. S-5 and S-35.

(c)    **Description of the certificate(s) that the Bank purchased:** Credit Suisse offered and sold to the Bank two senior certificates in this securitization, in tranches 1-A-1 and 7-A-1, for which the Bank paid $136,209,478 and $130,564,521, respectively, plus accrued interest, on November 30, 2007.

(d)    **Ratings of the certificate(s) when the Bank purchased them:** Certificate 1-A-1: Standard & Poor's • AAA; Fitch • AAA. Certificate 7-A-1: Standard & Poor's • AAA; Fitch • AAA.

(e)    **Current ratings of the certificate(s):** 1-A-1 Certificate: Standard & Poor's • BBB; Fitch • BB. 7-A-1 Certificate: Standard & Poor's • CCC; Fitch • C.

(f)    **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/1090295/000112528204006550/b403120_424b5.txt.

(g)    **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificates that the Bank purchased, were issued pursuant or traceable to a registration statement filed by IndyMac MBS, Inc. with the SEC on form S-3 on February 14, 2007. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

**Item 51.**       **Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 1 was 69.33% and the weighted-average current LTV was 63.77%. INDX 2007-AR21IP Pros. Sup. S-6.

(b)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 2 was 71.53% and the weighted-average current LTV was 65.79%. INDX 2007-AR21IP Pros. Sup. S-6.

(c)       As of the cut-off date, the weighted average original LTV of the mortgage loans in Aggregate Loan Group I was 70.12% and the weighted-average current LTV was 64.5%. INDX 2007-AR21IP Pros. Sup. S-7.

(d)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 3 was 70.57%. INDX 2007-AR21IP Pros. Sup. S-7.

(e)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 4 was 70.6%. INDX 2007-AR21IP Pros. Sup. S-7.

(f)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 5 was 70.59%. INDX 2007-AR21IP Pros. Sup. S-7.

(g)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 6 was 74.34%. INDX 2007-AR21IP Pros. Sup. S-8.

(h)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 7 was 75.18%. INDX 2007-AR21IP Pros. Sup. S-8.

(i)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 8 was 70.7%. INDX 2007-AR21IP Pros. Sup. S-8.

(j)       As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 9 was 67.96%. INDX 2007-AR21IP Pros. Sup. S-9.

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1    (k)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in
2    Loan Group 10 was 68.72%. INDX 2007-AR21IP Pros. Sup. S-9.

3    (l)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in
4    Aggregate Loan Group II was 71.2%. INDX 2007-AR21IP Pros. Sup. S-9.

5    (m)    As of the cut-off date, 18.05% of the mortgage loans in Loan Group 1 had a
6    weighted-average original LTV of 71.68%. INDX 2007-AR21IP Pros. Sup. S-26.

7    (n)    As of the cut-off date, 36.71% of the mortgage loans in Loan Group 2 had a
8    weighted-average original LTV of 74.9%. INDX 2007-AR21IP Pros. Sup. S-26.

9    (o)    As of the cut-off date, 40.88% of the mortgage loans in Loan Group 3 had a
10   weighted-average original LTV of 73.32%. INDX 2007-AR21IP Pros. Sup. S-26.

11   (p)    As of the cut-off date, 35.24% of the mortgage loans in Loan Group 4 had a
12   weighted-average original LTV of 73.04%. INDX 2007-AR21IP Pros. Sup. S-26.

13   (q)    As of the cut-off date, 41.21% of the mortgage loans in Loan Group 5 had a
14   weighted-average original LTV of 72.64%. INDX 2007-AR21IP Pros. Sup. S-26.

15   (r)    As of the cut-off date, 46.36% of the mortgage loans in Loan Group 6 had a
16   weighted-average original LTV of 77.35%. INDX 2007-AR21IP Pros. Sup. S-26.

17   (s)    As of the cut-off date, 32.97% of the mortgage loans in Loan Group 7 had a
18   weighted-average original LTV of 77.39%. INDX 2007-AR21IP Pros. Sup. S-26.

19   (t)    As of the cut-off date, 28.39% of the mortgage loans in Loan Group 8 had a
20   weighted-average original LTV of 73.6%. INDX 2007-AR21IP Pros. Sup. S-26.

21   (u)    As of the cut-off date, 26.03% of the mortgage loans in Loan Group 9 had a
22   weighted-average original LTV of 71.67%. INDX 2007-AR21IP Pros. Sup. S-26.

23   (v)    As of the cut-off date, 30.07% of the mortgage loans in Loan Group 10 had a
24   weighted-average original LTV of 72.35%. INDX 2007-AR21IP Pros. Sup. S-26.

25   (w)    "At origination, all of the Mortgage Loans had a Loan-to-Value Ratio of 100% or
26   less." INDX 2007-AR21IP Pros. Sup. S-41.

27   (x)    As of the cut-off date, 69.35% of the mortgage loans in Loan Group 1 had an
28   original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1      (y)    As of the cut-off date, 79.99% of the mortgage loans in Loan Group 2 had an

2  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

3      (z)    As of the cut-off date, 35.33% of the mortgage loans in Loan Group 3 had an

4  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

5      (aa)   As of the cut-off date, 21.97% of the mortgage loans in Loan Group 4 had an

6  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

7      (bb)   As of the cut-off date, 33.27% of the mortgage loans in Loan Group 5 had an

8  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

9      (cc)   As of the cut-off date, 44.82% of the mortgage loans in Loan Group 6 had an

10  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

11      (dd)   As of the cut-off date, 0.73% of the mortgage loans in Loan Group 7 had an

12  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

13      (ee)   As of the cut-off date, none of the mortgage loans in Loan Group 8 had an original

14  LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

15      (ff)    As of the cut-off date, 30.28% of the mortgage loans in Loan Group 9 had an

16  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

17      (gg)   As of the cut-off date, 61.64% of the mortgage loans in Loan Group 10 had an

18  original LTV greater than 80%. INDX 2007-AR21IP Pros. Sup. S-41.

19      (hh)   In "The Mortgage Pool" section of the prospectus supplement, Credit Suisse

20  presented tables of statistics about the mortgage loans in the collateral pool. INDX 2007-AR21IP

21  Pros. Sup. S-42 to S-162. Each table focused on a certain characteristic of the loans (for example,

22  current principal balance) and divided the loans into categories based on that characteristic (for

23  example, loans with current principal balances of $50,000.01 to $100,000, $100,000.01 to

24  $150,000, $150,000.01 to $200,000, etc.). Each table then presented various data about the loans

25  in each category. Among these data was the "Weighted Average Original Loan-to-Value Ratio"

26  and the "Weighted Average Current Loan-to-Value Ratio." There were 24 such tables in "The

27  Mortgage Pool" section for the loans in Loan Group 1. In each table, the number of categories

28  into which the loans were divided ranged from one to 33. Thus, in "The Mortgage Pool" section,

-4-

Credit Suisse made hundreds of statements about the original LTVs and the current LTVs of the loans in Loan Group 1. INDX 2007-AR21IP Pros. Sup. S-42 to S-52.

(ii)   "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of the Group 1 Mortgage Loans was approximately 69.33%." INDX 2007-AR21IP Pros. Sup. S-44.

(jj)   "As of the Cutoff [*sic*] Date, the weighted average current Loan-to-Value Ratio of the Group 1 Mortgage Loans was approximately 63.77%." INDX 2007-AR21IP Pros. Sup. S-44.

(kk)   In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics about the mortgage loans in Loan Group 2. In these tables, Credit Suisse similarly made hundreds of statements about the original LTVs and the current LTVs of the loans in Loan Group 2. INDX 2007-AR21IP Pros. Sup. S-53 to S-61.

(ll)   "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of the Group 2 Mortgage Loans was approximately 71.53%." INDX 2007-AR21IP Pros. Sup. S-54.

(mm)   "As of the Cutoff [*sic*] Date, the weighted average current Loan-to-Value Ratio of the Group 2 Mortgage Loans was approximately 65.79%." INDX 2007-AR21IP Pros. Sup. S-54.

(nn)   In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics about the mortgage loans in Aggregate Loan Group I. In these tables, Credit Suisse similarly made hundreds of statements about the original LTVs and the current LTVs of the loans in Aggregate Loan Group I. INDX 2007-AR21IP Pros. Sup. S-62 to S-71.

(oo)   "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of the Mortgage Loans in Aggregate Loan Group I was approximately 70.12%." INDX 2007-AR21IP Pros. Sup. S-63.

(pp)   "As of the Cutoff [*sic*] Date, the weighted average current Loan-to-Value Ratio of the Mortgage Loans in Aggregate Loan Group I was approximately 64.50%." INDX 2007-AR21IP Pros. Sup. S-63.

(qq)   In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics about the mortgage loans in Loan Group 3. In these tables, Credit Suisse similarly made hundreds of statements about the original LTVs of the loans in Loan Group 3. INDX 2007-AR21IP Pros. Sup. S-72 to S-81.

-5-

1    (rr)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

2    the Group 3 Mortgage Loans was approximately 70.57%." INDX 2007-AR21IP Pros. Sup. S-73.

3    (ss)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

4    about the mortgage loans in Loan Group 4. In these tables, Credit Suisse similarly made hundreds

5    of statements about the original LTVs of the loans in Loan Group 4. INDX 2007-AR21IP Pros.

6    Sup. S-82 to S-90.

7    (tt)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

8    the Group 4 Mortgage Loans was approximately 70.6%." INDX 2007-AR21IP Pros. Sup. S-83.

9    (uu)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

10    about the mortgage loans in Loan Group 5. In these tables, Credit Suisse similarly made hundreds

11    of statements about the original LTVs of the loans in Loan Group 5. INDX 2007-AR21IP Pros.

12    Sup. S-91 to S-101.

13    (vv)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

14    the Group 5 Mortgage Loans was approximately 70.59%." INDX 2007-AR21IP Pros. Sup. S-92.

15    (ww)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

16    about the mortgage loans in Loan Group 6. In these tables, Credit Suisse similarly made hundreds

17    of statements about the original LTVs of the loans in Loan Group 6. INDX 2007-AR21IP Pros.

18    Sup. S-102 to S-110.

19    (xx)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

20    the Group 6 Mortgage Loans was approximately 74.34%." INDX 2007-AR21IP Pros. Sup.

21    S-103.

22    (yy)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

23    about the mortgage loans in Loan Group 7. In these tables, Credit Suisse similarly made hundreds

24    of statements about the original LTVs of the loans in Loan Group 7. INDX 2007-AR21IP Pros.

25    Sup. S-111 to S-121.

26    (zz)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

27    the Group 7 Mortgage Loans was approximately 75.18%." INDX 2007-AR21IP Pros. Sup.

28    S-112.

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1      (aaa)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

2  about the mortgage loans in Loan Group 8. In these tables, Credit Suisse similarly made hundreds

3  of statements about the original LTVs of the loans in Loan Group 8. INDX 2007-AR21IP Pros.

4  Sup. S-122 to S-130.

5      (bbb)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

6  the Group 8 Mortgage Loans was approximately 70.70%." INDX 2007-AR21IP Pros. Sup.

7  S-123.

8      (ccc)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

9  about the mortgage loans in Loan Group 9. In these tables, Credit Suisse similarly made hundreds

10  of statements about the original LTVs of the loans in Loan Group 9. INDX 2007-AR21IP Pros.

11  Sup. S-131 to S-139.

12      (ddd)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

13  the Group 9 Mortgage Loans was approximately 67.96%." INDX 2007-AR21IP Pros. Sup.

14  S-132.

15      (eee)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

16  about the mortgage loans in Loan Group 10. In these tables, Credit Suisse similarly made

17  hundreds of statements about the original LTVs of the loans in Loan Group 10. INDX 2007-

18  AR21IP Pros. Sup. S-140 to S-148.

19      (fff)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

20  the Group 10 Mortgage Loans was approximately 68.72%." INDX 2007-AR21IP Pros. Sup.

21  S-141.

22      (ggg)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

23  about the mortgage loans in Aggregate Loan Group II. In these tables, Credit Suisse similarly

24  made hundreds of statements about the original LTVs of the loans in Aggregate Loan Group II.

25  INDX 2007-AR21IP Pros. Sup. S-149 to S-162.

26      (hhh)    "As of the Cutoff [*sic*] Date, the weighted average original Loan-to-Value Ratio of

27  the Mortgage Loans in Aggregate Loan Group II was approximately 71.20%." INDX 2007-

28  AR21IP Pros. Sup. S-151.

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Deutsche, 497839*)

**Item 61.        Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 4,037 |
| Number of properties on which there was enough information for the model to determine a true market value | 2,048 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,182 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $161,062,573 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 278 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $35,934,893 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 241 |
| Weighted-average LTV, as stated by Defendants (Group 1) | 69.3% |
| Weighted-average LTV, as stated by Defendants (Group 7) | 75.2% |
| Weighted-average LTV, as determined by the model (Group 1) | 81.8% |
| Weighted-average LTV, as determined by the model (Group 7) | 92.7% |

**Item 64.        Evidence from subsequent sales of refinanced properties:**

Of the 4,037 mortgage loans in the collateral pool, 2,176 were taken out to refinance, rather than to purchase, properties. For those 2,176 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 2,176 properties, 186 were subsequently sold for a total of approximately $100,206,797. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $140,660,505. Thus, those properties were sold for 71.2% of the value ascribed to them, a difference of 28.8%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 81.        Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Credit Suisse made the following statement about the appraisals of the properties that secured the mortgage loans originated or acquired by IndyMac Bank, F.S.B.: "To determine the adequacy of the property to be used as collateral, an appraisal is

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

generally made of the subject property in accordance with the Uniform Standards of Profession
[sic] Appraisal Practice." INDX 2007-AR21IP Pros. Sup. S-166.

**Item 87.       Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)     In "The Mortgage Pool" section of the prospectus supplement described in Item 51, Credit Suisse presented a table entitled "Occupancy Types for the Group 1 Mortgage Loans." This table divided the mortgage loans in Loan Group 1 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-48.

(b)     In the "Occupancy Types for the Group 1 Mortgage Loans" table, Credit Suisse stated that 88.01% of the mortgage loans in Loan Group 1, were secured by a "Primary Home," 8.6% by an "Investment" property, and 3.38% by a "Secondary Home." INDX 2007-AR21IP Pros. Sup. S-48.

(c)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Group 2 Mortgage Loans." This table divided the mortgage loans in Loan Group 2 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-57.

(d)     In the "Occupancy Types for the Group 2 Mortgage Loans" table, Credit Suisse stated that 80.06% of the mortgage loans in Loan Group 2 were secured by a "Primary Home,"

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

18.46% by an "Investment" property, and 1.49% by a "Secondary Home." INDX 2007-AR21IP Pros. Sup. S-57.

(e)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Mortgage Loans in Aggregate Loan Group I." This table divided the mortgage loans in Aggregate Loan Group I into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-67.

(f)     In the "Occupancy Types for the Mortgage Loans in Aggregate Loan Group I" table, Credit Suisse stated that 85.15% of the mortgage loans in Aggregate Loan Group I were secured by a "Primary Home," 12.15% by an "Investment" property, and 2.7% by a "Secondary Home." INDX 2007-AR21IP Pros. Sup. S-67.

(g)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Group 3 Mortgage Loans." This table divided the mortgage loans in Loan Group 3 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-77.

(h)     In the "Occupancy Types for the Group 3 Mortgage Loans" table, Credit Suisse stated that 92.03% of the mortgage loans in Loan Group 3 were secured by a "Primary Home," 6.26% by an "Investment" property, and 1.71% by a "Secondary Home." INDX 2007-AR21IP Pros. Sup. S-77.

(i)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Group 4 Mortgage Loans." This table divided the mortgage loans in Loan Group 4 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-86.

-10-

1         (j)     In the "Occupancy Types for the Group 4 Mortgage Loans" table, Credit Suisse

2    stated that 89.61% of the mortgage loans in Loan Group 4 were secured by a "Primary Home,"

3    6.46% by an "Investment" property, and 3.94% by a "Secondary Home." INDX 2007-AR21IP

4    Pros. Sup. S-86.

5         (k)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

6    "Occupancy Types for the Group 5 Mortgage Loans." This table divided the mortgage loans in

7    Loan Group 5 into the categories "Primary Home," "Investment," and "Secondary Home." The

8    table made untrue and misleading statements about the number of mortgage loans, the aggregate

9    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

10    of these categories. INDX 2007-AR21IP Pros. Sup. S-96.

11         (l)     In the "Occupancy Types for the Group 5 Mortgage Loans" table, Credit Suisse

12    stated that 87.35% of the mortgage loans in Loan Group 5 were secured by a "Primary Home,"

13    6.72% by an "Investment" property, and 5.93% by a "Secondary Home." INDX 2007-AR21IP

14    Pros. Sup. S-96.

15         (m)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

16    "Occupancy Types for the Group 6 Mortgage Loans." This table divided the mortgage loans in

17    Loan Group 6 into the categories "Primary Home," "Investment," and "Secondary Home." The

18    table made untrue and misleading statements about the number of mortgage loans, the aggregate

19    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

20    of these categories. INDX 2007-AR21IP Pros. Sup. S-106.

21         (n)     In the "Occupancy Types for the Group 6 Mortgage Loans" table, Credit Suisse

22    stated that 87.97% of the mortgage loans in Loan Group 6 were secured by a "Primary Home,"

23    7.9% by an "Investment" property, and 4.13% by a "Secondary Home." INDX 2007-AR21IP

24    Pros. Sup. S-106.

25         (o)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

26    "Occupancy Types for the Group 7 Mortgage Loans." This table divided the mortgage loans in

27    Loan Group 7 into the categories "Primary Home," "Investment," and "Secondary Home." The

28    table made untrue and misleading statements about the number of mortgage loans, the aggregate

-11-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

2    of these categories. INDX 2007-AR21IP Pros. Sup. S-116.

3        (p)    In the "Occupancy Types for the Group 7 Mortgage Loans" table, Credit Suisse

4    stated that 84.57% of the mortgage loans in Loan Group 7 were secured by a "Primary Home,"

5    13.13% by an "Investment" property, and 2.3% by a "Secondary Home." INDX 2007-AR21IP

6    Pros. Sup. S-116.

7        (q)    In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

8    "Occupancy Types for the Group 8 Mortgage Loans." This table divided the mortgage loans in

9    Loan Group 8 into the categories "Primary Home," "Investment," and "Secondary Home." The

10    table made untrue and misleading statements about the number of mortgage loans, the aggregate

11    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

12    of these categories. INDX 2007-AR21IP Pros. Sup. S-125.

13        (r)    In the "Occupancy Types for the Group 8 Mortgage Loans" table, Credit Suisse

14    stated that 90.74% of the mortgage loans in Loan Group 8 were secured by a "Primary Home,"

15    7.07% by an "Investment" property, and 2.19% by a "Secondary Home." INDX 2007-AR21IP

16    Pros. Sup. S-125.

17        (s)    In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

18    "Occupancy Types for the Group 9 Mortgage Loans." This table divided the mortgage loans in

19    Loan Group 9 into the categories "Primary Home," "Investment," and "Secondary Home." The

20    table made untrue and misleading statements about the number of mortgage loans, the aggregate

21    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

22    of these categories. INDX 2007-AR21IP Pros. Sup. S-134.

23        (t)    In the "Occupancy Types for the Group 9 Mortgage Loans" table, Credit Suisse

24    stated that 88.78% of the mortgage loans in Loan Group 9 were secured by a "Primary Home,"

25    7.02% by an "Investment" property, and 4.19% by a "Secondary Home." INDX 2007-AR21IP

26    Pros. Sup. S-134.

27        (u)    In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

28    "Occupancy Types for the Group 10 Mortgage Loans." This table divided the mortgage loans in

-12-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

Loan Group 10 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-143.

(v)     In the "Occupancy Types for the Group 10 Mortgage Loans" table, Credit Suisse stated that 93.93% of the mortgage loans in Loan Group 10 were secured by a "Primary Home," 4.24% by an "Investment" property, and 1.83% by a "Secondary Home." INDX 2007-AR21IP Pros. Sup. S-143.

(w)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Mortgage Loans in Aggregate Loan Group II." This table divided the mortgage loans in Aggregate Loan Group II into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR21IP Pros. Sup. S-155.

(x)     In the "Occupancy Types for the Mortgage Loans in Aggregate Loan Group II" table, Credit Suisse stated that 89.51% of the mortgage loans in Aggregate Loan Group II were secured by a "Primary Home," 7.27% by an "Investment" property, and 3.22% by a "Secondary Home." INDX 2007-AR21IP Pros. Sup. S-155.

**Item 95.     Details of properties that were stated to be owner-occupied, but were not:**

(a)     Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 292

(b)     Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 512

(c)     Number of loans on which the owner of the property owned three or more properties: 47

(d)     Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 711

-13-

**Item 98.**     **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-165 through S-167 of the prospectus supplement, Credit Suisse made statements about the underwriting guidelines of IndyMac Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Credit Suisse stated that:

(a)     "[E]xceptions to underwriting standards are permitted in situations in which compensating factors exist." INDX 2007-AR21IP Pros. Sup. S-167.

(b)     "IndyMac Bank's underwriting criteria for traditionally underwritten mortgage loans includes an analysis of the borrower's credit history, ability to repay the mortgage loan and the adequacy of the mortgaged property as collateral." INDX 2007-AR21IP Pros. Sup. S-165.

**Item 105.**     **Early payment defaults:**

(a)     **Number of the mortgage loans that suffered EPDs:** 111

(b)     **Percent of the mortgage loans that suffered EPDs:** 2.7%

(c)     **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs:** 0.83%

**Item 107.**     **30+ days delinquencies in this securitization:**

(a)     **Number of the mortgage loans that were 30+ days delinquent on March 31, 2010:** 1,037

(b)     **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010:** 25.7%

(c)     **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010:** 14.7%

**Item 114.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-10 to S-12 and S-226 to S-227 of the prospectus supplement, Credit Suisse made statements about the ratings assigned to the certificates issued in this securitization. Credit Suisse stated that the Bank's certificates were both rated AAA by Fitch Ratings and AAA by

-14-

1  Standard & Poor's Rating Services. These were the highest ratings available from these two

2  rating agencies.

3      Credit Suisse also stated: "It is a condition to the issuance of the offered certificates that

4  they be assigned ratings not lower than the following by Standard & Poor's . . . and Fitch, Inc.

5  ("Fitch")." Credit Suisse listed the Bank's 1-A-1 certificate as rated AAA by Fitch Ratings and

6  AAA by Standard & Poor's. Credit Suisse also listed the Bank's 7-A-1 certificate as rated AAA

7  by Fitch Ratings and AAA by Standard & Poor's. INDX 2007 AR-21P Pros. Sup. S-226.

8  **Item 117.**    **Summary of loans about which the Defendants made untrue or misleading
9  statements:**

10      **(a)**    **Number of loans whose LTVs were materially understated: 1,182**

11

12      **(b)**    **Number of loans that suffered EPDs: 111**

13      **(c)**    **Number of loans in which the properties were stated to be owner-occupied
     but were not: 711**

14      **(d)**    **Eliminating duplicates, number of loans about which the Defendants made
15  untrue or misleading statements: 1,669**

16      **(e)**    **Eliminating duplicates, percent of loans about which the Defendants made
     untrue or misleading statements: 41.3%**

17

18

19

20

21

22

23

24

25

26

27

28

-15-

# SCHEDULE 12 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendant Credit Suisse.

**Item 43.     Details of trust and certificate(s).**

(a)     **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

(b)     **Description of the trust:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-AR19 was a securitization in July 2007 of 643 mortgage loans, in three groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by IndyMac Bank, F.S.B. INDX 2007-AR19 Pros. Sup. S-5, S-28 and S-74.

(c)     **Description of the certificate(s) that the Bank purchased:** Description of the certificates that the Bank purchased in this securitization: Credit Suisse offered and sold to the Bank a senior certificate in this securitization, in tranche 2-A-1, for which the Bank paid $122,405,337 plus accrued interest on July 30, 2007.

(d)     **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • AAA.

(e)     **Current ratings of the certificate(s):** Standard & Poor's • CCC; Moody's • Caa2.

(f)     **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/1090295/000112528204006550/b403120_424b5.txt.

(g)     **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by IndyMac MBS, Inc. with the SEC on form S-3 on February 14, 2007. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

**Item 51.**        **Untrue or misleading statements about the LTVs of the mortgage loans:**

    In the prospectus supplement, Credit Suisse made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

    (a)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 1 was 76.21%. INDX 2007-AR19 Pros. Sup. S-6.

    (b)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 2 was 73.73%. INDX 2007-AR19 Pros. Sup. S-6.

    (c)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 3 was 75.83%. INDX 2007-AR19 Pros. Sup. S-6.

    (d)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Groups 2 and 3 combined was 74.46%. INDX 2007-AR19 Pros. Sup. S-7.

    (e)    As of the cut-off date, the weighted-average original LTV of the mortgage loans in the aggregate was 74.95%. INDX 2007-AR19 Pros. Sup. S-7.

    (f)    "With respect to approximately 18.47%, 9.93% and 81.24% of the group 1 mortgage loans, group 2 mortgage loans and group 3 mortgage loans, respectively, in each case by aggregate stated principal balance of the mortgage loans in the related loan group as of the cut-off date . . . [t]he weighted average original loan-to-value ratios of such group 1 mortgage loans, group 2 mortgage loans and group 3 mortgage loans are approximately 78.54%, 75.61% and 75.62%, respectively . . . ." INDX 2007-AR19 Pros. Sup. S-20.

    (g)    "At origination, all of the Mortgage Loans had a Loan-to-Value Ratio of 100% or less." INDX 2007-AR19 Pros. Sup. S-31.

    (h)    In "The Mortgage Pool" section of the prospectus supplement, Credit Suisse presented tables of statistics about the mortgage loans in the collateral pool. INDX 2007-AR19 Pros. Sup. S-33 to S-72. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $50,000.01 to $100,000, $100,000.01 to $150,000, $150,000.01 to $200,000, etc.). Each table then presented various data about the loans

-2-

1    in each category. Among these data was the "Weighted Average Original Loan-to-Value Ratio."

2    There were 21 such tables in "The Mortgage Pool" section of the prospectus supplement for the

3    loans in Loan Group 1. In each table, the number of categories into which the loans were divided

4    ranged from one to 36. Thus, in "The Mortgage Pool" section, Credit Suisse made hundreds of

5    statements about the original LTVs of the loans in Loan Group 1. INDX 2007-AR19 Pros. Sup.

6    S-33 to S-41.

7         (i)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

8    Group 1 Mortgage Loans was approximately 76.21%." INDX 2007-AR19 Pros. Sup. S-34.

9         (j)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

10   about the mortgage loans in Loan Group 2. In these tables, Credit Suisse similarly made hundreds

11   of statements about the original LTVs of the loans in Loan Group 2. INDX 2007-AR19 Pros.

12   Sup. S-42 to S-48.

13        (k)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

14   Group 2 Mortgage Loans was approximately 73.73%." INDX 2007-AR19 Pros. Sup. S-43.

15        (l)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

16   about the mortgage loans in Loan Group 3. In these tables, Credit Suisse similarly made hundreds

17   of statements about the original LTVs of the loans in Loan Group 3. INDX 2007-AR19 Pros.

18   Sup. S-49 to S-55.

19        (m)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

20   Group 3 Mortgage Loans was approximately 75.83%." INDX 2007-AR19 Pros. Sup. S-50.

21        (n)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

22   about the mortgage loans in Loan Groups 2 and 3, in the aggregate. In these tables, Credit Suisse

23   similarly made hundreds of statements about the original LTVs of the loans in Loan Groups 2 and

24   3 in the aggregate. INDX 2007-AR19 Pros. Sup. S-56 to S-62.

25        (o)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

26   Group 2 and Group 3 Mortgage Loans was approximately 74.46%." INDX 2007-AR19 Pros. Sup.

27   S-57.

28

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (Deutsche, 497839)

1     (p)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

2 about the Aggregate Mortgage Loans. In these tables, Credit Suisse similarly made hundreds of

3 statements about the original LTVs of all of the loans in the collateral pool. INDX 2007-AR19

4 Pros. Sup. S-63 to S-72.

5     (q)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

6 Mortgage Loans was approximately 74.95%." INDX 2007-AR19 Pros. Sup. S-64.

7 **Item 61.**     **Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 643 |
| Number of properties on which there was enough information for the model to determine a true market value | 334 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 258 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $36,860,000 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 19 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $2,308,000 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 85 |
| Weighted-average LTV, as stated by Defendants | 75.0% |
| Weighted-average LTV, as determined by the model | 94.0% |

**Item 64.**     **Evidence from subsequent sales of refinanced properties:**

Of the 643 mortgage loans in the collateral pool, 463 were taken out to refinance, rather than to purchase, properties. For those 463 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 463 properties, 23 were subsequently sold for a total of approximately $10,246,798. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $16,334,000. Thus, those properties were sold for 62.7% of the value ascribed to them, a difference of 37.3%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

**Item 81.      Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Credit Suisse made the following statement about the appraisals of the properties that secured the mortgage loans originated or acquired by IndyMac Bank, F.S.B.: "To determine the adequacy of the property to be used as collateral, an appraisal is generally made of the subject property in accordance with the Uniform Standards of Profession [sic] Appraisal Practice." INDX 2007-AR19 Pros. Sup. S-76.

**Item 87.      Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)      In "The Mortgage Pool" section of the prospectus supplement, described in Item 51, Credit Suisse presented a table entitled "Occupancy Types for the Group 1 Mortgage Loans." This table divided the mortgage loans in Loan Group 1 into the categories "Primary Home," "Investment," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR19 Pros. Sup. S-38.

(b)      In the "Occupancy Types for the Group 1 Mortgage Loans" table, Credit Suisse stated that 88.68% of the mortgage loans in Loan Group 1 were secured by a "Primary Home," 9.66% by an "Investment" property, and 1.66% by a "Second Home." INDX 2007-AR19 Pros. Sup. S-38.

(c)      In "The Mortgage Pool" section, Credit Suisse presented a table entitled "Occupancy Types for the Group 2 Mortgage Loans." This table divided the mortgage loans in Loan Group 2 into the categories "Primary Home," "Investment," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate

-5-

1    principal balance outstanding, and the percent of aggregate principal balance outstanding in each

2    of these categories. INDX 2007-AR19 Pros. Sup. S-45.

3         (d)      In the "Occupancy Types for the Group 2 Mortgage Loans" table, Credit Suisse

4    stated that 75.22% of the mortgage loans in Loan Group 2 were secured by a "Primary Home,"

5    19.6% by an "Investment" property, and 5.18% by a "Second Home." INDX 2007-AR19 Pros.

6    Sup. S-45.

7         (e)      In "The Mortgage Pool" section, Credit Suisse presented a table entitled

8    "Occupancy Types for the Group 3 Mortgage Loans." This table divided the mortgage loans in

9    Loan Group 3 into the categories "Primary Home," "Investment," and "Second Home." The table

10   made untrue and misleading statements about the number of mortgage loans, the aggregate

11   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

12   of these categories. INDX 2007-AR19 Pros. Sup. S-52.

13        (f)      In the "Occupancy Types for the Group 3 Mortgage Loans" table, Credit Suisse

14   stated that 91.62% of the mortgage loans in Loan Group 3 were secured by a "Primary Home,"

15   7.21% by an "Investment" property, and 1.17% by a "Second Home." INDX 2007-AR19 Pros.

16   Sup. S-52.

17        (g)      In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled

18   "Occupancy Types for the Group 2 and Group 3 Mortgage Loans." This table divided the

19   mortgage loans in Loan Groups 2 and 3, in the aggregate, into the categories "Primary Home,"

20   "Investment," and "Second Home." The table made untrue and misleading statements about the

21   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

22   aggregate principal balance outstanding in each of these categories. INDX 2007-AR19 Pros. Sup.

23   S-59.

24        (h)      In the "Occupancy Types for the Group 2 and Group 3 Mortgage Loans" table,

25   Credit Suisse stated that 80.92% of the mortgage loans in Loan Groups 2 and 3 were secured by a

26   "Primary Home," 15.29% by an "Investment" property, and 3.79% by a "Second Home." INDX

27   2007-AR19 Pros. Sup. S-59.

28

-6-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (Deutsche, 497839)

(i)     In "The Mortgage Pool" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Mortgage Loans." This table divided the mortgage loans in the aggregate into the categories "Primary Home," "Investment," and "Second Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR19 Pros. Sup. S-68.

(j)     In the "Occupancy Types for the Mortgage Loans" table, Credit Suisse stated that 83.1% of the mortgage loans in the aggregate were secured by a "Primary Home," 13.71% by an "Investment" property, and 3.19% by a "Second Home." INDX 2007-AR19 Pros. Sup. S-68.

**Item 95.**     **Details of properties that were stated to be owner-occupied, but were not:**

    (a)     **Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 40**

    (b)     **Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 77**

    (c)     **Number of loans on which the owner of the property owned three or more properties: 6**

    (d)     **Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 109**

**Item 98.**     **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-75 through S-77 of the prospectus supplement, Credit Suisse made statements about the underwriting guidelines of IndyMac Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Credit Suisse stated that:

    (a)     "[E]xceptions to underwriting standards are permitted in situations in which compensating factors exist." INDX 2007-AR19 Pros. Sup. S-77.

    (b)     "IndyMac Bank's underwriting criteria for traditionally underwritten mortgage loans includes an analysis of the borrower's credit history, ability to repay the mortgage loan and the adequacy of the mortgaged property as collateral." INDX 2007-AR19 Pros. Sup. S-75.

| | | |
|---|---|---|
| 1 | **Item 105.** | **Early payment defaults:** |
| 2 | (a) | Number of the mortgage loans that suffered EPDs: 17 |
| 3 | (b) | Percent of the mortgage loans that suffered EPDs: 2.6% |
| 4 | (c) | Percent of all securitized, non-agency prime (including Alt-A) mortgage loans |
| 5 | | made at the same time as the loans in the collateral pool that experienced EPDs: 0.83% |
| 6 | *Item 106.* | 90+ days delinquencies: |
| 7 | | |
| 8 | (a) | Number of the mortgage loans that suffered 90+ days delinquencies: 290 |
| 9 | (b) | Percent of the mortgage loans that suffered 90+ days delinquencies: 45.1% |
| 10 | (c) | Percent of all securitized, non-agency prime (including Alt-A) mortgage loans |
| 11 | | made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 33.9% |
| 12 | **Item 107.** | **30+ days delinquencies in this securitization:** |
| 13 | (a) | Number of the mortgage loans that were 30+ days delinquent on March 31, |
| 14 | | 2010: 265 |
| 15 | (b) | Percent of the mortgage loans that were 30+ days delinquent on March 31, |
| 16 | | 2010: 41.2% |
| 17 | (c) | Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7% |
| 18 | **Item 114.** | **Statements about the ratings of the certificate(s) that the Bank purchased:** |
| 19 | | |

On pages S-8 to S-11 and S-226 to S-227 of the prospectus supplement, Credit Suisse made statements about the ratings assigned to the certificates issued in this securitization. *Credit Suisse* stated that the Bank's certificate was rated Aaa by Moody's Ratings and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse also stated: "The offered certificates will not be offered unless they are assigned the indicated ratings by Standard & Poor's and Moody's Investors Service, Inc. ("Moody's")." INDX 2007 AR-19 Pros. Sup. S-8.

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

Credit Suisse also stated: "It is a condition to the issuance of the offered certificates that they be assigned ratings not lower than the following by Standard & Poor's . . . and Moody's Investors Service, Inc. . . ." Credit Suisse listed the Bank's certificate as rated AAA by Standard and Poor's and Aaa by Moody's. INDX 2007 AR-19 Pros. Sup.

**Item 117.**      **Summary of loans about which the Defendants made untrue or misleading statements:**

(a)      **Number of loans whose LTVs were materially understated: 258**

(b)      **Number of loans that suffered EPDs: 17**

(c)      **Number of loans in which the properties were stated to be owner-occupied but were not: 109**

(d)      **Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 323**

(e)      **Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 50.2%**

-9-

## SCHEDULE 13 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendant Credit Suisse.

**Item 43.**   **Details of trust and certificate(s).**

    **(a)**   **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

    **(b)**   **Description of the trust:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-AR5 was a securitization in March 2007 of 2,925 mortgage loans, in four groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by IndyMac Bank, F.S.B. INDX 2007-AR5 Pros. Sup. S-8, S-30 and S-69.

    **(c)**   **Description of the certificate(s) that the Bank purchased:** Description of the certificates that the Bank purchased in this securitization: Credit Suisse offered and sold to the Bank a senior certificate in this securitization, in tranche 2-A-1, for which the Bank paid $122,405,337 plus accrued interest on July 30, 2007.

    **(d)**   **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • Aaa.

    **(e)**   **Current ratings of the certificate(s):** Standard & Poor's • CCC; Moody's • Caa2.

    **(f)**   **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/1090295/000112528204006550/b403120_424b5.txt.

    **(g)**   **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by IndyMac MBS, Inc. with the SEC on form S-3 on February 14, 2007. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

**Item 51.        Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)        As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 1 was 78.41%. INDX 2007-AR5 Pros. Sup. S-9.

(b)        As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 2 was 74.88%. INDX 2007-AR5 Pros. Sup. S-9.

(c)        As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 3 was 74.11%. INDX 2007-AR5 Pros. Sup. S-9.

(d)        As of the cut-off date, the weighted-average original LTV of the mortgage loans in Loan Group 4 was 74.44%. INDX 2007-AR5 Pros. Sup. S-124.

(e)        As of the cut-off date, the weighted-average original LTV of the mortgage loans in Aggregate Loan Group I was 75.71%. INDX 2007-AR5 Pros. Sup. S-10.

(f)        "With respect to approximately 55.03%, 60.85% and 37.78% of the group 1 mortgage loans, group 2 mortgage loans and group 3 mortgage loans, respectively, in each case by aggregate stated principal balance of the mortgage loans in the related loan group as of the cut-off date . . . [t]he weighted average original loan-to-value ratios of such group 1 mortgage loans, group 2 mortgage loans and group 3 mortgage loans are approximately 78.93%, 77.96% and 75.50%, respectively . . . ." INDX 2007-AR5 Pros. Sup. S-23.

(g)        "At origination, all of the Mortgage Loans had a Loan-to-Value Ratio of 100% or less." INDX 2007-AR5 Pros. Sup. S-33.

(h)        In a section of the prospectus supplement entitled "The Mortgage Loans," Credit Suisse presented tables of statistics about the mortgage loans in the collateral pool. INDX 2007-AR5 Pros. Sup. S-35 to S-67. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1   loans in each category. Among these data was the "Weighted Average Original Loan-to-Value

2   Ratio." There were 21 such tables in "The Mortgage Pool" section for the loans in Loan Group 1.

3   In each table, the number of categories into which the loans were divided ranged from one to 44.

4   Thus, in "The Mortgage Pool" section, Credit Suisse made hundreds of statements about the

5   original LTVs of the loans in Loan Group 1. INDX 2007-AR5 Pros. Sup. S-35 to S-42.

6       (i)     "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

7   Group 1 Mortgage Loans was approximately 78.41%." INDX 2007-AR5 Pros. Sup. S-36.

8       (j)     In "The Mortgage Loans" section, Credit Suisse presented similar tables of

9   statistics about the mortgage loans in Loan Group 2. In these tables, Credit Suisse similarly made

10  hundreds of statements about the original LTVs of the loans in Loan Group 2. INDX 2007-AR5

11  Pros. Sup. S-43 to S-50.

12      (k)     "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

13  Group 2 Mortgage Loans was approximately 74.88%." INDX 2007-AR5 Pros. Sup. S-44.

14      (l)     In "The Mortgage Loans" section, Credit Suisse presented similar tables of

15  statistics about the mortgage loans in Loan Group 3. In these tables, Credit Suisse similarly made

16  hundreds of statements about the original LTVs of the loans in Loan Group 3. INDX 2007-AR5

17  Pros. Sup. S-51 to S-58.

18      (m)     "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

19  Group 3 Mortgage Loans was approximately 74.11%." INDX 2007-AR5 Pros. Sup. S-52.

20      (n)     In "The Mortgage Loans" section, Credit Suisse presented similar tables of

21  statistics about the mortgage loans in Loan Group 4. In these tables, Credit Suisse similarly made

22  hundreds of statements about the original LTVs of the loans in Loan Group 4. INDX 2007-AR5

23  Pros. Sup. S-149 to S-156.

24      (o)     "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

25  Mortgage Loans was approximately 74.44%." INDX 2007-AR5 Pros. Sup. S-150.

26      (p)     In "The Mortgage Loans" section, Credit Suisse presented similar tables of

27  statistics about the Aggregate Mortgage Loans in the collateral pool. In these tables, Credit Suisse

28

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1 similarly made hundreds of statements about the original LTVs of all of the loans in the collateral

2 pool. INDX 2007-AR5 Pros. Sup. S-59 to S-67.

3     (q)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

4 Mortgage Loans was approximately 75.71%." INDX 2007-AR5 Pros. Sup. S-61.

5 **Item 61.**     **Details of the results of the AVM analysis:**

6

| | |
|---|---|
| Number of loans | 2,925 |
| Number of properties on which there was enough information for the model to determine a true market value | 1,738 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 1,201 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $124,916,254 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 161 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $16,299,520 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 274 |
| Weighted-average LTV, as stated by Defendants | 75.7% |
| Weighted-average LTV, as determined by the model | 89.5% |

16 **Item 64.**     **Evidence from subsequent sales of refinanced properties:**

17

18     Of the 2,925 mortgage loans in the collateral pool, 1,504 were taken out to refinance,

19 rather than to purchase, properties. For those 1,504 loans, the value (denominator) in the LTV

20 was an appraised value rather than a sale price. Of those 1,504 properties, 134 were subsequently

21 sold for a total of approximately $47,949,736. The total value ascribed to those same properties in

22 the LTV data reported in the prospectus supplements and other documents sent to the Bank was

23 $83,319,500. Thus, those properties were sold for 57.5% of the value ascribed to them, a

24 difference of 42.5%. This difference cannot be accounted for by declines in house prices in the

25 areas in which those properties were located.

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

**Item 81.        Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Credit Suisse made the following statement about the appraisals of the properties that secured the mortgage loans originated or acquired by IndyMac Bank, F.S.B.: "To determine the adequacy of the property to be used as collateral, an appraisal is generally made of the subject property in accordance with the Uniform Standards of Profession [*sic*] Appraisal Practice." INDX 2007-AR5 Pros. Sup. S-71.

**Item 87.        Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)        In "The Mortgage Loans" section of the prospectus supplement described in Item 51, Credit Suisse presented a table entitled "Occupancy Types for the Group 1 Mortgage Loans." This table divided the mortgage loans in Loan Group 1 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR5 Pros. Sup. S-39.

(b)        In the "Occupancy Types for the Group 1 Mortgage Loans" table, Credit Suisse stated that 80.18% of the mortgage loans in Loan Group 1 were secured by a "Primary Home," 13.66% by an "Investment" property, and 6.15% by a "Secondary Home." INDX 2007-AR5 Pros. Sup. S-39.

(c)        In "The Mortgage Loans" section, Credit Suisse presented a similar table entitled "Occupancy Types for the Group 2 Mortgage Loans." This table divided the mortgage loans in Loan Group 2 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate

1  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

2  of these categories. INDX 2007-AR5 Pros. Sup. S-47.

3        (d)     In the "Occupancy Types for the Group 2 Mortgage Loans" table, Credit Suisse

4  stated that 87.91% of the mortgage loans in Loan Group 2 were secured by a "Primary Home,"

5  7.39% by an "Investment" property, and 4.7% by a "Secondary Home." INDX 2007-AR5 Pros.

6  Sup. S-47.

7        (e)     In "The Mortgage Loans" section, Credit Suisse presented a similar table entitled

8  "Occupancy Types for the Group 3 Mortgage Loans." This table divided the mortgage loans in

9  Loan Group 3 into the categories "Primary Home," "Investment," and "Secondary Home." The

10  table made untrue and misleading statements about the number of mortgage loans, the aggregate

11  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

12  of these categories. INDX 2007-AR5 Pros. Sup. S-55.

13        (f)     In the "Occupancy Types for the Group 3 Mortgage Loans" table, Credit Suisse

14  stated that 88.29% of the mortgage loans in Aggregate Loan Group 3 were secured by a "Primary

15  Home," 6.47% by an "Investment" property, and 5.24% by a "Secondary Home." INDX 2007-

16  AR5 Pros. Sup. S-55.

17        (g)     In "The Mortgage Loans" section, Credit Suisse presented a similar table entitled

18  "Occupancy Types for the Group 4 Mortgage Loans." This table divided the mortgage loans in

19  Loan Group 4 into the categories "Primary Home," "Investment," and "Secondary Home." The

20  table made untrue and misleading statements about the number of mortgage loans, the aggregate

21  principal balance outstanding, and the percent of aggregate principal balance outstanding in each

22  of these categories. INDX 2007-AR5 Pros. Sup. S-153.

23        (h)     In the "Occupancy Types for the Group 4 Mortgage Loans" table, Credit Suisse

24  stated that 83.86% of the mortgage loans in Aggregate Loan Group were secured by a "Primary

25  Home," 11.78% by an "Investment" property, and 4.36% by a "Secondary Home." INDX 2007-

26  AR5 Pros. Sup. S-153.

27        (i)     In "The Mortgage Loans" section, Credit Suisse presented a similar table entitled

28  "Occupancy Types for the Mortgage Loans." This table divided the mortgage loans in the

-6-

collateral pool into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2007-AR5 Pros. Sup. S-64.

      (j)     In the "Occupancy Types for the Mortgage Loans" table, Credit Suisse stated that 85.94% of the mortgage loans in the collateral pool were secured by a "Primary Home," 8.92% by an "Investment" property, and 5.15% by a "Secondary Home." INDX 2007-AR5 Pros. Sup. S-64.

**Item 95.**    **Details of properties that were stated to be owner-occupied, but were not:**

   **(a)**    **Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 160**

   **(b)**    **Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 403**

   **(c)**    **Number of loans on which the owner of the property owned three or more properties: 26**

   **(d)**    **Number of loans that went straight from current to foreclosure or ownership by lender: 2**

   **(e)**    **Eliminating duplicates, number of loans about which one or more of statements (a) through (d) is true: 517**

**Item 98.**    **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-70 through S-72 of the prospectus supplement, Credit Suisse made statements about the underwriting guidelines of IndyMac Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Credit Suisse stated that:

   (a)    "Exceptions to underwriting standards are permitted in situations in which compensating factors exist." INDX 2007-AR5 Pros. Sup. S-72.

   (b)    "IndyMac Bank's underwriting criteria for traditionally underwritten mortgage loans includes an analysis of the borrower's credit history, ability to repay the mortgage loan and the adequacy of the mortgaged property as collateral." INDX 2007-AR5 Pros. Sup. S-70.

-7-

**Item 105.**     **Early payment defaults:**

    (a)    **Number of the mortgage loans that suffered EPDs: 75**

    (b)    **Percent of the mortgage loans that suffered EPDs: 2.6%**

    (c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.83%**

**Item 106.**     **90+ days delinquencies:**

    (a)    **Number of the mortgage loans that suffered 90+ days delinquencies: 1,528**

    (b)    **Percent of the mortgage loans that suffered 90+ days delinquencies: 52.2%**

    (c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 33.9%**

**Item 107.**     **30+ days delinquencies in this securitization:**

    (a)    **Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 1,437**

    (b)    **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 49.1%**

    (c)    **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

**Item 114.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-11 and S-121 of the prospectus supplement, Credit Suisse made statements about the ratings assigned to the certificates issued in this securitization. Credit Suisse stated that the Bank's certificate was rated Aaa by Moody's Ratings and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse also stated: "The offered certificates will not be offered unless they are assigned the indicated ratings by Standard & Poor's . . . and Moody's Investors Service, Inc. ("Moody's")." INDX 2007 AR-5 Pros. Sup. S-11.

Credit Suisse also stated: "It is a condition to the issuance of the Offered Certificates that they be assigned ratings not lower than the following by Standard & Poor's . . . and Moody's

-8-

1  Investors Service, Inc. . . ." Credit Suisse listed the Bank's certificate as rated AAA by Standard

2  and Poor's and Aaa by Moody's. INDX 2007 AR-19 Pros. Sup. 21.

3  **Item 117.**      **Summary of loans about which the Defendants made untrue or misleading**
                       **statements:**
4

5      **(a)**       **Number of loans whose LTVs were materially understated: 1,201**

6
       **(b)**       **Number of loans that suffered EPDs: 75**
7

       **(c)**       **Number of loans in which the properties were stated to be owner-occupied**
8                    **but were not: 517**

9      **(d)**       **Eliminating duplicates, number of loans about which the Defendants made**
                     **untrue or misleading statements: 1,415**
10

11     **(e)**       **Eliminating duplicates, percent of loans about which the Defendants made**
                     **untrue or misleading statements: 71.5%**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

# SCHEDULE 14 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendant Credit Suisse.

**Item 43.** **Details of trust and certificate(s).**

(a)    **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

(b)    **Description of the trust:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-AR41 was a securitization in December 2006 of 1,421 mortgage loans, in one group. The mortgage loans in the collateral pool of this securitization were originated or acquired by IndyMac Bank, F.S.B. INDX 2006-AR41 Pros. Sup. S-7, S-32 and S-45.

(c)    **Description of the certificate(s) that the Bank purchased:** Credit Suisse offered and sold to the Bank a senior certificate in this securitization, in tranche A-1, for which the Bank paid $100,000,000 plus accrued interest on December 28, 2006.

(d)    **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • AAA.

(e)    **Current ratings of the certificate(s):** Standard & Poor's • CCC; Moody's • Caa2.

(f)    **URL of prospectus supplement for this securitization:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-AR41 was a securitization in December 2006 of 1,421 mortgage loans, in one group. The mortgage loans in the collateral pool of this securitization were originated or acquired by IndyMac Bank, F.S.B. INDX 2006-AR41 Pros. Sup. S-7, S-32 and S-45.

(g)    **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by IndyMac MBS, Inc. with the SEC on form S-3 on February 24, 2006. Annexed to the registration statement was a prospectus. The

prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

**Item 51.        Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)        As of the cut-off date, the weighted-average original LTV of the mortgage loans in the collateral pool was 77.78%. INDX 2006-AR41 Pros. Sup. S-8.

(b)        "At the time or origination approximately 64.70% of the mortgage loans by cut-off date pool principal balance . . . [had a] weighted average loan-to-value ratio . . . and . . . [of] approximately 78.94% . . . ." INDX 2006-AR41 Pros. Sup. S-25.

(c)        "At origination, all of the Mortgage Loans had a Loan-to-Value Ratio of 95% or less." INDX 2006-AR41 Pros. Sup. S-34.

(d)        In "The Mortgage Pool" section of the prospectus supplement, Credit Suisse presented tables of statistics about the mortgage loans in the collateral pool of this securitization. INDX 2006-AR41 Pros. Sup. S-36 to S-43. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. Among these data was the "Weighted Average Loan-to-Value Ratio." There were 21 such tables in "The Mortgage Pool" section. In each table, the number of categories into which the loans were divided ranged from three to 45. Thus, in "The Mortgage Pool" section, Credit Suisse made hundreds of statements about the LTVs of the loans in the collateral pool. INDX 2006-AR41 Pros. Sup. S-36 to S-43.

(e)        "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the Mortgage Loans was approximately 77.78%." INDX 2006-AR41 Pros. Sup. S-37.

-2-

**Item 61.**      **Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 1,421 |
| Number of properties on which there was enough information for the model to determine a true market value | 991 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 674 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $51,777,938 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 90 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $6,863,561 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 146 |
| Weighted-average LTV, as stated by Defendants | 77.8% |
| Weighted-average LTV, as determined by the model | 90.6% |

**Item 64.**      **Evidence from subsequent sales of refinanced properties:**

Of the 1,421 mortgage loans in the collateral pool, 487 were taken out to refinance, rather than to purchase, properties. For those 487 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 487 properties, 112 were subsequently sold for a total of approximately $35,405,536. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $56,597,200. Thus, those properties were sold for 62.6% of the value ascribed to them, a difference of 37.4%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 81.**      **Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Credit Suisse made the following statement about the appraisals of the properties that secured the mortgage loans originated or acquired by IndyMac Bank, F.S.B.: "To determine the adequacy of the property to be used as collateral, an appraisal is generally made of the subject property in accordance with the Uniform Standards of Profession [*sic*] Appraisal Practice." INDX 2006-AR41 Pros. Sup. S-47.

-3-

**Item 87.**     **Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a)     In "The Mortgage Pool" section of the prospectus supplement described in Item 51, Credit Suisse presented a table entitled "Occupancy Types for the Mortgage Loans." This table divided the mortgage loans in the collateral pool into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2006-AR41 Pros. Sup. S-40.

(b)     In the "Occupancy Types for the Mortgage Loans" table, Credit Suisse stated that 83.92% of the mortgage loans in the collateral pool were secured by a "Primary Home," 11.55% by an "Investment" property, and 4.52% by a "Secondary Home." INDX 2006-AR41 Pros. Sup. S-40.

**Item 95.**     **Details of properties that were stated to be owner-occupied, but were not:**

(a)     **Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 103**

(b)     **Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 196**

(c)     **Number of loans on which the owner of the property owned three or more properties: 8**

(d)     **Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 265**

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

**Item 98.**       **Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-46 through S-49 of the prospectus supplement, Credit Suisse made statements about the underwriting guidelines of IndyMac Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Credit Suisse stated that:

(a)       "Exceptions to underwriting standards are permitted in situations in which compensating factors exist." INDX 2006-AR41 Pros. Sup. S-48.

(b)       "IndyMac Bank's underwriting criteria for traditionally underwritten mortgage loans includes an analysis of the borrower's credit history, ability to repay the mortgage loan and the adequacy of the mortgaged property as collateral." INDX 2006-AR41 Pros. Sup. S-46.

**Item 105.**       **Early payment defaults:**

(a)       Number of the mortgage loans that suffered EPDs: 100

(b)       Percent of the mortgage loans that suffered EPDs: 7.0%

(c)       Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.44%

**Item 106.**       **90+ days delinquencies:**

(a)       Number of the mortgage loans that suffered 90+ days delinquencies: 893

(b)       Percent of the mortgage loans that suffered 90+ days delinquencies: 62.8%

(c)       Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 32.7%

**Item 107.**       **30+ days delinquencies in this securitization:**

(a)       Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 805

(b)       Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 56.7%

(c)       Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%

-5-

**Item 114.**     **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-8 to S-11 and S-226 to S-227 of the prospectus supplement, Credit Suisse made statements about the ratings assigned to the certificates issued in this securitization. Credit Suisse stated that the Bank's certificate was rated Aaa by Moody's and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse also stated: "The offered certificates will not be offered unless they are assigned the indicated ratings by Standard & Poor's and Moody's Investors Service, Inc. ("Moody's")." INDX 2007 AR-19 Pros. Sup. S-8.

Credit Suisse also stated: "It is a condition to the issuance of the offered certificates that they be assigned ratings not lower than the following by Standard & Poor's . . . and Moody's Investors Service, Inc. . . ." Credit Suisse listed the Bank's certificate as rated AAA by Standard and Poor's and Aaa by Moody's. INDX 2007 AR-19 Pros. Sup. 125.

**Item 117.**     **Summary of loans about which the Defendants made untrue or misleading statements:**

    (a)    **Number of loans whose LTVs were materially understated: 674**

    (b)    **Number of loans that suffered EPDs: 100**

    (c)    **Number of loans in which the properties were stated to be owner-occupied but were not: 265**

    (d)    **Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 828**

    (e)    **Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 58.3%**

**SCHEDULE 15 TO THE AMENDED COMPLAINT**

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendant Credit Suisse.

**Item 43.**      **Details of trust and certificate(s).**

(a)      **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

(b)      **Description of the trust:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-AR33 was a securitization in November 2006 of 916 mortgage loans, in four groups. The mortgage loans in the collateral pool of this securitization were originated or acquired by IndyMac Bank, F.S.B. INDX 2006-AR33 Pros. Sup. S-5, S-27 and S-69.

(c)      **Description of the certificate(s) that the Bank purchased:** Credit Suisse offered and sold to the Bank a senior certificate in this securitization, in tranche 4-A-1, for which the Bank paid $145,915,880 plus accrued interest on November 30, 2006.

(d)      **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • AAA.

(e)      **Current ratings of the certificate(s):** Standard & Poor's • CCC; Moody's • Caa2.

(f)      **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/1090295/000112528204006550/b403120_424b5.txt.

(g)      **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by IndyMac MBS, Inc. with the SEC on form S-3 on February 24, 2006. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

**Item 51.**      **Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1      (a)     As of the cut-off date, the weighted-average original LTV of the mortgage loans in

2  Loan Group 1 was 65.09%. INDX 2006-AR33 Pros. Sup. S-6.

3      (b)     As of the cut-off date, the weighted-average original LTV of the mortgage loans in

4  Loan Group 2 was 67.6%. INDX 2006-AR33 Pros. Sup. S-6.

5      (c)     As of the cut-off date, the weighted-average original LTV of the mortgage loans in

6  Loan Group 3 was 70.28%. INDX 2006-AR33 Pros. Sup. S-6.

7      (d)     As of the cut-off date, the weighted-average original LTV of the mortgage loans in

8  Aggregate Loan Group I was 67.19%. INDX 2006-AR33 Pros. Sup. S-7.

9      (e)     As of the cut-off date, the weighted-average original LTV of the mortgage loans in

10  Loan Group 4 was 70.49%. INDX 2006-AR33 Pros. Sup. S-7.

11      (f)     "At origination, all of the Mortgage Loans had a Loan-to-Value Ratio of 100% or

12  less." INDX 2006-AR33 Pros. Sup. S-30.

13      (g)     In "The Mortgage Pool" section of the prospectus supplement, Credit Suisse

14  presented tables of statistics about the mortgage loans in the collateral pool. INDX 2006-AR33

15  Pros. Sup. S-32 to S-67. Each table focused on a certain characteristic of the loans (for example,

16  current principal balance) and divided the loans into categories based on that characteristic (for

17  example, loans with current principal balances of $50,000.01 to $100,000, $100,000.01 to

18  $150,000, $150,000.01 to $200,000, etc.). Each table then presented various data about the loans

19  in each category. Among these data was the "Weighted Average Loan-to-Value Ratio." There

20  were 21 such tables in "The Mortgage Pool" section for the loans in Loan Group 1. In each table,

21  the number of categories into which the loans were divided ranged from one to 25. Thus, in "The

22  Mortgage Pool" section, Credit Suisse made hundreds of statements about the LTVs of the loans

23  in Loan Group 1. INDX 2006-AR33 Pros. Sup. S-32 to S-38.

24      (h)     "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

25  Group 1 Mortgage Loans was approximately 65.09%." INDX 2006-AR33 Pros. Sup. S-33.

26      (i)     In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

27  about the mortgage loans in Loan Group 2. In these tables, Credit Suisse similarly made hundreds

28

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1  of statements about the LTVs of the loans in Loan Group 2. INDX 2006-AR33 Pros. Sup. S-39 to

2  S-45.

3      (j)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

4  Group 2 Mortgage Loans was approximately 67.60%." INDX 2006-AR33 Pros. Sup. S-40.

5      (k)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

6  about the mortgage loans in Loan Group 3. In these tables, Credit Suisse similarly made hundreds

7  of statements about the LTVs of the loans in Loan Group 3. INDX 2006-AR33 Pros. Sup. S-46 to

8  S-52.

9      (l)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

10  Group 3 Mortgage Loans was approximately 70.28%." INDX 2006-AR33 Pros. Sup. S-47.

11      (m)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

12  about the mortgage loans in Aggregate Loan Group I. In these tables, Credit Suisse similarly

13  made hundreds of statements about the LTVs of the loans in Aggregate Loan Group I. INDX

14  2006-AR33 Pros. Sup. S-53 to S-60.

15      (n)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

16  Mortgage Loans in Aggregate Loan Group I was approximately 67.19%." INDX 2006-AR33

17  Pros. Sup. S-54.

18      (o)    In "The Mortgage Pool" section, Credit Suisse presented similar tables of statistics

19  about the mortgage loans in Loan Group 4. In these tables, Credit Suisse similarly made hundreds

20  of statements about the LTVs of the loans in Loan Group 4. INDX 2006-AR33 Pros. Sup. S-61 to

21  S-67.

22      (p)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

23  Group 4 Mortgage Loans was approximately 70.49%." INDX 2006-AR33 Pros. Sup. S-62.

-3-

**Item 61.        Details of the results of the AVM analysis:**

| | |
|---|---:|
| Number of loans | 916 |
| Number of properties on which there was enough information for the model to determine a true market value | 528 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 323 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $49,346,293 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 49 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $6,059,000 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 41 |
| Weighted-average LTV, as stated by Defendants (Group 4) | 70.49% |
| Weighted-average LTV, as determined by the model (Group 4) | 83.0% |

**Item 64.        Evidence from subsequent sales of refinanced properties:**

Of the 916 mortgage loans in the collateral pool, 632 were taken out to refinance, rather than to purchase, properties. For those 632 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 632 properties, 26 were subsequently sold for a total of approximately $15,535,899. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $23,329,000. Thus, those properties were sold for 66.6% of the value ascribed to them, a difference of 33.4%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 70.        Undisclosed additional liens:**

    (a)    **Minimum number of properties with additional liens: 26**

    (b)    **Total reduction in equity from additional liens: $3,805,028**

    (c)    **Weighted-average reduction in equity from additional liens: 47.9%**

**Item 81.        Untrue or misleading statements about compliance with USPAP:**

In the prospectus supplement, Credit Suisse made the following statement about the appraisals of the properties that secured the mortgage loans originated or acquired by IndyMac

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

Bank, F.S.B.: "To determine the adequacy of the property to be used as collateral, an appraisal is generally made of the subject property in accordance with the Uniform Standards of Profession [sic] Appraisal Practice." INDX 2006-AR33 Pros. Sup. S-71.

**Item 87.** **Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplement, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of this securitization.

(a) In "The Mortgage Pool" section of the prospectus supplement described in Item 51, Credit Suisse presented a table entitled "Occupancy Types for the Group 1 Mortgage Loans." This table divided the mortgage loans in Loan Group 1 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2006-AR33 Pros. Sup. S-35.

(b) In the "Occupancy Types for the Group 1 Mortgage Loans" table, Credit Suisse stated that 92.95% of the mortgage loans in Loan Group 1 were secured by a "Primary Home," 6.01% by an "Investment" property, and 1.04% by a "Secondary Home." INDX 2006-AR33 Pros. Sup. S-35.

(c) In "The Mortgage Pool" section, Credit Suisse presented a table entitled "Occupancy Types for the Group 2 Mortgage Loans." This table divided the mortgage loans in Loan Group 2 into the categories "Primary Home," "Investment," and "Secondary Home." The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. INDX 2006-AR33 Pros. Sup. S-42.

(d) In the "Occupancy Types for the Group 2 Mortgage Loans" table, Credit Suisse stated that 82.63% of the mortgage loans in Loan Group 2 were secured by a "Primary Home,"

-5-

1   14.46% by an "Investment" property, and 2.91% by a "Secondary Home." INDX 2006-AR33

2   Pros. Sup. S-42.

3        (e)    In "The Mortgage Pool" section, Credit Suisse presented a table entitled

4   "Occupancy Types for the Group 3 Mortgage Loans." This table divided the mortgage loans in

5   Loan Group 3 into the categories "Primary Home," "Investment," and "Secondary Home." The

6   table made untrue and misleading statements about the number of mortgage loans, the aggregate

7   principal balance outstanding, and the percent of aggregate principal balance outstanding in each

8   of these categories. INDX 2006-AR33 Pros. Sup. S-49.

9        (f)    In the "Occupancy Types for the Group 3 Mortgage Loans" table, Credit Suisse

10  stated that 96.12% of the mortgage loans in Loan Group 3 were secured by a "Primary Home,"

11  2.91% by an "Investment" property, and 0.98% by a "Secondary Home." INDX 2006-AR33 Pros.

12  Sup. S-49.

13       (g)    In "The Mortgage Pool" section, Credit Suisse presented a table entitled

14  "Occupancy Types for the Mortgage Loans in Aggregate Loan Group I." This table divided the

15  mortgage loans in Aggregate Loan Group I into the categories "Primary Home," "Investment,"

16  and "Secondary Home." The table made untrue and misleading statements about the number of

17  mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

18  principal balance outstanding in each of these categories. INDX 2006-AR33 Pros. Sup. S-57.

19       (h)    In the "Occupancy Types for the Mortgage Loans in Aggregate Loan Group I"

20  table, Credit Suisse stated that 89.84% of the mortgage loans in Aggregate Loan Group I were

21  secured by a "Primary Home," 8.44% by an "Investment" property, and 1.72% by a "Secondary

22  Home." INDX 2007-AR21IP Pros. Sup. S-57.

23       (i)    In "The Mortgage Pool" section of the prospectus supplement, Credit Suisse

24  presented a table entitled "Occupancy Types for the Group 4 Mortgage Loans." This table divided

25  the mortgage loans in Loan Group 4 into the categories "Primary Home," "Investment," and

26  "Secondary Home." The table made untrue and misleading statements about the number of

27  mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate

28  principal balance outstanding in each of these categories. INDX 2006-AR33 Pros. Sup. S-64.

-6-

(j)       In the "Occupancy Types for the Group 4 Mortgage Loans" table, Credit Suisse stated that 84.79% of the mortgage loans in Loan Group 4 were secured by a "Primary Home," 12.49% by an "Investment" property, and 2.73% by a "Secondary Home." INDX 2006-AR33 Pros. Sup. S-64.

**Item 95.       Details of properties that were stated to be owner-occupied, but were not:**

   **(a)      Number of loans on which the owner of the property instructed tax authorities to send property tax bills to him or her at a different address: 42**

   **(b)      Number of loans on which the owner of the property could have, but did not, designate the property as his or her homestead: 100**

   **(c)      Number of loans on which the owner of the property owned three or more properties: 14**

   **(d)      Eliminating duplicates, number of loans about which one or more of statements (a) through (c) is true: 142**

**Item 98.       Untrue or misleading statements about the underwriting standards of the originators of the mortgage loans:**

On pages S-70 through S-73 of the prospectus supplement, Credit Suisse made statements about the underwriting guidelines of IndyMac Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Credit Suisse stated that:

   (a)      "Exceptions to underwriting standards are permitted in situations in which compensating factors exist." INDX 2006-AR33 Pros. Sup. S-72.

   (b)      "IndyMac Bank's underwriting criteria for traditionally underwritten mortgage loans includes an analysis of the borrower's credit history, ability to repay the mortgage loan and the adequacy of the mortgaged property as collateral." INDX 2006-AR33 Pros. Sup. S-70.

**Item 107.      30+ days delinquencies in this securitization:**

   **(a)      Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 173**

   **(b)      Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 18.9%**

   **(c)      Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

**Item 114.     Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-8 to S-11 and S-226 to S-227 of the prospectus supplement, Credit Suisse made statements about the ratings assigned to the certificates issued in this securitization. Credit Suisse stated that the Bank's certificate was rated Aaa by Moody's and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse also stated: "The offered certificates will not be offered unless they are assigned the indicated ratings by Standard & Poor's and Moody's Investors Service, Inc. ("Moody's")." INDX 2007 AR-19 Pros. Sup. S-8.

Credit Suisse also stated: "It is a condition to the issuance of the offered certificates that they be assigned ratings not lower than the following by Standard & Poor's . . . and Moody's Investors Service, Inc. ("Moody's")." Credit Suisse listed the Bank's certificate as rated AAA by Standard and Poor's and Aaa by Moody's. INDX 2007 AR-19 Pros. Sup. 125.

**Item 117.     Summary of loans about which the Defendants made untrue or misleading statements:**

(a)     Number of loans whose LTVs were materially understated: 323

(b)     Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 26

(c)     Number of loans in which the properties were stated to be owner-occupied but were not: 142

(d)     Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 418

(e)     Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 45.6%

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SCHEDULE 16 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendant Credit Suisse.

**Item 43.** **Details of trust and certificate(s).**

(a) **Dealer that sold the certificate(s) to the Bank:** Credit Suisse.

(b) **Description of the trust:** IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-R1 was a re-securitization in July 2006. The assets of IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-R1 consisted primarily of a mortgage pass through certificate in tranche 2-A-2-1 of IndyMac INDX Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2005-AR25 (referred to as the **Underlying Securitization**).

IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-AR25 was a securitization in October 2005 of 1,231 mortgage loans, in two groups. IndyMac Bank, F.S.B. originated or acquired the mortgage loans in the collateral pool of the Underlying Securitization. INDX 2006-R1 Pros. Sup. S-27.

In connection with its offer and sale of this certificate to the Bank, Credit Suisse sent numerous documents to the Bank at its office in San Francisco County. These documents included both the prospectus supplement filed with the SEC for this securitization and the prospectus supplement filed with the SEC for the Underlying Securitization.

(c) **Description of the certificate(s) that the Bank purchased:** Credit Suisse offered and sold to the Bank a senior certificate in IndyMac INDX Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-R1, in tranche A-1, for which the Bank paid $169,999,432 plus accrued interest on July 31, 2006.

(d) **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's — AAA; Moody's — Aaa.

(e) **Current ratings of the certificate(s):** Standard & Poor's · AAA; Moody's · Baa2.

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

(f)     **URL of prospectus supplement for this securitization:** A true copy of the prospectus supplement for this securitization is available at http://www.sec.gov/Archives/edgar/data/1090295/000112528206004534/b414098_424b5.txt.

(g)     **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by IndyMac MBS, Inc. with the SEC on form S-3 on February 24, 2006. Annexed to the registration statement was a prospectus. The prospectus was amended from time to time by prospectus supplements whenever a new series of certificates was issued pursuant or traceable to that registration statement.

**Item 51.     Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplements for this securitization and the Underlying Securitization, Credit Suisse made the following statements about the LTVs of the mortgage loans in the collateral pool of the Underlying Securitization.

As of the reference date, the mortgage loans in loan group 1 of the Underlying Securitization had a weighted average original LTV of 71.01%. INDX 2006-R1 Pros. Sup. S-7.

(a)     As of the reference date, the mortgage loans in loan group 2 of the Underlying Securitization had a weighted average original LTV of 70.69%. INDX 2006-R1 Pros. Sup. S-7.

(b)     In Appendix I of the prospectus supplement for this securitization ("Mortgage Loan Characteristics of the Underlying Group 1 Mortgage Loans and the Underlying Group 2 Mortgage Loans as of the Reference Date"), Credit Suisse presented tables of statistics about the mortgage loans in the collateral pool of the Underlying Securitization. INDX 2006-R1 Pros. Sup. S-53 to S-66. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. Among these data was the "Weighted Average Loan-to-Value Ratio." There were 19 such tables in Appendix I for the mortgage loans in loan group 1 of the Underlying Securitization. In each table, the number of categories into which the loans were divided ranged from one to 37. Thus, in

-2-

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Deutsche, 497839*)

Appendix I, Credit Suisse made hundreds of statements about the LTVs of the loans in loan group 1. INDX 2006-R1 Pros. Sup. S-53 to S-59.

(c) "As of the Reference Date, the weighted average original Loan-to-Value Ratio of the Underlying Group 1 Mortgage Loans was approximately 71.01%." INDX 2006-R1 Pros. Sup. S-54.

(d) In Appendix I of the prospectus supplement for this securitization, Credit Suisse presented similar tables of statistics about the mortgage loans in loan group 2 of the Underlying Securitization. In these tables, Credit Suisse similarly made hundreds of statements about the LTVs of the loans in loan group 2. INDX 2006-R1 Pros. Sup. S-60 to S-66.

(e) "As of the Reference Date, the weighted average original Loan-to-Value Ratio of the Underlying Group 2 Mortgage Loans was approximately 70.69%." INDX 2006-R1 Pros. Sup. S-61.

(f) "With respect to approximately 37.92% and 35.11% of the group 1 mortgage loans and group 2 mortgage loans (in each case, based on the aggregate stated principal balance of the mortgage loans in the related loan group as of the cut-off date), respectively . . . [t]he weighted average loan-to-value ratio of such mortgage loans is approximately 71.16% and 70.99%, with respect to such group 1 mortgage loans and group 2 mortgage loans, respectively . . . ." INDX 2005-AR25 Pros. Sup. S-11.

(g) "At origination, all of the Mortgage Loans had a Loan-to-Value Ratio of 100.00% or less." INDX 2005-AR25 Pros. Sup. S-17.

(h) In "The Mortgage Pool" section of the prospectus supplement for the Underlying Securitization, Credit Suisse presented tables of statistics about the mortgage loans in the collateral pool of the Underlying Securitization. INDX 2005-AR25 Pros. Sup. S-19 to S-24. Each table focused on a certain characteristic of the loans (for example, current principal balance) and divided the loans into categories based on that characteristic (for example, loans with current principal balances of $0.01 to $50,000, $50,000.01 to $100,000, $100,000.01 to $150,000, etc.). Each table then presented various data about the loans in each category. One of the tables, entitled "Original Loan-to-Value Ratio for the Group 1 Mortgage Loans" divided the mortgage loans in

-3-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1 loan group 1 of the Underlying Securitization into 9 categories of original LTV (for example,

2 10.01% to 20%, 20.01% to 30%, 30.01% to 40%, etc.). The table made untrue and misleading

3 statements about the number of mortgage loans, the aggregate principal balance outstanding, and

4 the percent of aggregate principal balance outstanding in each of these categories. INDX 2005-

5 AR25 Pros. Sup. S-19.

6     (i)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

7 group 1 mortgage loans was approximately 71.16%." INDX 2005-AR25 Pros. Sup. S-19.

8     (j)    In "The Mortgage Pool" section of the prospectus supplement for the Underlying

9 Securitization, Credit Suisse presented a table entitled "Original Loan-to-Value Ratio for the

10 Group 2 Mortgage Loans." This table divided the mortgage loans in loan group 2 of the

11 Underlying Securitization into 8 categories of original LTV (for example, 20.01% to 30%,

12 30.01% to 40%, 40.01% to 50%, etc.). The table made untrue and misleading statements about

13 the number of mortgage loans, the aggregate principal balance outstanding, and the percent of

14 aggregate principal balance outstanding in each of these categories. INDX 2005-AR25 Pros. Sup.

15 S-22.

16     (k)    "As of the Cut-off Date, the weighted average original Loan-to-Value Ratio of the

17 group 2 mortgage loans was approximately 70.99%." INDX 2005-AR25 Pros. Sup. S-22.

18 **Item 61.**    **Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 1,231 |
| Number of properties on which there was enough information for the model to determine a true market value | 809 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 425 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $41,633,496 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 136 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $13,231,710 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 63 |

-4-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

| | |
|---|---|
| Weighted-average LTV, as stated by Defendants (as presented in INDX 2006-R1 for loan group 1) | 71.01% |
| Weighted-average LTV, as stated by Defendants (as presented in INDX 2005-AR25 for loan group 1) | 71.16% |
| Weighted-average LTV, as determined by the model (loan group 1) | 78.55% |
| Weighted-average LTV, as stated by Defendants (as presented in INDX 2006-R1 for loan group 2) | 70.69% |
| Weighted-average LTV, as stated by Defendants (as presented in INDX 2005-AR25 for loan group 2) | 70.99% |
| Weighted-average LTV, as determined by the model (loan group 2) | 81.90% |

**Item 64.    Evidence from subsequent sales of refinanced properties:**

Of the 1,231 mortgage loans in the collateral pool, 698 were taken out to refinance, rather than to purchase, properties. For those 698 loans, the value (denominator) in the LTV was an appraised value rather than a sale price. Of those 698 properties, 111 were subsequently sold for a total of approximately $54,192,483. The total value ascribed to those same properties in the LTV data reported in the prospectus supplements and other documents sent to the Bank was $68,471,800. Thus, those properties were sold for 79.1% of the value ascribed to them, a difference of 20.9%. This difference cannot be accounted for by declines in house prices in the areas in which those properties were located.

**Item 70.    Undisclosed additional liens:**

(a)    **Minimum number of properties with additional liens:** 49

(b)    **Total reduction in equity from additional liens:** $7,739,073

(c)    **Weighted-average reduction in equity from additional liens:** 64.8%

**Item 87.    Untrue or misleading statements about owner-occupancy of the properties that secured the mortgage loans:**

In the prospectus supplements for this securitization and the Underlying Securitization, Credit Suisse made the following statements about the occupancy status of the properties that secured the mortgage loans in the collateral pool of the Underlying Securitization.

In Appendix I of the prospectus supplement for this securitization, described in Item 51, Credit Suisse presented a table entitled "Occupancy Types for the Underlying Group 1 Mortgage

-5-

1    Loans." This table divided the mortgage loans in loan group 1 of the Underlying Securitization

2    into the categories "Owner Occupied," "Investment," and "Secondary Home." The table made

3    untrue and misleading statements about the number of mortgage loans, the aggregate principal

4    balance outstanding, and the percent of aggregate principal balance outstanding in each of these

5    categories. INDX 2006-R1 Pros. Sup. S-57.

6        In the "Occupancy Types for the Underlying Group 1 Mortgage Loans" table, Credit

7    Suisse stated that 79.21% of the mortgage loans in loan group 1 of the Underlying Securitization

8    were secured by an "Owner Occupied" property, 16.03% by an "Investment" property, and 4.76%

9    by a "Secondary Home." INDX 2006-R1 Pros. Sup. S-57.

10       In Appendix I of the prospectus supplement for this securitization, Credit Suisse presented

11    a table entitled "Occupancy Types for the Underlying Group 2 Mortgage Loans." This table

12    divided the mortgage loans in loan group 2 of the Underlying Securitization into the categories

13    "Owner Occupied," "Investment," and "Secondary Home." The table made untrue and

14    misleading statements about the number of mortgage loans, the aggregate principal balance

15    outstanding, and the percent of aggregate principal balance outstanding in each of these

16    categories. INDX 2006-R1 Pros. Sup. S-63.

17       In the "Occupancy Types for the Underlying Group 2 Mortgage Loans" table, Credit

18    Suisse stated that 90.09% of the mortgage loans in loan group 2 of the Underlying Securitization

19    were secured by an "Owner Occupied" property, 6.84% by an "Investment" property, and 3.07%

20    by a "Secondary Home." INDX 2006-R1 Pros. Sup. S-63.

21       In "The Mortgage Pool" section of the prospectus supplement for the Underlying

22    Securitization, described in Item 51, Credit Suisse presented a table entitled "Occupancy Types

23    for the Group 1 Mortgage Loans." This table divided the mortgage loans in loan group 1 of the

24    Underlying Securitization into the categories "Primary Home," "Investment," and "Second

25    Home." The table made untrue and misleading statements about the number of mortgage loans,

26    the aggregate principal balance outstanding, and the percent of aggregate principal balance

27    outstanding in each of these categories. INDX 2005-AR25 Pros. Sup. S-20.

28

-6-

1    In the "Occupancy Types for the Group 1 Mortgage Loans" table, Credit Suisse stated that

2    78.39% of the mortgage loans in loan group 1 of the Underlying Securitization were secured by a

3    "Primary Home," 16.41% by an "Investment" property, and 5.2% by a "Second Home." INDX

4    2005-AR25 Pros. Sup. S-20.

5    In "The Mortgage Pool" section, Credit Suisse presented a table entitled "Occupancy

6    Types for the Group 2 Mortgage Loans." This table divided the mortgage loans in loan group 2 of

7    the Underlying Securitization into the categories "Primary Home," "Investment," and "Second

8    Home." The table made untrue and misleading statements about the number of mortgage loans,

9    the aggregate principal balance outstanding, and the percent of aggregate principal balance

10   outstanding in each of these categories. INDX 2005-AR25 Pros. Sup. S-23.

11   In the "Occupancy Types for the Group 2 Mortgage Loans" table, Credit Suisse stated that

12   90.22% of the mortgage loans in loan group 2 of the Underlying Securitization were secured by a

13   "Primary Home," 6.92% by an "Investment" property, and 2.86% by a "Second Home." INDX

14   2005-AR25 Pros. Sup. S-23.

15   **Item 95.**    **Details of properties that were stated to be owner-occupied, but were not:**

16   **(a)**    **Number of loans on which the owner of the property instructed tax**
17              **authorities to send property tax bills to him or her at a different address: 95**

18   **(b)**    **Number of loans on which the owner of the property could have, but did not,**
             **designate the property as his or her homestead: 153**
19

20   **(c)**    **Number of loans on which the owner of the property owned three or more**
              **properties: 17**

21   **(d)**    **Eliminating duplicates, number of loans about which one or more of**
22             **statements (a) through (c) is true: 229**

23   **Item 98.**    **Untrue or misleading statements about the underwriting standards of the**
                    **originators of the mortgage loans:**
24

25   On pages S-26 through S-28 of the prospectus supplement for the Underlying

26   Securitization, Credit Suisse made statements about the underwriting guidelines of IndyMac

27   Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Credit

28   Suisse stated that:

-7-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

"Exceptions to these underwriting standards are permitted where compensating factors are present . . . ." INDX 2005-AR25 Pros. Sup. S-27.

**Item 105.**   **Early payment defaults:**

    **(a)**   **Number of the mortgage loans that suffered EPDs: 6**

    **(b)**   **Percent of the mortgage loans that suffered EPDs: 0.5%**

    **(c)**   **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.18%**

**Item 106.**   **90+ days delinquencies:**

    **(a)**   **Number of the mortgage loans that suffered 90+ days delinquencies: 286**

    **(b)**   **Percent of the mortgage loans that suffered 90+ days delinquencies: 23.2%**

    **(c)**   **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 16.5%**

**Item 107.**   **30+ days delinquencies in this securitization:**

    **(a)**   **Number of the mortgage loans that were 30+ days delinquent on March 31, 2010: 283**

    **(b)**   **Percent of the mortgage loans that were 30+ days delinquent on March 31, 2010: 23.0%**

    **(c)**   **Percent of all mortgage loans in the United States that were 30+ days delinquent on March 31, 2010: 14.7%**

**Item 114.**   **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-8 and S-50 of the prospectus supplement for this securitization, Credit Suisse made statements about the ratings assigned to the certificate issued in this securitization. Credit Suisse stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Credit Suisse also stated: "It is a condition to the issuance of the [Bank's certificate] that [it] be rated [AAA] by Standard & Poor's ... and ... Aaa by Moody's Investors Services, Inc." INDX 2006-R1 Pros. Sup. S-50.

-8-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

Item 117.   Summary of loans about which the Defendants made untrue or misleading statements:

   (a)   Number of loans whose LTVs were materially understated: 425

   (b)   Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 49

   (c)   Number of loans that suffered EPDs: 6

   (d)   Number of loans in which the properties were stated to be owner-occupied but were not: 229

   (e)   Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 595

   (f)   Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 48.3%

SCHEDULES OF THE FIRST AMENDED COMPLAINT (*Deutsche, 497839*)

### SCHEDULE 17 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Greenwich Capital and Greenwich Capital Acceptance.

**Item 43.**      **Details of trust and certificate(s).**

(a)      **Dealer that sold the certificate(s) to the Bank:** Greenwich Capital.

(b)      **Description of the trust:** Harbor View Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2004-7 was a securitization in October 2004 of 2,003 mortgage loans, in four groups. The mortgage loans in the collateral pool of this securitization were originated by Countrywide Home Loans, Inc., IndyMac Bank, F.S.B., GreenPoint Mortgage Funding, Inc., Sierra Pacific Mortgage, Inc., Downey Savings and Loan Association, F.A., Paul Financial, LLC, Mellon Trust of New England, N.A., American Mortgage Express Corp., Luxury Mortgage Corp., and E-Loan, Inc. HVMLT 2004-7 Pros. Sup. S-4, S-26, and S-76.

Countrywide Home Loans, Inc. originated 24.41% of the loans in the collateral pool, IndyMac Bank, F.S.B. originated 23.51%, GreenPoint Mortgage Funding, Inc. originated 16.31%, Sierra Pacific Mortgage, Inc. originated 14.91%, and Downey Savings and Loan Association, F.A. originated 11.86%. HVMLT 2004-7 Pros. Sup. S-4, S-26, and S-76.

(c)      **Description of the certificate(s) that the Bank purchased:** Greenwich Capital offered and sold to the Bank a senior certificate in this securitization, in tranche 3-A-1, for which the Bank paid $101,031,250 plus accrued interest on October 5, 2004.

(d)      **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • Aaa.

(e)      **Current ratings of the certificate(s):** Standard & Poor's • AAA; Moody's • A2.

(f)      **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/826219/000112528204004862/b401318_424b5.txt.

-10-

**Item 51.**    **Untrue or misleading statements about the LTVs of the mortgage loans:**

In the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance made the following statements about the LTVs of the mortgage loans in the collateral pool of this securitization.

(a)    "Approximately 5.06% of all of the mortgage loans, and approximately 6.46%, 5.27%, 1.13% and 8.85% of the group 1, group 2, group 3 and group 4 mortgage loans, respectively, have original loan-to-value ratios in excess of 80.00%." HVMLT 2004-7 Pros. Sup. S-28.

(b)    In "The Mortgage Loan Groups" section of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance presented tables of statistics about the mortgage loans in the collateral pool. HVMLT 2004-7 Pros. Sup. S-30 to S-74. Each table focused on a certain characteristic of the loans (for example, principal balance) and divided the loans into categories based on that characteristic (for example, loans with a current principal balance of $30,887.78 to $100,000, $100,000.01 to $150,000, $150,000.01 to $200,000, etc.). Each table then presented various data about the mortgage loans in each category. One of the tables, entitled "Original Loan-to-Value Ratios of the Mortgage Loans," divided the loans into 10 categories of original LTV (for example, 6.54% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the aggregate principal balance outstanding, and the percent of aggregate principal balance outstanding in each of these categories. HVMLT 2004-7 Pros. Sup. S-33.

(c)    "The weighted average original loan-to-value ratio of the mortgage loans was approximately 75.57% as of the cut-off date." HVMLT 2004-7 Pros. Sup. S-33.

(d)    In "The Mortgage Loan Groups" section of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance presented a table entitled "Original Loan-to-Value Ratios of the Group 1 Mortgage Loans." This table divided the loans in Group 1 into 10 categories of original LTV (for example, 30.30% to 50%, 50.01% to 55%, 55.01 to 60%, etc.). The table made untrue and misleading statements about the number of mortgage loans, the

-11-

1   aggregate principal balance outstanding, and the percent of aggregate principal balance

2   outstanding in each of these categories. HVMLT 2004-7 Pros. Sup. S-43.

3       (e)   "The weighted average original loan-to-value ratio of the group 1 mortgage loans

4   was approximately 72.64% as of the cut-off date." HVMLT 2004-7 Pros. Sup. S-43.

5       (f)   In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

6   Capital Acceptance presented a table entitled "Original Loan-to-Value Ratios of the Group 2

7   Mortgage Loans." This table divided the loans in Group 2 into 10 categories of original LTV (for

8   example, 7.56% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and

9   misleading statements about the number of mortgage loans, the aggregate principal balance

10  outstanding, and the percent of aggregate principal balance outstanding in each of these

11  categories. HVMLT 2004-7 Pros. Sup. S-52.

12      (g)   "The weighted average original loan-to-value ratio of the group 2 mortgage loans

13  was approximately 76.68% as of the cut-off date." HVMLT 2004-7 Pros. Sup. S-52.

14      (h)   In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

15  Capital Acceptance presented a table entitled "Original Loan-to-Value Ratios of the Group 3

16  Mortgage Loans." This table divided the loans in Group 3 into 10 categories of original LTV (for

17  example, 20.93% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and

18  misleading statements about the number of mortgage loans, the aggregate principal balance

19  outstanding, and the percent of aggregate principal balance outstanding in each of these

20  categories. HVMLT 2004-7 Pros. Sup. S-60.

21      (i)   "The weighted average original loan-to-value ratio of the group 3 mortgage loans

22  was approximately 73.38% as of the cut-off date." HVMLT 2004-7 Pros. Sup. S-60.

23      (j)   In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

24  Capital Acceptance presented a table entitled "Original Loan-to-Value Ratios of the Group 4

25  Mortgage Loans." This table divided the loans in Group 4 into 10 categories of original LTV (for

26  example, 6.54% to 50%, 50.01% to 55%, 55.01% to 60%, etc.). The table made untrue and

27  misleading statements about the number of mortgage loans, the aggregate principal balance

28

-12-

1  outstanding, and the percent of aggregate principal balance outstanding in each of these

2  categories. HVMLT 2004-7 Pros. Sup. S-69.

3       (k)    "The weighted average original loan-to-value ratio of the group 4 mortgage loans

4  was approximately 76.16% as of the cut-off date." HVMLT 2004-7 Pros. Sup. S-69.

5  **Item 61.**     **Details of the results of the AVM analysis:**

| | |
|---|---|
| Number of loans | 2,003 |
| Number of properties on which there was enough information for the model to determine a true market value | 956 |
| Number of loans on which the stated value was 105% or more of the true market value as reported by the model | 420 |
| Aggregate amount by which the stated values of those properties exceeded their true market values as reported by the model | $30,357,554 |
| Number of loans on which the stated value was 95% or less of the true market value as reported by the model | 256 |
| Aggregate amount by which the true market values of those properties exceed their stated values | $19,120,307 |
| Number of loans with LTVs over 100%, as stated by Defendants | 0 |
| Number of loans with LTVs over 100%, as determined by the model | 73 |
| Weighted-average LTV, as stated by Defendants | 75.6% |
| Weighted-average LTV, as determined by the model | 85.2% |

16  **Item 70.**     **Undisclosed additional liens:**

17       **(a)**     **Minimum number of properties with additional liens: 753**

18       **(b)**     **Total reduction in equity from additional liens: $49,420,343**

19       **(d)**     **Weighted-average reduction in equity from additional liens: 68.7%**

20  **Item 81.**     **Untrue or misleading statements about compliance with USPAP:**

22       In the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance

23  made the following statement about the appraisals of the properties that secured the mortgage

24  loans originated by Countrywide Home Loans, Inc.: "All appraisals are required to conform to

25  Fannie Mae or Freddie Mac appraisal standards then in effect." HVMLT 2004-7 Pros. Sup. S-81.

26       In the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance

27  made the following statement about the appraisals of the properties that secured the mortgage

28  loans originated by Downey Savings & Loan Association, F.A.: "All appraisals are required to

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1   conform to Fannie Mae or Freddie Mac appraisal standards then in effect." HVMLT 2004-7 Pros.

2   Sup. S-90.

3   **Item 87.        Untrue or misleading statements about owner-occupancy of the properties**

4   **that secured the mortgage loans:**

5       In the prospectus supplement, Countrywide made the following statements about the

6   occupancy status of the properties that secured the mortgage loans in the collateral pool of this

7   securitization.

8       (a)    In "The Mortgage Loan Groups" section of the prospectus supplement described in

9   Item 51, Greenwich Capital and Greenwich Capital Acceptance presented a table entitled "Stated

10  Occupancy Status of the Mortgage Loans." This table divided all the loans into the categories

11  "Primary," "Investor," and "Second Home." The table made untrue and misleading statements

12  about the number of mortgage loans, the aggregate principal balance outstanding, and the percent

13  of aggregate principal balance outstanding in each of these categories. HVMLT 2004-7 Pros. Sup.

14  S-31.

15      (b)    In the "Stated Occupancy Status of the Mortgage Loans" table, Greenwich Capital

16  and Greenwich Capital Acceptance stated that 84.37% of the mortgage loans in the collateral pool

17  were secured by a "Primary" residence, 11.06% by an "Investor" property, and 4.57% by a

18  "Second Home." HVMLT 2004-7 Pros. Sup. S-31.

19      (c)    In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

20  Capital Acceptance presented a table entitled "Stated Occupancy Status of the Group 1 Mortgage

21  Loans." This table divided the mortgage loans in Group 1 into the categories "Primary,"

22  "Investor," and "Second Home." The table made untrue and misleading statements about the

23  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

24  aggregate principal balance outstanding in each of these categories. HVMLT 2004-7 Pros. Sup.

25  S-41.

26      (d)    In the "Stated Occupancy Status of the Group 1 Mortgage Loans" table,

27  Greenwich Capital and Greenwich Capital Acceptance stated that 92.23% of the mortgage loans

28

-14-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1  in Group 1 were secured by a "Primary" residence, 3.29% by an "Investor" property, and 4.48%

2  by a "Second Home." HVMLT 2004-7 Pros. Sup. S-41.

3       (e)    In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

4  Capital Acceptance presented a table entitled "Stated Occupancy Status of the Group 2 Mortgage

5  Loans." This table divided the mortgage loans in Group 2 into the categories "Primary,"

6  "Investor," and "Second Home." The table made untrue and misleading statements about the

7  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

8  aggregate principal balance outstanding in each of these categories. HVMLT 2004-7 Pros. Sup.

9  S-50.

10       (f)    In the "Stated Occupancy Status of the Group 2 Mortgage Loans" table,

11  Greenwich Capital and Greenwich Capital Acceptance stated that 80.87% of the mortgage loans

12  in Group 2 were secured by a "Primary" residence, 13.32% by an "Investor" property, and 5.8%

13  by a "Second Home." HVMLT 2004-7 Pros. Sup. S-50.

14       (g)    In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

15  Capital Acceptance presented a table entitled "Stated Occupancy Status of the Group 3 Mortgage

16  Loans." This table divided the mortgage loans in Group 3 into the categories "Primary,"

17  "Investor," and "Second Home." The table made untrue and misleading statements about the

18  number of mortgage loans, the aggregate principal balance outstanding, and the percent of

19  aggregate principal balance outstanding in each of these categories. HVMLT 2004-7 Pros. Sup.

20  S-59.

21       (h)    In the "Stated Occupancy Status of the Group 3 Mortgage Loans" table,

22  Greenwich Capital and Greenwich Capital Acceptance stated that 96.76% of the mortgage loans

23  in Group 3 were secured by a "Primary" residence, 1.74% by an "Investor" property, and 1.5% by

24  a "Second Home." HVMLT 2004-7 Pros. Sup. S-59.

25       (i)    In "The Mortgage Loan Groups" section, Greenwich Capital and Greenwich

26  Capital Acceptance presented a table entitled "Stated Occupancy Status of the Group 4 Mortgage

27  Loans." This table divided the mortgage loans in Group 4 into the categories "Primary,"

28  "Investor," and "Second Home." The table made untrue and misleading statements about the

-15-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

1   number of mortgage loans, the aggregate principal balance outstanding, and the percent of

2   aggregate principal balance outstanding in each of these categories.. HVMLT 2004-7 Pros. Sup.

3   S-68.

4        (j)      In the "Stated Occupancy Status of the Group 4 Mortgage Loans" table,

5   Greenwich Capital and Greenwich Capital Acceptance stated that 76.03% of the mortgage loans

6   in Group 4 were secured by a "Primary" residence, 19.27% by an "Investor" property, and 4.7%

7   by a "Second Home." HVMLT 2004-7 Pros. Sup. S-68.

8   **Item 95.**      **Details of properties that were stated to be owner-occupied, but were not:**

9        **(a)**      **Number of loans on which the owner of the property instructed tax**
10               **authorities to send property tax bills to him or her at a different address: 98**

11       **(b)**      **Number of loans on which the owner of the property could have, but did not,**
               **designate the property as his or her homestead: 147**
12

13       **(c)**      **Number of loans on which the owner of the property owned three or more**
               **properties: 11**
14

15       **(d)**      **Eliminating duplicates, number of loans about which one or more of**
               **statements (a) through (c) is true: 207**

16  **Item 98.**      **Untrue or misleading statements about the underwriting standards of the**
               **originators of the mortgage loans:**
17

18   On pages S-78 through S-82 of the prospectus supplement, Greenwich Capital and

19   Greenwich Capital Acceptance made statements about the underwriting guidelines of

20   Countrywide Home Loans, Inc. All of those statements are incorporated herein by reference. In

21   particular, Greenwich Capital and Greenwich Capital Acceptance stated that:

22       (a)      "Exceptions to Countrywide's underwriting guidelines may be made if

23   compensating factors are demonstrated by a prospective borrower." HVMLT 2004-7 Pros. Sup.

24   S-80.

25       (b)      "Countrywide's underwriting standards are applied by or on behalf of

26   Countrywide to evaluate the prospective borrower's credit standing and repayment ability and the

27   value and adequacy of the mortgaged property as collateral." HVMLT 2004-7 Pros. Sup. S-79.

28
                                        -16-

On pages S-83 through S-85 of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance made statements about the underwriting guidelines of IndyMac Bank, F.S.B. All of those statements are incorporated herein by reference. In particular, Greenwich Capital and Greenwich Capital Acceptance stated that:

(a)   "Exceptions to these underwriting standards are permitted where compensating factors are present . . . ." HVMLT 2004-7 Pros. Sup. S-84. Another of those statements was that: "[E]xceptions to standard underwriting guidelines are permitted where compensating factors are present . . . ." HVMLT 2004-7 Pros. Sup. S-84.

(b)   "These underwriting standards, including any negotiated modifications to them, are applied to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." HVMLT 2004-7 Pros. Sup. S-84.

On page S-86 of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance made statements about the underwriting guidelines of GreenPoint Mortgage Funding, Inc. All of those statements are incorporated herein by reference. In particular, Greenwich Capital and Greenwich Capital Acceptance stated that:

(a)   "Exceptions to the GreenPoint Underwriting Guidelines are permitted where compensating factors are present." HVMLT 2004-7 Pros. Sup. S-86.

(b)   "Generally, the GreenPoint Underwriting Guidelines are applied to evaluate the prospective borrower's credit standing and repayment ability and the value and adequacy of the mortgaged property as collateral." HVMLT 2004-7 Pros. Sup. S-86.

On pages S-86 through S-88 of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance made statements about the underwriting guidelines of Sierra Pacific Mortgage, Inc. All of those statements are incorporated herein by reference. In particular, Greenwich Capital and Greenwich Capital Acceptance stated that:

-17-

(a)    "Sierra Pacific's underwriting standards are applied to evaluate the prospective borrower's credit standing and willingness and ability to repay along with the value and adequacy of the mortgaged property as collateral." HVMLT 2004-7 Pros. Sup. S-87.

On pages S-88 through S-91 of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance made statements about the underwriting guidelines of Downey Savings and Loan Association, F.A. All of those statements are incorporated herein by reference. HVMLT 2004-7 Pros. Sup. S-88 to 91. In particular, Greenwich Capital and Greenwich Capital Acceptance stated that:

(a)    "Exceptions to Downey's underwriting guidelines may be made if compensating factors are demonstrated by a prospective borrower." HVMLT 2004-7 Pros. Sup. S-89.

(b)    "Financial information in the loan file must be analyzed to ensure that there are sufficient assets and financial resources to repay the loan." HVMLT 2004-7 Pros. Sup. S-88.

(c)    "Downey's underwriting standards are applied by or on behalf of Downey to evaluate the prospective borrower's credit standing and repayment ability, and the value and adequacy of the mortgaged property as collateral." HVMLT 2004-7 Pros. Sup. S-89.

**Item 105.     Early payment defaults:**

(a)    **Number of the mortgage loans that suffered EPDs: 6**

(b)    **Percent of the mortgage loans that suffered EPDs: 0.3%**

(c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that experienced EPDs: 0.14%**

**Item 106.     90+ days delinquencies:**

(a)    **Number of the mortgage loans that suffered 90+ days delinquencies: 164**

(b)    **Percent of the mortgage loans that suffered 90+ days delinquencies: 8.2%**

(c)    **Percent of all securitized, non-agency prime (including Alt-A) mortgage loans made at the same time as the loans in the collateral pool that suffered 90+ days delinquencies: 7.2%**

-18-

**Item 114.**      **Statements about the ratings of the certificate(s) that the Bank purchased:**

On pages S-10 to S-11 and S-154 of the prospectus supplement, Greenwich Capital and Greenwich Capital Acceptance made statements about the ratings assigned to the certificates issued in this securitization. Greenwich Capital and Greenwich Capital Acceptance stated that the Bank's certificate was rated Aaa by Moody's Investors Service, Inc. and AAA by Standard & Poor's Rating Services. These were the highest ratings available from these two rating agencies.

Greenwich Capital and Greenwich Capital Acceptance also stated: "It is a condition to the issuance of the offered certificates that the certificates initially have the following ratings from Moody's Investors Service, Inc. and Standard & Poor's Ratings Services." Greenwich Capital and Greenwich Capital Acceptance listed the Bank's certificate as rated Aaa by Moody's and AAA by Standard & Poor's. HVMLT 2004-7 Pros. Sup. S-10.

Greenwich Capital and Greenwich Capital Acceptance also stated: "It is a condition to the issuance of the offered certificates that the senior certificates be rated "Aaa" by Moody's Investors Service, Inc. ("Moody's") and "AAA" by Standard & Poor's Ratings Services." HVMLT 2004-7 Pros. Sup. S-154.

**Item 117.**      **Summary of loans about which the Defendants made untrue or misleading statements:**

(a)      **Number of loans whose LTVs were materially understated: 420**

(b)      **Number of loans in which the owner's equity was reduced by 5% or more by undisclosed additional liens: 753**

(c)      **Number of loans that suffered EPDs: 6**

(d)      **Number of loans in which the properties were stated to be owner-occupied but were not: 207**

(e)      **Eliminating duplicates, number of loans about which the Defendants made untrue or misleading statements: 998**

(f)      **Eliminating duplicates, percent of loans about which the Defendants made untrue or misleading statements: 49.8%**

-19-

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*

## SCHEDULE 18 TO THE AMENDED COMPLAINT

To the extent that this Schedule is incorporated by reference into allegations in the complaint, those allegations are made against Defendants Greenwich Capital, Greenwich Capital Acceptance, and Greenwich Capital Holdings, Inc.

**Item 43.     Details of trust and certificate(s).**

(a)     **Dealer that sold the certificate(s) to the Bank:** Greenwich Capital.

(b)     **Description of the trust:** Harbor View Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-5 was a securitization in July 2007 of 2,736 mortgage loans,[1] in one pool. The mortgage loans in the collateral pool of this securitization were originated by American Home Mortgage Corp. HVMLT 2007-5 Pros. Sup. S-3 and S-22.

(c)     **Description of the certificate(s) that the Bank purchased:** Greenwich Capital offered and sold to the Bank a senior certificate in this securitization, in tranche A-1A, for which the Bank paid $200,000,000 plus accrued interest on July 12, 2007.

(d)     **Ratings of the certificate(s) when the Bank purchased them:** Standard & Poor's • AAA; Moody's • Aaa.

(e)     *Current ratings of the certificate(s):* Standard & Poor's • CCC; Moody's • Ba1.

(f)     **URL of prospectus supplement for this securitization:** http://www.sec.gov/Archives/edgar/data/826219/000114420407036797/v081095_424b5.htm.

(g)     **Registration statement pursuant or traceable to which the certificate(s) were issued:** Certificates in this trust, including the certificate that the Bank purchased, were issued pursuant or traceable to a registration statement filed by Greenwich Capital Acceptance, Inc. with the SEC on form S-3 on March 23, 2007. Annexed to the registration statement was a prospectus.

---

[1] HVMLT-2007-5 was a prefunded securitization. On the closing date of the securitization there were 2,736 mortgage loans in the trust. After the closing date of the securitization, the trust purchased an additional 154 mortgage loans.

SCHEDULES OF THE FIRST AMENDED COMPLAINT *(Deutsche, 497839)*