BINGHAM MCCUTCHEN LLP
JOHN D. PERNICK (CA SBN 155468)
SUNEETA FERNANDES (CA SBN 257772)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
John.Pernick@bingham.com
Suneeta.Fernandes@bingham.com

BINGHAM MCCUTCHEN LLP
KENNETH I. SCHACTER
THEO J. ROBINS
399 Park Avenue
New York, NY 10022-4689
Telephone:  212.705.7000
Facsimile:  212.752.5378
Kenneth.Schacter@bingham.com
Theo.Robins@bingham.com

*Attorneys for Defendants J.P. Morgan Securities, Inc.,*
*Structured Asset Mortgage Investments II, Inc., The Bear*
*Stearns Companies, LLC, WaMu Capital Corporation and*
*Washington Mutual Mortgage Securities Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., F/K/A GREENWICH | No. CV-10-3039 SC<br><br>**LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Removed from the Superior Court of California for the City and County of San Francisco Case No. CGC-10-497839)** |

1 | CAPITAL ACCEPTANCE, INC.; RBS
HOLDINGS USA, INC., F/K/A GREENWICH
2 | CAPITAL HOLDINGS, INC.; MORGAN
STANLEY & CO. INCORPORATED; UBS
3 | SECURITIES, LLC; MORTGAGE ASSET
SECURITIZATION TRANSACTIONS, INC.;
4 | MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC.; WAMU CAPITAL CORP.;
5 | WASHINGTON MUTUAL MORTGAGE
SECURITIES CORP.; AND, DOES 1-50,
6 |
7 |            Defendants.

8       Pursuant to Civil L.R. 3-16, the undersigned counsel for defendants J.P. Morgan

9 Securities Inc., Structured Assets Mortgage Investments II, Inc., The Bear Stearns Companies,

10 LLC, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation,

11 certifies that the following listed persons, associations of persons, firms, partnerships,

12 corporations (including parent corporations) or other entities (i) have a financial interest in the

13 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

14 in that subject matter or in a party that could be substantitally affected by the outcome of this

15 proceeding:

16       1.      J.P. Morgan Securities Inc. ("JPMSI") is a wholly-owned subsidiary of J.P.

17 Morgan Chase & Co. ("JPMC"). JPMC is a publicly held company whose shares are traded on

18 the New York Stock Exchange. It has no parent company and no publicly-held company owns

19 more than 10% of JPMC's shares.

20       2.      Structured Assets Mortgage Investments II, Inc. is a wholly-owned subsidiary of

21 JPMC.

22       3.      The Bear Stearns Companies, LLC is a wholly-owned subsidiary of JPMC.

23       4.      WaMu Capital Corporation is a wholly-owned subsidiary of JPMorgan Chase

24 Bank, N. A. ("JPMC Bank"). JPMC Bank is a wholly-owned subsidiary of JPMC.

25       5.      Washington Mutual Mortgage Securities Corporation is a wholly-owned

26 subsidiary of JPMC Bank. JPMC Bank is a wholly-owned subsidiary of JPMC.

27

28

1    Dated: July 16, 2010                    BINGHAM MCCUTCHEN LLP

2

3                                            By:    /s/ John D. Pernick
                                                    JOHN D. PERNICK
4
                                             *Attorney for Defendants J.P. Morgan*
5                                            *Securities, Inc., Structured Assets Mortgage*
                                             *Investments II, Inc., The Bear Stearns*
6                                            *Companies, LLC, WaMu Capital Corporation*
                                             *and Washington Mutual Mortgage Securities*
7                                            *Corporation*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2                    Case No. CV-10-3039 SC