| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | JOHN D. PERNICK (CA SBN 155468) |
| 2 | SUNEETA FERNANDES (CA SBN 257772) |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4067 |
|   | Telephone: 415.393.2000 |
| 4 | Facsimile: 415.393.2286 |
|   | John.Pernick@bingham.com |
| 5 | Suneeta.Fernandes@bingham.com |

BINGHAM MCCUTCHEN LLP
KENNETH I. SCHACTER
THEO J. ROBINS
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
Kenneth.Schacter@bingham.com
Theo.Robins@bingham.com

*Attorneys for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | No. CV-10-3039 SC |
| Plaintiff, | **AMENDED CERTIFICATE OF SERVICE** |
| v. | (Removed from the Superior Court of California for the City and County of San Francisco Case No. CGC-10-497839) |
| DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., F/K/A GREENWICH | |

| | |
|---|---|
| 1 | CAPITAL ACCEPTANCE, INC.; RBS HOLDINGS USA, INC., F/K/A GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; WAMU CAPITAL CORP.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; AND, DOES 1-50, |

Defendants.

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067.

On July 13, 2010 I served the following documents:

JOINDER IN NOTICE OF REMOVAL FROM SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO

By serving true copies of the above-described document in the following manner:

BY HAND DELIVERY

I am familiar with the office practice of Bingham McCutchen LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Bingham McCutchen LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document(s) and addressed as set forth below in accordance with the office practice of Bingham McCutchen LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

A/73433426.1/3004000-0000344890     1     Case No. CV-10-3039 SC

AMENDED CERTIFICATE OF SERVICE

Goodin, MacBride, Squeri, Day & Lamprey, LLP
Robert A. Goodin
Francine T. Radford
Anne H. Hartman
505 Sansome Street, Suite 900
San Francisco, CA 94111

BY ELECTRONIC MAIL

I caused the above-referenced document(s) to be transmitted by electronic mail transmission to the interested parties at the appropriate electronic mail addresses as set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

- drains@mofo.com — Darryl P. Rains
- bpastuszenski@goodwinprocter.com — BrianE. Pastuszenski
- sconcannon@goodwinprocter.com — Sarah H. Concannon
- rclary@cravath.com — Richard W. Clary
- charwood@cravath.com — Christopher B. Harwood
- areevegivens@cravath.com — Alexandra Reeve-Givens
- rstumpf@sheppardmullin.com — Robert J. Stumpf
- mwhite@sheppardmullin.com — Martin White
- john.falzone@lw.com — John M. Falzone
- clucht@stblaw.com — Christopher J. Lucht
- jmeltzer@stblaw.com — Jason Meltzer
- trice@stblaw.com — Thomas C. Rice
- williamsullivan@paulhastings.com — William F. Sullivan
- howardprivette@paulhastings.com — Howard M. Privette, II
- johndurrant@paulhastings.com — John S. Durrant
- rouhandeh@davispolk.com — James P. Rouhandeh
- william.fenrich@davispolk.com — William J. Fenrich
- daniel.schwartz@davispolk.com — Daniel J. Schwartz
- Neal.Potischman@davispolk.com — Neal A. Potischman
- joseph.frank@lw.com — Joseph J. Frank
- michele.johnson@lw.com — Michele D. Johnson
- paul.serritella@lw.com — Paul A. Serritella
- christian.word@lw.com — J. Christian Word

The parties on whom this electronic mail has been served have agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 16, 2010.

_____
Heather R. Akers-Healy

A/73433426.1/3004000-0000344890          2          Case No. CV-10-3039 SC

AMENDED CERTIFICATE OF SERVICE