1  Neal A. Potischman (SBN 254862)
   neal.potischman@davispolk.com
2  Samantha H. Knox (SBN 254427)
   samantha.knox@davispolk.com
3  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Of Counsel:

7  James P. Rouhandeh
   rouhandeh@davispolk.com
8  William J. Fenrich
   william.fenrich@davispolk.com
9  Daniel J. Schwartz
   daniel.schwartz@davispolk.com
10 (*pro hac vice applications to be filed*)
   DAVIS POLK & WARDWELL LLP
11 450 Lexington Avenue
   New York, New York 10017
12 Telephone: (212) 450-4000
   Facsimile:  (212) 701-5800

13
   Attorneys for Defendant
14 MORGAN STANLEY & CO. INC.

15

16                    UNITED STATES DISTRICT COURT

17               FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 | FEDERAL HOME LOAN BANK OF SAN    )
   | FRANCISCO,                        )
20 |                        Plaintiff, )  CASE NO.: 3:10-cv-03039 SC
   |                                   )
21 |       v.                          )
   |                                   )  **STIPULATION TO EXTEND TIME TO**
22 | DEUTSCHE BANK SECURITIES INC.;    )  **ANSWER OR RESPOND TO THE**
   | DEUTSCHE ALT-A SECURITIES, INC.;  )  **AMENDED COMPLAINT**
23 | DB STRUCTURED PRODUCTS, INC.; J.P.)
   | MORGAN SECURITIES, INC., F/K/A    )
24 | BEAR, STEARNS & CO. INC.;         )
   | STRUCTURED ASSET MORTGAGE         )
25 | INVESTMENTS II, INC.; THE BEAR    )
   | STEARNS COMPANIES, LLC, F/K/A THE )
26 | BEAR STEARNS COMPANIES, INC.;     )
   | COUNTRYWIDE SECURITIES            )
27 | CORPORATION; CREDIT SUISSE        )
   | SECURITIES (USA) LLC, F/K/A CREDIT)
28 | SUISSE FIRST BOSTON LLC; RBS      )

| | |
|---|---|
| 1 | SECURITIES, INC., F/K/A GREENWICH    ) |
| | CAPITAL MARKETS, INC.; RBS                   ) |
| 2 | ACCEPTANCE, INC., F/K/A GREENWICH ) |
| | CAPITAL ACCEPTANCE, INC.; RBS            ) |
| 3 | HOLDINGS USA, INC., F/K/A                      ) |
| | GREENWICH CAPITAL HOLDINGS, INC.; ) |
| 4 | MORGAN STANLEY & CO.                           ) |
| | INCORPORATED; UBS SECURITIES,          ) |
| 5 | LLC; MORTGAGE ASSET                              ) |
| | SECURITIZATION TRANSACTIONS,         ) |
| 6 | INC.; MERRILL LYNCH, PIERCE,               ) |
| | FENNER & SMITH, INC.; WAMU                  ) |
| 7 | CAPITAL CORP.; WASHINGTON                 ) |
| | MUTUAL MORTGAGE SECURITIES          ) |
| 8 | CORP.; AND, DOES 1-50,                             ) |
| |                                                                          ) |
| 9 |                                      Defendants.        ) |

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:10-CV-03039 SC

1    Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, plaintiff Federal Home Loan Bank of San Francisco ("Plaintiff") and defendants in the above-captioned action (collectively, the "Defendants"), by their undersigned attorneys, stipulate to an extension of time for Defendants to answer, move or otherwise respond to the Amended Complaint in this matter.

On or about March 15, 2010, Plaintiff filed a Summons and Complaint captioned <u>Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities Inc.</u>, Case No. CGC-10-497839, in the Superior Court of California, San Francisco (the "State Court Action").  On or about June 10, 2010, Plaintiff filed a First Amended Complaint in the State Court Action.  On July 12, 2010, Defendants UBS Securities, LLC, and Mortgage Asset Securitization Transactions, Inc. (collectively, the "UBS Defendants") removed this case to the United States District Court for the Northern District of California, San Francisco Division.  The remaining above-captioned Defendants consented to and/or joined in the UBS Defendants' Notice of Removal.

Pursuant to Civil Local Rule 6-1(a), the parties, by and through their counsel, stipulate as follows:

1.   Defendants shall answer, move or otherwise respond to the Amended Complaint on or before October 11, 2010;

2.   This extension will not alter the date of any event or any deadline already fixed by Court order;

3.   Defendants do not waive their right to seek adjournment or additional time from the Court in which to answer, move or otherwise respond to the Amended Complaint.

1

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:10-cv-03039 SC

| | | |
|---|---|---|
| 1 | Dated:    July 16, 2010 | Respectfully Submitted, |
| 2 | | DAVIS POLK & WARDWELL LLP |

/s/ Neal A. Potischman
Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

James P. Rouhandeh
William J. Fenrich
Daniel J. Schwartz
(*pro hac vice applications to be filed*)
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

Dated:    July 16, 2010          LATHAM & WATKINS LLP

/s/ Deepa V. Sood
Deepa V. Sood (SBN 224079)
505 Montgomery Street
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Jamie L. Wine (SBN 181373)
James E. Brandt
Richard D. Owens
John M. Falzone
(*pro hac vice applications to be filed*)
885 Third Avenue
New York, New York  10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

Attorneys for Defendants
DEUTSCHE BANK SECURITIES, INC.,
DEUTSCHE ALT-A SECURITIES, INC. and DB
STRUCTURED PRODUCTS, INC.

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:10-CV-03039 SC

2

| | | |
|---|---|---|
| Dated: | July 16, 2010 | BINGHAM MCCUTCHEN LLP |

    /s/ John D. Pernick
_____
John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California  9111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

| | | |
|---|---|---|
| Dated: | July 16, 2010 | MORRISON & FOERSTER LLP |

    /s/ Darryl P. Rains
_____
Daryl P. Rains (SBN 104802)
Eugene Illovsky (SBN 117892)
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Craig D. Martin (SBN 168195)
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
COUNTRY WIDE SECURITIES
CORPORATION and MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.

3

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:10-CV-03039 SC

| | | |
|---|---|---|
| 1 | Dated:    July 16, 2010 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP |

    /s/ Robert J. Stumpf, Jr.
Robert J. Stumpf, Jr. (SBN 72851)
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

Of Counsel:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Michael T. Reynolds (*pro hac vice application to be filed*)
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019
Telephone:  212-474-1000
Facsimile:  212-474-3700

Attorneys for Defendant
CREDIT SUISSE SECURITIES (USA), LLC,
f/k/a CREDIT SUISSE FIRST BOSTON LLC

| | | |
|---|---|---|
| 1 | Dated: July 16, 2010 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | /s/ Alexis Coll-Very |
| 4 | | Alexis Coll-Very (SBN: 212735)<br>2550 Hanover Street |
| 5 | | Palo Alto, California 94304<br>Telephone: (650) 251-5000 |
| 6 | | Facsimile: (650) 251-5002 |
| 7 | | Thomas C. Rice<br>Alan Turner |
| 8 | | Jason R. Meltzer<br>(*pro hac vice applications to be filed*) |
| 9 | | 425 Lexington Avenue<br>New York, New York 10017 |
| 10 | | Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |
| 11 | | Attorney for Defendants |
| 12 | | RBS SECURITIES, INC., f/k/a GREENWICH<br>CAPITAL MARKETS, INC.; RBS |
| 13 | | ACCEPTANCE, INC. f/k/a GREENWICH<br>CAPITAL ACCEPTANCE, INC. and RBS |
| 14 | | HOLDINGS USA INC. f/k/a GREENWICH<br>CAPITAL HOLDINGS, INC. |
| 15 | | |
| 16 | Dated: July 16, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 17 | | |
| 18 | | /s/ William F. Sullivan |
| 19 | | William F. Sullivan (SBN 78353)<br>Howard M. Privette (SBN 137216) |
| 20 | | John S. Durrant (SBN 217345)<br>515 South Flower Street, 25th Floor |
| 21 | | Los Angeles, California 90071-2228<br>Telephone: (213) 683-6000 |
| 22 | | Facsimile: (213) 627-0705 |
| 23 | | Edward Han (SBN 196924)<br>55 Second Street, 24th Floor |
| 24 | | San Francisco, California 94127<br>Telephone: (415) 865-7000 |
| 25 | | Facsimile: (415) 865-7100 |
| 26 | | Attorneys for Defendants |
| 27 | | UBS SECURITIES, LLC and MORTGAGE<br>ASSET SECURITIZATION TRANSACTIONS, INC. |
| 28 | | 5 |

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:10-cv-03039 SC

| | |
|---|---|
| Dated:   July 16, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |

/s/ Anne H. Hartman

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais
Kathryn C. Ellsworth
Owen L. Cryulnik
Leanne M. Wilson
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

Attorneys for Plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

STIPULATION TO EXTEND TIME TO ANSWER
OR RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:10-cv-03039 SC

6

**GENERAL ORDER 45 ATTESTATION**

I, Neal A. Potischman, am the ECF User whose ID and password was used to file this STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO THE AMENDED COMPLAINT. In compliance with General Order 45, Section X.B, I hereby attest that Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc. and Deutsche Alt-A Securities, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: July 16, 2010

DAVIS POLK & WARDWELL LLP

By:  /s/ Neal A. Potischman
     Neal A. Potischman (SBN 254862)

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorney for Defendant
MORGAN STANLEY & CO. INC.