1 | DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
2 | EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
3 | MORRISON & FOERSTER LLP
755 Page Mill Road
4 | Palo Alto, California  94304-1018
Telephone: 650.813.5600
5 | Facsimile: 650.494.0792

6 | CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
7 | MORRISON & FOERSTER LLP
425 Market Street
8 | San Francisco, California 94105-2482
Telephone: 415.268.7000
9 | Facsimile: 415.268.7522

10 | Attorneys for Defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.
11

12 |                     UNITED STATES DISTRICT COURT

13 |                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | FEDERAL HOME LOAN BANK OF SAN            Case No.     CV-10-3039 SC
     FRANCISCO,
16 |                                           **CERTIFICATION OF
                    Plaintiff,                 INTERESTED ENTITIES OR
17 |                                           PERSONS**
            v.
18
     DEUTSCHE BANK SECURITIES INC.;
19 | DEUTSCHE ALT-A SECURITIES, INC.; DB
     STRUCTURED PRODUCTS, INC.; J.P.
20 | MORGAN SECURITIES, INC., F/K/A BEAR,
     STEARNS & CO. INC.; STRUCTURED ASSET
21 | MORTGAGE INVESTMENTS II, INC.; THE
     BEAR STEARNS COMPANIES, LLC, F/K/A
22 | THE BEAR STEARNS COMPANIES, INC.;
     COUNTRYWIDE SECURITIES
23 | CORPORATION; CREDIT SUISSE
     SECURITIES (USA) LLC, F/K/A CREDIT
24 | SUISSE FIRST BOSTON LLC; RBS
     SECURITIES, INC., F/K/A GREENWICH
25 | CAPITAL MARKETS, INC.'RBS
     ACCEPTANCE, INC., F/K/A GREENWICH
26 | CAPITAL ACCEPTANCE, INC.; RBS
     HOLDINGS USA, INC., F/K/A GREENWICH
27 | CAPITAL HOLDINGS, INC.; MORGAN
     STANLEY & CO. INCORPORATED; UBS
28

CORPORATE DISCLOSURE STATEMENT
CASE NO. CV-10-3039 SC                                                            1
sf-2871548

| | |
|---|---|
| 1<br>2<br>3<br>4 | SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; AND, DOES 1-50<br><br>Defendants. |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Bank of America Corporation, which is the ultimate parent company of multiple parties, as set forth in those parties' Corporate Disclosure Statement filed July 12, 2010.

Dated: July 19, 2010

                                                  DARRYL P. RAINS
                                                EUGENE ILLOVSKY
                                                CRAIG D. MARTIN
                                                MORRISON & FOERSTER LLP

                                      By:   /s/ Darryl P. Rains
                                                  DARRYL P. RAINS

                                                  Attorneys for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.

CORPORATE DISCLOSURE STATEMENT
CASE NO. CV-10-3039 SC
sf-2871548

2