GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
　　rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
　　fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
　　ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:　(415) 392-7900
Facsimile:　(415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS (*pro hac application submitted*)
　　dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH (*pro hac application submitted*)
　　kellsworth@graisellsworth.com
OWEN L. CYRULNIK (*pro hac application submitted*)
　　ocyrulnik@graisellsworth.com
70 East 55th Street
New York, New York 10022
Telephone:　(212) 755-3550
Facsimile:　(212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>　　　　　Defendants. | No. CV-10-3039 SC<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

1  Plaintiff FEDERAL HOME LOAN BANK OF SAN FRANCISCO hereby
2  demands trial by jury in this action.

3  Dated: July __, 2010

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP

GRAIS & ELLSWORTH LLP

By: /s/ Anne Hayes Hartman
    Anne Hayes Hartman
    Attorneys for Plaintiff
    Federal Home Loan Bank of San Francisco

3428/001/X120735.v1

**PLAINTIFF'S DEMAND FOR JURY TRIAL** — -2- — (No. CV-10-3039 SC)