| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | ROBERT J. STUMPF, JR., Cal. Bar No. 72851 |
| 3 | rstumpf@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California  94111-4109 |
| | Telephone:    415-434-9100 |
| 5 | Facsimile:    415-434-3947 |
| 6 | Of Counsel: |
| | CRAVATH, SWAINE & MOORE LLP |
| 7 | RICHARD W. CLARY |
| | rclary@cravath.com |
| 8 | MICHAEL T. REYNOLDS |
| | mreynolds@cravath.com |
| 9 | Worldwide Plaza |
| | 825 Eighth Avenue |
| 10 | New York, NY 10019 |
| | Telephone:    212-474-1000 |
| 11 | Facsimile:    212-474-370 |
| 12 | Attorneys for Defendant |
| | CREDIT SUISSE SECURITIES (USA), LLC f/k/a |
| 13 | CREDIT SUISSE FIRST BOSTON LLC |

UNITED SGTATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | Case No. 3:10-CV-3039 SC |
| 18 | | |
| 19 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 20 | v. | |
| 21 | DEUTSCHE BANK SECURITIES, INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., f/k/a BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, f/k/a THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, f/k/a CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE, INC., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.; RBS | |

| | |
|---|---|
| 1 | HOLDINGS USA, INC., f/k/a GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; WAMU CAPITAL CORP.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; and DOES 1-50, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

W02-WEST:FJG\402773479.1

CERTIFICATE OF SERVICE
Case No. 10-CV-03039

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **July 12, 2010**, I served the following documents described as follows:

**NOTICE OF JOINDER IN REMOVAL OF CIVIL ACTION**

**DEFENDANT CREDIT SUISSE SECURITIES (USA) LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Robert A. Goodin<br>Francine T. Radford<br>Anmne H. Hartman<br>Goodin, MacBride, Squeri, Day<br>  & Lamprey, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff*<br>*Federal Home Loan Bank of San Francisco*<br>**BY HAND DELIVERY** | David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY  10022<br>*Attorneys for Plaintiff*<br>*Federal Home Loan Bank of San Francisco*<br>**BY U.S. FIRST CLASS MAIL** |

[x] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. **To Grais & Ellsworth LLP only.**

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(h)(4), a copy of that report is attached to this declaration.

[x] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressees. **To Goodin, MacBride, Squeri, Day & Lamprey, LLP only.**

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on July 12, 2010, at San Francisco, California.

_____
Jane Gorsi

CERTIFICATE OF SERVICE
Case No. 10-CV-03039