GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
　　rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
　　fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
　　ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:　(415) 392-7900
Facsimile:　(415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS (*pro hac application submitted*)
　　dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH (*pro hac application submitted*)
　　kellsworth@graisellsworth.com
OWEN L. CYRULNIK (*pro hac application submitted*)
　　ocyrulnik@graisellsworth.com
70 East 55th Street
New York, New York 10022
Telephone:　(212) 755-3550
Facsimile:　(212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

RECEIVED
2010 JUL 21  P 1:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>　　　　　Defendants. | No. CV-10-3039 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF LEANNE M. WILSON *PRO HAC VICE* |

　　　　　Leanne M. Wilson, whose business address and telephone number is Grais & Ellsworth LLP, 70 East 55th Street, New York, New York 10022, (212) 755-3550, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff the Federal Home Loan Bank of San Francisco,

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3  *hac vice*. Service of papers upon and communication with co-counsel designated in the
4  application will constitute notice to the party. All future filings in this action are subject to the
5  requirements contained in General Order No. 45, *Electronic Case Filing*.
6  Dated: July 23, 2010



_____
United States District Judge
Judge Samuel Conti

IT IS SO ORDERED

9  3428/001/X120835.v1

**ORDER FOR ADMISSION OF
LEANNE M. WILSON *PRO HAC VICE***   -2-   (No. CV-10-3039 SC)