DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC.; DEUTSCHE ALT-A SECURITIES, INC.; DB STRUCTURED PRODUCTS, INC.; J.P. MORGAN SECURITIES, INC., F/K/A BEAR, STEARNS & CO. INC.; STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES, LLC, F/K/A THE BEAR STEARNS COMPANIES, INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; RBS SECURITIES INC., F/K/A GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE INC., F/K/A GREENWICH CAPITAL ACCEPTANCE, INC.; RBS HOLDINGS USA INC., F/K/A GREENWICH CAPITAL HOLDINGS, INC.; MORGAN STANLEY & CO. INCORPORATED; UBS | Case No.        CV-03039 SC<br><br>**STIPULATION TO RELATE CASES** |

1  SECURITIES, LLC; MORTGAGE ASSET
   SECURITIZATION TRANSACTIONS, INC.;
2  MERRILL LYNCH, PIERCE, FENNER &
   SMITH, INC.; AND, DOES 1-50,
3
                        Defendants.
4

5        WHEREAS, defendants Countrywide Securities Corporation and Merrill Lynch, Pierce,

6  Fenner & Smith, Inc. have informed the parties that they intend to file an Administrative Motion

7  to Relate Cases Pursuant to Stipulation of Parties, seeking to have this first filed case, *Federal*

8  *Home Loan Bank of San Francisco v. Deutsche Bank Securities, Inc. et al.*, No. 3:10-cv-03039-

9  SC, related to *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC,*

10 *et al.*, No. 3:10-cv-03045-MEJ; and

11       WHEREAS, the parties agree the cases are related within the meaning of Civil L.R. 3-

12 12(a).

13       NOW, THEREFORE, the parties hereby STIPULATE to Countrywide Securities

14 Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.'s Motion to Relate Cases Pursuant

15 to Stipulation of Parties, filed herewith.

16

17       Dated: July 27, 2010               Respectfully submitted:

18                                          Darryl P. Rains
                                            Eugene Illovsky
19                                          Craig D. Martin
                                            MORRISON & FOERSTER LLP
20

21
                                           By:   /s/ Darryl P. Rains
22                                                    Darryl P. Rains

23                                         Attorneys for defendants
                                           COUNTRYWIDE SECURITIES
24                                         CORPORATION and MERRILL LYNCH,
                                           PIERCE, FENNER & SMITH, INC.
25

26

27

28

STIPULATION TO RELATE CASES
CASE NO. CV-03039-SC
pa-1414571

2

1    Dated: July 27, 2010                DAVIS POLK & WARDWELL LLP

2                                        Neal A. Potischman (SBN 254862)
                                         Samantha H. Knox (SBN 254427)
3                                        1600 El Camino Real
                                         Menlo Park, California 94025
4                                        Telephone: (650) 752-2000
                                         Facsimile: (650) 752-2111
5

6                                        James P. Rouhandeh
                                         William J. Fenrich
7                                        Daniel J. Schwartz
                                         (*pro hac vice applications to be filed*)
8                                        450 Lexington Avenue
                                         New York, New York 10017
9                                        Telephone: (212) 450-4000
                                         Facsimile: (212) 701-5800
10

11

12                                       By:   /s/ Neal A. Potischman
                                                   Neal A. Potischman
13
                                         Attorneys for defendant
14                                       MORGAN STANLEY & CO. INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: July 27, 2010                    LATHAM & WATKINS LLP

2                                            Deepa V. Sood (SBN 224079)
                                             505 Montgomery Street
3                                            San Francisco, California 94111-6538
                                             Telephone: (415) 391-0600
4                                            Facsimile: (415) 395-8095

5
                                             Jamie L. Wine (SBN 181373)
6                                            James E. Brandt
                                             Richard D. Owens
7                                            John M. Falzone
                                             (*pro hac vice applications to be filed*)
8                                            885 Third Avenue
9                                            New York, New York 10022-4834
                                             Telephone: (212) 906-1200
10                                           Facsimile: (212) 751-4864

11

12
                                             By:   /s/ Deepa V. Sood
13                                                    Deepa V. Sood

14                                           Attorneys for defendants
                                             DEUTSCHE BANK SECURITIES. INC.;
15                                           DEUTSCHE ALT-A SECURITIES, INC.; and
                                             DB STRUCTURED PRODUCTS, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: July 27, 2010

BINGHAM MCCUTCHEN LLP

John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California 9111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286


By:    /s/ John D. Pernick
            John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

1       Dated: July 27, 2010          SHEPPARD MULLIN, RICHTER &
2                                       HAMPTON LLP

3                                       Robert J. Stumpf, Jr. (SBN 72851)
                                      Four Embarcadero Center, 17th Floor
4                                       San Francisco, California 94111
                                    Telephone: (415) 434-9100
5                                       Facsimile: (415) 434-3947

6                                       Of Counsel:

7                                       CRAVATH, SWAINE & MOORE LLP
                                    Richard W. Clary
8                                       Michael T. Reynolds (*pro hac vice application*
9                                       *to be filed*)
                                    Worldwide Plaza
10                                      825 Eighth Avenue
                                    New York, New York 10019
11                                      Telephone: 212-474-1000
12                                      Facsimile: 212-474-3700

13

14                                    By:   /s/ Robert J. Stumpf, Jr.
                                                Robert J. Stumpf, Jr.
15

16                                      Attorneys for defendant
                                    CREDIT SUISSE SECURITIES (USA), LLC,
17                                      f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

18

19

20

21

22

23

24

25

26

27

28

1

2
    Dated: July 27, 2010              SIMPSON THACHER & BARTLETT LLP

3
                                        Alexis Coll-Very (SBN: 212735)
2550 Hanover Street

4
Palo Alto, California 94304
Telephone: (650) 251-5000

5
Facsimile: (650) 251-5002

6
Thomas C. Rice

7
Alan Turner
Jason R. Meltzer

8
(*pro hac vice applications to be filed*)
425 Lexington Avenue

9
New York, New York 10017
Telephone: (212) 455-2000

10
Facsimile: (212) 455-2502

11

12

13
By:   /s/ Alexis Coll-Very
                              Alexis Coll-Very

14
Attorneys for defendants

15
RBS SECURITIES INC., f/k/a/ GREENWICH
CAPITAL MARKETS, INC.; RBS

16
ACCEPTANCE INC. f/k/a/ GREENWICH
CAPITAL ACCEPTANCE, INC. and RBS

17
HOLDINGS USA INC. f/k/a/ GREENWICH
CAPITAL HOLDINGS, INC.

18

19

20

21

22

23

24

25

26

27

28

1    Dated: July 27, 2010                    PAUL, HASTINGS, JANOFSKY &
                                             WALKER LLP
2
                                             William F. Sullivan
3                                            Howard M. Privette
                                             John S. Durrant
4                                            515 South Flower Street, 25th Floor
                                             Los Angeles, California 90071-2228
5                                            Telephone: (213) 683-6000
                                             Facsimile: (213) 627-0705
6
7                                            Edward Han
                                             55 Second Street, 24th Floor
8                                            San Francisco, California 94127
                                             Telephone: (415) 865-7000
9                                            Facsimile: (415) 865-7100

10

11

12                                           By:   /s/ William F. Sullivan
                                                         William F. Sullivan
13
                                             Attorneys for defendants
14                                           UBS SECURITIES, LLC and MORTGAGE
                                             ASSET SECURITIZATION
15                                           TRANSACTIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated: July 27, 2010

GOODIN, MACBRIDE, SQUERI, DAY &
LAMPREY, LLP

2

3

Robert A. Goodin
Francine T. Radford

4

Anne H. Hartman
505 Sansome Street, Suite 900

5

San Francisco, California 94111
Telephone: (415) 392-7900

6

Facsimile: (415) 398-4321

7

and

8

GRAIS & ELLSWORTH LLP

9

David J. Grais
Kathryn C. Ellsworth

10

Owen L. Cryulnik
Leanne M. Wilson

11

70 East 55th Street

12

New York, New York 10022
Telephone: (212) 755-0100

13

Facsimile: (212) 755-0052

14

15

16

By:   /s/ Anne H. Hartman
            Anne H. Hartman

17

Attorneys for plaintiff

18

FEDERAL HOME LOAN BANK OF SAN
FRANCISCO

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Anne K. Davis, am the ECF User whose ID and password was used to file this **STIPULATION TO RELATE CASES**.  In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co., Inc., Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated:  July 27, 2010

MORRISON & FOERSTER LLP

By:   /s/ Anne K. Davis
Anne K. Davis