1  BINGHAM MCCUTCHEN LLP
   JOHN D. PERNICK (SBN 155468)
2  SUNEETA D. FERNANDES (SBN 257772)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286
   John.Pernick@bingham.com
5  Suneeta.Fernandes@bingham.com

6  BINGHAM MCCUTCHEN LLP
   KENNETH I. SCHACTER (SBN 122140)
7  THEO J. ROBINS (SBN 586240)
   BRANDYNE S. WARREN (SBN 701800)
8  399 Park Avenue
   New York, NY 10022-4689
9  Telephone: 212.705.7000
   Facsimile: 212.752.5378
10 Kenneth.Schacter@bingham.com
   Theo.Robins@bingham.com
11 Brandyne.Warren@bingham.com

12 *Attorneys for Defendants J.P. Morgan Securities, Inc.,
   Structured Asset Mortgage Investments II, Inc., The*
13 *Bear Stearns Companies, LLC, WaMu Capital
   Corporation and Washington Mutual Mortgage*
14 *Securities Corporation*

**RECEIVED**

JUL 2 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>DEUTSCHE BANK SECURITIES INC., et al.,<br><br>Defendants. | **CASE NO. CV-10-3039 SC**<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF KENNETH I. SCHACTER** *PRO HAC VICE* |

Kenneth I. Schacter, whose business address and telephone number is Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022, (212) 705-7000, and who is an active member in good standing of the bar of New York, having applied in the above-entitled

A/73448139.1/3004000-0000344890

Case No. CV-10-3039 SC

ORDER FOR ADMISSION OF KENNETH I. SCHACTER *PRO HAC VICE*

1  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
2  representing Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II,
3  Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual
4  Mortgage Securities Corporation,

5      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application
8  will constitute notice to the party. All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

10 DATED: July 27, 2010

By: _____
United States District Judge
Judge Samuel Conti

IT IS SO ORDERED

A/73448139.1/3004000-0000344890      2      Case No. CV-10-3039 SC

ORDER FOR ADMISSION OF KENNETH I. SCHACTER *PRO HAC VICE*