BINGHAM MCCUTCHEN LLP
JOHN D. PERNICK (SBN 155468)
SUNEETA D. FERNANDES (SBN 257772)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
John.Pernick@bingham.com
Suneeta.Fernandes@bingham.com

BINGHAM MCCUTCHEN LLP
KENNETH I. SCHACTER (SBN 122140)
THEO J. ROBINS (SBN 586240)
BRANDYNE S. WARREN (SBN 701800)
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
Kenneth.Schacter@bingham.com
Theo.Robins@bingham.com
Brandyne.Warren@bingham.com

*Attorneys for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual Mortgage Securities Corporation*

**RECEIVED**

JUL 2 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br>DEUTSCHE BANK SECURITIES INC., et al.,<br><br>Defendants. | CASE NO. CV-10-3039 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BRANDYNE S. WARREN *PRO HAC VICE* |

Brandyne S. Warren, whose business address and telephone number is Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022, (212) 705-7000, and who is an active member in good standing of the bar of New York, having applied in the above-entitled

Case No. CV-10-3039 SC

1 action for admission to practice in the Northern District of California on a *pro hac vice* basis,
2 representing Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II,
3 Inc., The Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual
4 Mortgage Securities Corporation,

5     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7 *vice*. Service of papers upon and communication with co-counsel designated in the application
8 will constitute notice to the party. All future filings in this action are subject to the requirements
9 contained in General Order No. 45, *Electronic Case Filing*.

10 DATED: July 27, 2010

By: _____
IT IS SO ORDERED
United States District Judge
Judge Samuel Conti

2     Case No. CV-10-3039 SC

ORDER FOR ADMISSION OF BRANDYNE S. WARREN *PRO HAC VICE*