1   BINGHAM MCCUTCHEN LLP
    JOHN D. PERNICK (SBN 155468)
2   SUNEETA D. FERNANDES (SBN 257772)
    Three Embarcadero Center
3   San Francisco, CA 94111-4067
    Telephone: 415.393.2000
4   Facsimile: 415.393.2286
    John.Pernick@bingham.com
5   Suneeta.Fernandes@bingham.com

6   BINGHAM MCCUTCHEN LLP
    KENNETH I. SCHACTER (SBN 122140)
7   THEO J. ROBINS (SBN 586240)
    BRANDYNE S. WARREN (SBN 701800)
8   399 Park Avenue
    New York, NY 10022-4689
9   Telephone: 212.705.7000
    Facsimile: 212.752.5378
10  Kenneth.Schacter@bingham.com
    Theo.Robins@bingham.com
11  Brandyne.Warren@bingham.com

12  *Attorneys for Defendants J.P. Morgan Securities, Inc.,
    Structured Asset Mortgage Investments II, Inc., The*
13  *Bear Stearns Companies, LLC, WaMu Capital
    Corporation and Washington Mutual Mortgage*
14  *Securities Corporation*

RECEIVED

JUL 2 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>    Plaintiff,<br>v.<br><br>DEUTSCHE BANK SECURITIES INC., et al.,<br><br>    Defendants. | CASE NO. CV-10-3039 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF THEO J. ROBINS *PRO HAC VICE* |

Theo J. Robins, whose business address and telephone number is Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022, (212) 705-7000, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for

A/73448167.1/3004000-0000344890

Case No. CV-10-3039 SC

ORDER FOR ADMISSION OF THEO J. ROBINS *PRO HAC VICE*

1  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
2  Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The
3  Bear Stearns Companies, LLC, WaMu Capital Corporation and Washington Mutual Mortgage
4  Securities Corporation,

5      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application
8  will constitute notice to the party. All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

10 DATED: July 27, 2010

12 By: _____
13                  Honorable
14                  United States District Judge

*IT IS SO ORDERED*
Judge Samuel Conti