SIMPSON THACHER & BARTLETT LLP
ALEXIS COLL-VERY (SBN: 212735)
acoll-very@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

THOMAS C. RICE (*pro hac application submitted*)
trice@stblaw.com
ALAN TURNER (*pro hac application submitted*)
aturner@stblaw.com
JASON R. MELTZER (*pro hac application submitted*)
jmeltzer@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Counsel for Defendants RBS Securities Inc.
f/k/a Greenwich Capital Markets, Inc., RBS
Acceptance Inc. f/k/a Greenwich Capital
Acceptance, Inc. and RBS Holdings USA Inc.
f/k/a Greenwich Capital Holdings, Inc.

FILED
2010 JUL 29 P 1:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>Defendants. | CASE NO. CV-10-3039 SC<br><br>(Removed from the Superior Court of California, for the City and County of San Francisco, Case No. CGC-10-497839)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE      CASE NO. CV-10-3039 SC

**CERTIFICATE OF SERVICE**
Case No. CV-10-3039 SC

I am employed in Santa Clara County. I am over the age of eighteen years and not a party to the within entitled action. My business address is Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, California 94304.

On July 29, 2010, I served the documents listed below:

**APPLICATION FOR ADMISSION OF THOMAS C. RICE PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF THOMAS C. RICE PRO HAC VICE**

**APPLICATION FOR ADMISSION OF ALAN TURNER PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN TURNER PRO HAC VICE**

**APPLICATION FOR ADMISSION OF JASON R. MELTZER PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JASON R. MELTZER PRO HAC VICE**

**BY OVERNIGHT MAIL** by tendering a true copy of the documents to an overnight delivery service company for delivery on the next business day to the addressees set forth below:

FEDERAL HOME LOAN BANK OF SAN FRANCISCO
c/o Robert A. Goodin (SBN: 061302)
Francine T. Radford (SBN: 168269)
Anne H. Hartman (SBN: 184556)
Goodin, MacBride, Squeri, Day & Lamprey, LLP
505 Sansome Street, Suite 900
San Francisco, California 94111

and by **BY ELECTRONIC MAIL** the documents listed above to the email addresses set forth below:

COUNTRYWIDE SECURITIES CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.
c/o Darryl P. Rains
drains@mofo.com
Eugene Illovsky
eillovsky@mofo.com
Craig Martin
cmartin@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304

-2-

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　CASE NO. CV-10-3039 SC

| | |
|---|---|
| 1 | DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK ALT-A SECURITIES INC.; DB STRUCTURED PRODUCTS, INC. |
| 2 | c/o John M. Falzone |
| 3 | john.falzone@lw.com<br>Latham & Watkins LLP |
| 4 | One Newark Center, 16th Floor<br>Newark, NJ 07101 |

1  DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK ALT-A SECURITIES
   INC.; DB STRUCTURED PRODUCTS, INC.
2  c/o John M. Falzone
   john.falzone@lw.com
3  Latham & Watkins LLP
   One Newark Center, 16th Floor
4  Newark, NJ 07101

5

6  UBS SECURITIES, LLC; MORTGAGE ASSET SECURITIZATION
   TRANSACTIONS, INC.
7  c/o William F. Sullivan
   williamsullivan@paulhastings.com
8  Howard M. Privette, II
   howardprivette@paulhastings.com
9  John S. Durrant
   johndurrant@paulhastings.com
10 Paul Hastings Janofsky & Walker
   515 South Flower Street
11 Twenty-Fifth Floor
   Los Angeles, CA 90071
12

13 J.P. MORGAN SECURITIES F/K/A BEAR STEARNS & CO., INC.; STRUCTURED
   ASSET MORTGAGE INVESTMENTS II, INC.; THE BEAR STEARNS COMPANIES,
14 LLC F/K/A THE BEAR STEARNS COMPANIES, INC.; WAMU CAPITAL CORP.;
   WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.
15 c/o Kenneth I. Schacter
   kenneth.schacter@bingham.com
16 John D. Pernick
   John.pernick@bingham.com
17 Theo J. Robins
   Theo.robins@bingham.com
18 Brandyne S. Warren
19 Brandyne.warren@bingham.com
   Suneeta D. Fernandes
20 Suneeta.fernandes@bingham.com
   Bingham McCutchen
21 399 Park Avenue
22 New York, NY 10022

23 MORGAN STANLEY & CO. INCORPORATED
   c/o James P. Rouhandeh
24 rouhandeh@davispolk.com
   William J. Fenrich
25 william.fenrich@davispolk.com
   Daniel J. Schwartz
26 daniel.schwartz@davispolk.com
   Samantha Harper Knox
27 samantha.knox@davispolk.com
28 Neal Potischman

-3-

CERTIFICATE OF SERVICE                                    CASE NO. CV-10-3039 SC

neal.potischman@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

CREDIT SUISSE SECURITIES (USA) LLC, F/K/A CREDIT SUISSE FIRST BOSTON LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION
c/o Richard W. Clary
rclary@cravath.com
Christopher B. Harwood
charwood@cravath.com
Alexandra Reeve-Givens
Cravath Swaine & Moore
825 8th Avenue
1 Worldwide Plaza
New York, NY 10019

c/o Robert J. Stumpf
rstumpf@sheppardmullin.com
Martin White
mwhite@sheppardmullin.com
Sheppard Mullin
Four Embarcadero Center
17th Floor
San Francisco, CA 94111

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 29, 2010 at Palo Alto, California.

                                              _____
                                              Janie Franklin

CERTIFICATE OF SERVICE                                             CASE NO. CV-10-3039 SC