RECEIVED
2010 JUL 29 P 1: 55
N. ... W. WIEKING
U.S. DISTRICT COURT
CALIF ... FNIA

1  SIMPSON THACHER & BARTLETT LLP
   ALEXIS COLL-VERY (SBN: 212735)
2  acoll-very@stblaw.com
   2550 Hanover Street
3  Palo Alto, California 94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  THOMAS C. RICE (*pro hac application submitted*)
   trice@stblaw.com
6  ALAN TURNER (*pro hac application submitted*)
   aturner@stblaw.com
7  JASON R. MELTZER (*pro hac application submitted*)
   jmeltzer@stblaw.com
   425 Lexington Avenue
8  New York, New York 10017
   Telephone: (212) 455-2000
9  Facsimile: (212) 455-2502

10 Counsel for Defendants RBS Securities Inc.
   f/k/a Greenwich Capital Markets, Inc., RBS
11 Acceptance Inc. f/k/a Greenwich Capital
   Acceptance, Inc. and RBS Holdings USA Inc.
12 f/k/a Greenwich Capital Holdings, Inc.

13                    UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 FEDERAL HOME LOAN BANK OF SAN            Case No. CV-10-3039 SC
   FRANCISCO,
17                                          [Proposed] ORDER GRANTING
                Plaintiff,                  APPLICATION FOR ADMISSION OF
18                                          ALAN TURNER *PRO HAC VICE*
                v.
19
   DEUTSCHE BANK SECURITIES, INC., et. al.,
20
                Defendant.
21

22        Alan Turner, whose business address and telephone number is Simpson Thacher &

23 Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Phone: 212-455-2000, Fax: 212-455-

24 2502, and who is an active member in good standing of the bar of the State of New York, having

25 applied in the above-entitled action for admission to practice in the Northern District of California

26 on a *pro hac vice* basis, representing defendants RBS Securities Inc. f/k/a Greenwich Capital

27

28
   ORDER FOR ADMISSION OF                                    No. CV-10-3039 SC
   ALAN TURNER *PRO HAC VICE*

1  Markets, Inc, RBS Acceptance Inc. f/k/a Greenwich Capital Acceptance, Inc. and RBS Holdings

2  USA Inc. f/k/a Greenwich Capital Holdings, Inc.

3        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

4  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro*

5  *hac vice.*  Service of papers upon and communication with co-counsel designated in the

6  application will constitute notice to the party.  All future filings in this action are subject to the

7  requirements contained in General Order No. 45, *Electronic Case Filing.*

8

9  Dated: July 30, 2010                                                    _____



United States District Judge

IT IS SO ORDERED

Judge Samuel Conti

28

ORDER FOR ADMISSION OF
ALAN TURNER *PRO HAC VICE*

No. CV-10-3039 SC

2