LATHAM & WATKINS LLP
   Deepa V. Sood (Bar No. 224079)
505 Montgomery Street
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

LATHAM & WATKINS LLP
   Jamie L. Wine (Bar No. 181373)
885 Third Avenue
New York, NY 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

Attorneys for Defendants Deutsche Bank Securities, Inc.; Deutsche Alt-A Securities, Inc.; and DB Structured Products, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.; et al.,<br><br>Defendants. | Case No. 10-cv-03039 (SC)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Civil Local Rule 3-16, the undersigned counsel for defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc., and DB Structured Products, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1. Defendant Deutsche Bank Securities, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware corporation that is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, a publicly held corporation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO LOCAL RULE 3-16
CASE NO. 10-CV-03039 (SC)

2. Defendant DB Structured Products, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware corporation that is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, a publicly held corporation.

3. All shares of capital stock of Defendant Deutsche Alt-A Securities, Inc. are held by Defendant DB Structured Products, Inc.

Dated:  August 4, 2010                                  Respectfully submitted,

/s/ Deepa V. Sood
Deepa V. Sood (Bar No. 224079)
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

*Attorneys for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.*

*Of Counsel*:

Jamie L. Wine (Bar. No. 181373)
James E. Brandt (*pro hac vice* application to be filed)
Richard D. Owens (*pro hac vice* application to be filed)
John M. Falzone (*pro hac vice* application to be filed)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone:  (212) 906-2904
Facsimile:  (212) 751-4864

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO LOCAL RULE 3-16
CASE NO. 10-CV-03039 (SC)