SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
rstumpf@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Of Counsel:
CRAVATH, SWAINE & MOORE LLP
RICHARD W. CLARY
rclary@cravath.com
MICHAEL T. REYNOLDS (*pro hac vice* application submitted)
mreynolds@cravath.com
CHRISTOPHER B. HARWOOD (*pro hac vice* application submitted)
charwood@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-370

Attorneys for Defendant
CREDIT SUISSE SECURITIES (USA), LLC f/k/a
CREDIT SUISSE FIRST BOSTON LLC

FILED
2010 AUG -4 P 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.<br><br>Defendants. | Case No. 3:10-CV-03039 SC<br><br>**CERTIFICATE OF SERVICE** |

-1-

1    I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **August 4, 2010**, I served the following documents described as follows:

**APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER B. HARWOOD *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTOPHER B. HARWOOD *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS *PRO HAC VICE***

**CERTIFICATE OF SERVICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Thomas C. Rice<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 | David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY  10022<br>*Attorneys for Plaintiff*<br>*Federal Home Loan Bank of San Francisco* |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(h)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressees.

-2-

1 ☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3 ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

Executed on August 4, 2010, at San Francisco, California.

*Arabella Dorth*
Arabella Dorth

-3-

W02-WEST:5ARD1\402842146.1                                         CERTIFICATE OF SERVICE
                                                                    Case No. 3:10-CV-03039