| | |
|---|---|
| 1 | Neal A. Potischman (SBN 254862) |
|   | neal.potischman@davispolk.com |
| 2 | Samantha H. Knox (SBN 254427) |
|   | samantha.knox@davispolk.com |
| 3 | DAVIS POLK & WARDWELL LLP |
|   | 1600 El Camino Real |
| 4 | Menlo Park, California 94025 |
|   | Telephone: (650) 752-2000 |
| 5 | Facsimile: (650) 752-2111 |
| 6 | Of Counsel: |
| 7 | James P. Rouhandeh |
|   | rouhandeh@davispolk.com |
| 8 | William J. Fenrich |
|   | william.fenrich@davispolk.com |
| 9 | Daniel J. Schwartz |
|   | daniel.schwartz@davispolk.com |
| 10 | *(pro hac vice applications to be filed)* |
|    | DAVIS POLK & WARDWELL LLP |
| 11 | 450 Lexington Avenue |
|    | New York, New York 10017 |
| 12 | Telephone: (212) 450-4000 |
|    | Facsimile: (212) 701-5800 |
| 13 | |
|    | Attorneys for Defendant |
| 14 | MORGAN STANLEY & CO. INC. |

FILED
AUG - 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | ) ) ) | |
| Plaintiff, | ) | CASE NO. 3:10-CV-03039 SC |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| DEUTSCHE BANK SECURITIES INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03039 SC

## CERTIFICATE OF SERVICE

I hereby certify that I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On August 6, 2010, I served copies of the following documents:

**APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LISTS

☒ (BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I am readily familiar with Davis Polk & Wardwell LLP's practice of collection and processing correspondence for mailing.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on August 6, 2010 at Menlo Park, California.

_____
Felicia Yu

**MAILING SERVICE LIST**

| | |
|---|---|
| Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>GOODWIN, MACBRIDE, SQUERI, DAY &<br>LAMPREY, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111 | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco* |
| David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>GRAIS & ELLSWORTH LLP<br>70 East 55th Street<br>New York, NY 10022 | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco* |

**EMAIL SERVICE LIST**

| | |
|---|---|
| William F. Sullivan<br>Howard M. Privette<br>John S. Durrant<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, CA  90071-2228<br>WilliamSullivan@paulhastings.com<br>JohnDurrant@paulhastings.com<br>HowardPrivette@paulhastings.com | *Attorneys for Defendants<br>UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| Darryl P. Rains<br>Eugene Illovsky<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>DRains@mofo.com<br>EIllovsky@mofo.com | *Attorneys for Defendants<br>Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.* |
| Craig D. Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>CMartin@mofo.com<br>KCalia@mofo.com | *Attorneys for Defendants<br>Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.* |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03039 SC

| | | |
|---|---|---|
| 1 | Brian E. Pastuszenski | *Attorneys for Defendants* |
| | Daniel P. Roeser | *Banc of America Securities LLC;* |
| 2 | Sarah Heaton Concannon | *Banc of America Funding Corporation;* |
| | GOODWIN PROCTER LLP | *Banc of America Mortgage Securities, Inc.;* |
| 3 | Exchange Place | *Countrywide Securities Corporation;* |
| | 53 State Street | *CWALT, Inc.;* |
| 4 | Boston, MA 02109 | *Countrywide Financial Corporation* |
| | BPastuszenski@goodwinprocter.com | |
| 5 | DRoeser@goodwinprocter.com | |
| | SConcannon@goodwinprocter.com | |
| 6 | | |
| | Joseph J. Frank | *Attorneys for Defendants* |
| 7 | Jamie L. Wine | *Deutsche Bank Securities, Inc.,* |
| | Richard D. Owens | *Deutsche Alt-A Securities, Inc. and DB Structured* |
| 8 | Paul Serritella | *Products, Inc.* |
| | LATHAM & WATKINS LLP | |
| 9 | 885 Third Avenue | |
| | New York NY 10022-4834 | |
| 10 | Joseph.Frank@lw.com | |
| | Jamie.Wine@lw.com | |
| 11 | Richard.Owens@lw.com | |
| | Paul.Serritella@lw.com | |
| 12 | | |
| | Christian J. Word | *Attorneys for Defendants* |
| 13 | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc.,* |
| | 555 Eleventh Street, NW | *Deutsche Alt-A Securities, Inc. and DB Structured* |
| 14 | Suite 1000 | *Products, Inc.* |
| | Washington DC 20004-1304 | |
| 15 | Christian.Word@lw.com | |
| 16 | | |
| | Michele D. Johnson | *Attorneys for Defendants* |
| 17 | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc.,* |
| | 650 Town Center Drive, 20th Floor | *Deutsche Alt-A Securities, Inc. and DB Structured* |
| 18 | Costa Mesa CA 92626-1925 | *Products, Inc.* |
| | Michele.Johnson@lw.com | |
| 19 | | |
| 20 | | |
| | John M. Falzone | *Attorneys for Defendants* |
| 21 | LATHAM & WATKINS LLP | *Deutsche Bank Securities, Inc.,* |
| | One Newark Center, 16th Floor | *Deutsche Alt-A Securities, Inc. and DB Structured* |
| 22 | Newark NJ 07101-3174 | *Products, Inc.* |
| | John.Falzone@lw.com | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03039 SC

| | | |
|---|---|---|
| 1 | Christopher Lucht<br>Alexis Coll-Very | *Attorneys for Defendants*<br>*RBS Securities Inc., f/k/a Greenwich Capital* |
| 2 | Thomas C. Rice<br>Alan Turner | *Markets, Inc.; RBS Acceptance, Inc. f/k/a*<br>*Greenwich Capital Acceptance, Inc. and RBS* |
| 3 | Jason Meltzer<br>SIMPSON THACHER & BARTLETT LLP | *Holdings USA Inc. f/k/a Greenwich Capital*<br>*Holdings, Inc.* |
| 4 | 425 Lexington Avenue<br>New York, New York 10017 | |
| 5 | CLucht@stblaw.com<br>AColl-very@stblaw.com | |
| 6 | TRice@stblaw.com<br>ATurner@stblaw.com | |
| 7 | JMeltzer@stblaw.com | |
| 8 | | |
| 9 | Richard Clary<br>Robert Stumpf | *Attorneys for Defendants*<br>*Credit Suisse Securities (USA), LLC, f/k/a* |
| 10 | Christopher Harwood<br>Alexandra Reeve-Givens | *Credit Suisse First Boston LLC* |
| 11 | CRAVATH, SWAINE & MOORE LLP<br>825 8th Avenue, New York, NY 10019 | |
| 12 | RClary@cravath.com<br>CHarwood@cravath.com | |
| 13 | AReeveGivens@cravath.com | |
| 14 | | |
| 15 | Kenneth I. Schacter<br>John D. Pernick | *Attorneys for Defendants*<br>*J.P. Morgan Securities, Inc.;* |
| 16 | Theo J. Robins<br>Brandyne S. Warren | *Structured Asset Mortgage Investments II, Inc.;*<br>*The Bear Stearns Companies, LLC;* |
| 17 | Suneeta D. Fernandes<br>BINGHAM MCCUTCHEN LLP | *WaMu Capital Corporation;*<br>*Washington Mutual Mortgage Securities* |
| 18 | 399 Park Avenue<br>New York, NY 10022-4689 | *Corporation* |
| 19 | Kenneth.Schacter@bingham.com<br>Theo.Robins@bingham.com | |
| 20 | Robert J. Stumpf, Jr.<br>Martin White | *Attorneys for Defendants*<br>*Credit Suisse Securities (USA), LLC;* |
| 21 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP | *Credit Suisse First Boston Mortgage Securities*<br>*Corp.* |
| 22 | Four Embarcadero Center<br>Seventeenth Floor | |
| 23 | San Francisco, CA 94111<br>MWhite@sheppardmullin.com | |
| 24 | RStumpf@sheppardmullin.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03039 SC