Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications pending*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., et al.,<br><br>Defendants. | CASE NO. 3:10-CV-03039 SC<br><br>**AMENDED CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that I am and was at the time of the service mentioned in this declaration employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On August 9, 2010, I served copies of the following documents:

**APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JAMES P. ROUHANDEH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE***

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ (BY OVERNIGHT DELIVERY) I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth in the attached service list on this date

I am readily familiar with Davis Polk & Wardwell LLP's practice of collection and processing correspondence for mailing.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Executed on August 9, 2010 at Menlo Park, California.

_____
Felicia Yu

## SERVICE LIST

| | |
|---|---|
| Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, California 94111<br>RGoodin@goodinmacbride.com<br>FRadford@goodinmacbride.com<br>AHartman@goodinmacbride.com | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco*<br><br>*[also via overnight delivery]* |
| David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>GRAIS & ELLSWORTH LLP<br>70 East 55th Street<br>New York, New York 10022<br>DGrais@graisellsworth.com<br>KEllsworth@graisellsworth.com<br>OCyrulnik@graisellsworth.com<br>LWilson@graisellsworth.com | *Attorneys for Plaintiff Federal Home Loan Bank of San Francisco*<br><br>*[also via overnight delivery]* |
| William F. Sullivan<br>Howard M. Privette<br>John S. Durrant<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 South Flower Street<br>Twenty-Fifth Floor<br>Los Angeles, California 90071-2228<br>WilliamSullivan@paulhastings.com<br>JohnDurrant@paulhastings.com<br>HowardPrivette@paulhastings.com | *Attorneys for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| Edward Han<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor<br>San Francisco, California  94127<br>EdwardHan@paulhastings.com | *Attorneys for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc.* |
| Darryl P. Rains<br>Eugene Illovsky<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>DRains@mofo.com<br>EIllovsky@mofo.com | *Attorneys for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.* |

| | |
|---|---|
| Craig D. Martin<br>Kevin A. Calia<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>CMartin@mofo.com<br>KCalia@mofo.com | *Attorneys for Defendants*<br>*Countrywide Securities Corporation and*<br>*Merrill Lynch, Pierce, Fenner & Smith, Inc.* |
| Brian E. Pastuszenski<br>Daniel P. Roeser<br>Sarah Heaton Concannon<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>BPastuszenski@goodwinprocter.com<br>DRoeser@goodwinprocter.com<br>SConcannon@goodwinprocter.com | *Attorneys for Defendants*<br>*Countrywide Securities Corporation and*<br>*Merrill Lynch, Pierce, Fenner & Smith, Inc.* |
| Joseph J. Frank<br>Jamie L. Wine<br>James E. Brandt<br>Richard D. Owens<br>Paul Serritella<br>John M. Falzone<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022-4834<br>Joseph.Frank@lw.com<br>Jamie.Wine@lw.com<br>James.Brandt@lw.com<br>Richard.Owens@lw.com<br>Paul.Serritella@lw.com<br>James.Falzone@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc.;*<br>*Deutsche Alt-A Securities, Inc. and DB*<br>*Structured Products, Inc.* |
| Christian J. Word<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>Christian.Word@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc.;*<br>*Deutsche Alt-A Securities, Inc. and DB*<br>*Structured Products, Inc.* |
| Michele D. Johnson<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925<br>Michele.Johnson@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc.;*<br>*Deutsche Alt-A Securities, Inc. and DB*<br>*Structured Products, Inc.* |
| John M. Falzone<br>LATHAM & WATKINS LLP<br>One Newark Center, 16th Floor<br>Newark, New Jersey 07101-3174<br>John.Falzone@lw.com | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc.;*<br>*Deutsche Alt-A Securities, Inc. and DB*<br>*Structured Products, Inc.* |

| | | |
|---|---|---|
| 1 | Deepa V. Sood<br>LATHAM & WATKINS LLP | *Attorneys for Defendants*<br>*Deutsche Bank Securities, Inc.;* |
| 2 | 505 Montgomery Street<br>San Francisco, California  94111-6538 | *Deutsche Alt-A Securities, Inc. and DB*<br>*Structured Products, Inc.* |
| 3 | Deepa.Sood@lw.com | |
| 4 | Christopher Lucht | *Attorneys for Defendants* |
| | Alexis Coll-Very | *RBS Securities Inc., f/k/a Greenwich Capital* |
| 5 | Thomas C. Rice | *Markets, Inc.; RBS Acceptance, Inc. f/k/a* |
| | Alan Turner | *Greenwich Capital Acceptance, Inc. and* |
| 6 | Jason Meltzer | *RBS Holdings USA Inc. f/k/a Greenwich* |
| | SIMPSON THACHER & BARTLETT LLP | *Capital Holdings, Inc.* |
| 7 | 425 Lexington Avenue | |
| | New York, New York 10017 | |
| 8 | CLucht@stblaw.com | |
| | AColl-Very@stblaw.com | |
| 9 | TRice@stblaw.com | |
| | ATurner@stblaw.com | |
| 10 | JMeltzer@stblaw.com | |
| 11 | Richard Clary | *Attorneys for Defendants* |
| | Christopher Harwood | *Credit Suisse Securities (USA), LLC, f/k/a* |
| 12 | Alexandra Reeve-Givens | *Credit Suisse First Boston LLC* |
| | Michael T. Reynolds | |
| 13 | CRAVATH, SWAINE & MOORE LLP | |
| | 825 8th Avenue | |
| 14 | New York, New York 10019 | |
| | RClary@cravath.com | |
| 15 | CHarwood@cravath.com | |
| | AReeveGivens@cravath.com | |
| 16 | MReynolds@cravath.com | |
| 17 | Robert J. Stumpf, Jr. | *Attorneys for Defendants* |
| | Martin White | *Credit Suisse Securities (USA), LLC, f/k/a* |
| 18 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP | *Credit Suisse First Boston LLC* |
| 19 | Four Embarcadero Center<br>Seventeenth Floor | |
| 20 | San Francisco, California 94111 | |
| | MWhite@sheppardmullin.com | |
| 21 | RStumpf@sheppardmullin.com | |
| 22 | Kenneth I. Schacter | *Attorneys for Defendants* |
| | John D. Pernick | *J.P. Morgan Securities, Inc.;* |
| 23 | Theo J. Robins | *Structured Asset Mortgage Investments II, Inc.;* |
| | Brandyne S. Warren | *The Bear Stearns Companies, LLC;* |
| 24 | Suneeta D. Fernandes | *WaMu Capital Corporation and* |
| | BINGHAM MCCUTCHEN LLP | *Washington Mutual Mortgage Securities* |
| 25 | 399 Park Avenue | *Corporation* |
| | New York, New York 10022-4689 | |
| 26 | Kenneth.Schacter@bingham.com | |
| | Theo.Robins@bingham.com | |
| 27 | John.Pernick@bingham.com | |
| | Brandyne.Warren@bingham.com | |
| 28 | Suneeta.Fernandes@bingham.com | |

AMENDED CERTIFICATE OF SERVICE
CASE NO. 3:10-CV-03039 SC