RECEIVED
2010 AUG -4 P 2:29

1 | CRAVATH, SWAINE & MOORE LLP
   | RICHARD W. CLARY
2 | rclary@cravath.com
   | MICHAEL T. REYNOLDS
3 | mreynolds@cravath.com
4 | CHRISTOPHER B. HARWOOD
   | charwood@cravath.com
5 | Worldwide Plaza
   | 825 Eighth Avenue
6 | New York, NY 10019
7 | Telephone:  212-474-1000
   | Facsimile:   212-474-3700
8 |
   | Attorneys for Defendants
9 | CREDIT SUISSE SECURITIES (USA), LLC f/k/a
   | CREDIT SUISSE FIRST BOSTON LLC and
10| CREDIT SUISSE FIRST BOSTON MORTGAGE
   | SECURITIES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | Case No. CV-10-3039 SC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL T. REYNOLDS *PRO HAC VICE* |
| v. | |
| DEUTSCHE BANK SECURITIES, INC., et al. | |
| Defendants. | |
| AND RELATED ACTION | |

MICHAEL T. REYNOLDS, an active member in good standing of the bar of New York whose business address and telephone number is, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, Telephone: (212) 474-1000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

>Credit Suisse Securities (USA), LLC f/k/a Credit Suisse First Boston LLC, and Credit Suisse First Boston Mortgage Securities Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  8/9/10



United States
The Honorable Judge Samuel Conti

IT IS SO ORDERED

W02-WEST:5MDW1\402833633.1                    -2-