Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications pending*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

RECEIVED
AUG - 6 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEDERAL HOME LOAN BANK OF SAN FRANCISCO,
                         Plaintiff,
        v.
DEUTSCHE BANK SECURITIES INC. et al.,
                         Defendants.

CASE NO.: 3:10-CV-03039 SC

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE*

1 William J. Fenrich, an active member in good standing of the bar of the United States
2 District Court for the Southern District of New York, whose business address and telephone
3 number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,
4 telephone (212) 450-4000, having applied in the above-entitled action for admission to practice in
5 the Northern District of California on a *pro hac vice* basis, representing Morgan Stanley & Co. Inc.,
6 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8 *vice*. Service of papers upon and communication with co-counsel designated in the application will
9 constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: 8/10/10



The Hon
United
Judge Samuel Conti

IT IS SO ORDERED

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF WILLIAM J. FENRICH *PRO HAC VICE*
CASE NO.: 3:10-CV-03039 SC