Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Of Counsel:

James P. Rouhandeh
rouhandeh@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Daniel J. Schwartz
daniel.schwartz@davispolk.com
(*pro hac vice applications pending*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Attorneys for Defendant
MORGAN STANLEY & CO. INC.

**RECEIVED**
AUG - 6 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK SECURITIES INC. et al., <br><br> Defendants. | CASE NO.: 3:10-CV-03039 SC <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF **DANIEL J. SCHWARTZ** *PRO HAC VICE* |

1  Daniel J. Schwartz, an active member in good standing of the bar of the United States
2  District Court for the Southern District of New York, whose business address and telephone
3  number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017,
4  telephone (212) 450-4000, having applied in the above-entitled action for admission to practice in
5  the Northern District of California on a *pro hac vice* basis, representing Morgan Stanley & Co. Inc.,

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: 8/10/10

15 The Hon.
    United St_____ 
                      Judge Samuel Conti

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF DANIEL J. SCHWARTZ *PRO HAC VICE*
CASE NO.: 3:10-CV-03039 SC