DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC. et. al.,<br><br>Defendants. | Case No. CV-03039 SC<br><br>**DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND** |

I, Craig D. Martin, hereby declare:

    1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. I submit this Declaration pursuant to Civil Local Rules 6-1(b) and 6-2(a), in support of the

parties' Stipulated Request for an Order Extending Time for Briefing on Plaintiff's Motion to Remand and [Proposed] Order.  If called as a witness, I would testify to the facts set forth herein.

      2.      Counsel for the parties have met and conferred and agreed to a mutual extension of time for the opposition to the motion to remand and the reply in support of the Motion to Remand.

      3.      The parties previously stipulated to extend the time to answer or otherwise respond to the amended complaint to October 12, 2010 to permit the briefing and hearing on plaintiffs' anticipated remand motion.  The stipulation was filed on July 16, 2010.

      5.      The extension would continue the hearing date for the motion to remand from September 17, 2010 to November 5, 2010, or as soon thereafter as directed by the Court.  Defendants anticipate seeking a further extension of their time to answer or otherwise respond to the amended complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on this 24th day of August, 2010.

                                                                        /s/ Craig D. Martin

\* \* \* \* \*

## ECF ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and Password are being used to file this:

**DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND**

In compliance with General Order 45, X.B., I hereby attest that Craig D. Martin has concurred in this filing.

DATED: August 24, 2010              MORRISON & FOERSTER LLP

By:     /s/ Anne K. Davis