1 | DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
2 | EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
3 | MORRISON & FOERSTER LLP
755 Page Mill Road
4 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
5 | Facsimile: 650.494.0792

6 | CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
7 | MORRISON & FOERSTER LLP
425 Market Street
8 | San Francisco, California 94105-2482
Telephone: 415.268.7000
9 | Facsimile: 415.268.7522

10 | Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., et. al.,<br><br>Defendants. | Case No. CV-03039 SC<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

WHEREAS defendants in both actions intend, to the extent practicable, to file a single omnibus brief opposing plaintiff's remand motions (certain defendants may file a short supplemental opposition addressing party-specific points);

WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on August 27 and September 3, 2010, respectively; and

WHEREAS, defendants require additional time to prepare omnibus briefing.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. Defendants shall file their opposition to plaintiff's motion to remand on or before September 20, 2010;

2. Plaintiff shall file its reply in support of the motion to remand on or before October 12, 2010;

3. The hearing on the motion to remand shall be continued to November 5, 2010 or as soon thereafter as directed by the Court

IT IS SO STIPULATED.


Dated: August 24, 2010                Respectfully submitted:

                                      Darryl P. Rains
                                      Eugene Illovsky
                                      Craig D. Martin
                                      MORRISON & FOERSTER LLP


                                      By:   /s/ Darryl P. Rains
                                              Darryl P. Rains

                                      Attorneys for defendants
                                      COUNTRYWIDE SECURITIES
                                      CORPORATION and MERRILL LYNCH,
                                      PIERCE, FENNER & SMITH, INC.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | DAVIS POLK & WARDWELL LLP |

Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh
William J. Fenrich
Daniel J. Schwartz
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

By:  /s/ Neal A. Potischman
        Neal A. Potischman

Attorneys for defendant
MORGAN STANLEY & CO. INC.

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1418873

3

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | LATHAM & WATKINS LLP |
| 2 | | Deepa V. Sood (SBN 224079) |
| 3 | | 505 Montgomery Street |
| | | San Francisco, California 94111-6538 |
| 4 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |

Jamie L. Wine (SBN 181373)
James E. Brandt
Richard D. Owens
John M. Falzone
(*pro hac vice applications to be filed*)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


By: \_\_/s/ Deepa V. Sood_____
Deepa V. Sood

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.; and
DB STRUCTURED PRODUCTS, INC.

---

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1418873

4

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | BINGHAM MCCUTCHEN LLP |

John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California 9111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286


By:   /s/ John D. Pernick
        John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1418873

5

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | Robert J. Stumpf, Jr. (SBN 72851) |
| | | Four Embarcadero Center, 17th Floor |
| 4 | | San Francisco, California 94111 |
| | | Telephone: (415) 434-9100 |
| 5 | | Facsimile: (415) 434-3947 |
| 6 | | Of Counsel: |
| 7 | | |
| | | CRAVATH, SWAINE & MOORE LLP |
| 8 | | Richard W. Clary |
| | | Michael T. Reynolds |
| 9 | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| 10 | | New York, New York 10019 |
| | | Telephone: 212-474-1000 |
| 11 | | Facsimile: 212-474-3700 |
| 12 | | |
| 13 | | |
| | | By:  /s/ Robert J. Stumpf, Jr. |
| 14 | | Robert J. Stumpf, Jr. |
| 15 | | Attorneys for defendant |
| | | CREDIT SUISSE SECURITIES (USA), LLC, |
| 16 | | f/k/a/ CREDIT SUISSE FIRST BOSTON LLC |

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1418873

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 24, 2010 | SIMPSON THACHER & BARTLETT LLP |

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice
Alan Turner
Jason R. Meltzer
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

By:  /s/ Alexis Coll-Very
           Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE INC. f/k/a/ GREENWICH CAPITAL ACCEPTANCE, INC. and RBS HOLDINGS USA INC. f/k/a/ GREENWICH CAPITAL HOLDINGS, INC.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

William F. Sullivan
Howard M. Privette
John S. Durrant
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Edward Han
55 Second Street, 24th Floor
San Francisco, California 94127
Telephone: (415) 865-7000
Facsimile: (415) 865-7100


By: /s/ William F. Sullivan
    William F. Sullivan

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais
Kathryn C. Ellsworth
Owen L. Cryulnik
Leanne M. Wilson
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

By:   /s/ Francine T. Radford
         Francine T. Radford

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August 25, 2010

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

# GENERAL ORDER 45 ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and password was used to file this **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Francine T. Radford, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co., Inc., Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: August 24, 2010

MORRISON & FOERSTER LLP

By: /s/ Anne K. Davis
     Anne K. Davis