GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone:   (212) 755-0100
Facsimile:   (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>    Defendants. | No. CV-10-3039 SC<br><br>Hon. Samuel Conti |

**NOTICE OF CHANGE OF ADDRESS**

    Notice is hereby given that the attorneys for the Plaintiff, Grais & Ellsworth LLP, have changed their address effective immediately. The new address is:

NOTICE OF CHANGE OF ADDRESS     (No. CV-10-3039 SC)

| | |
|---|---|
| 1 | Grais & Ellsworth LLP |
| 2 | 40 East 52nd Street |
| | 20th Floor |
| 3 | New York, New York 10022 |
| | Tel: (212) 755-0100 |
| 4 | Fax: (212) 755-0052 |

Dated: August 25, 2010                               GOODIN, MACBRIDE, SQUERI,
                                                      DAY & LAMPREY, LLP

                                                      GRAIS & ELLSWORTH LLP


                                                      By: /s/Robert A. Goodin
                                                          Robert A. Goodin
                                                      Attorneys for Plaintiff
                                                      Federal Home Loan Bank of San Francisco

3428/001/X121774.v1

NOTICE OF CHANGE OF
ADDRESS                                        -2-                              (No. CV-10-3039 SC)