1 | DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
2 | EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
3 | MORRISON & FOERSTER LLP
755 Page Mill Road
4 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
5 | Facsimile: 650.494.0792

6 | CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
7 | MORRISON & FOERSTER LLP
425 Market Street
8 | San Francisco, California 94105-2482
Telephone: 415.268.7000
9 | Facsimile: 415.268.7522

10 | Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., et. al.,<br><br>Defendants. | Case No.   CV-03039 SC<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-4(b) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

1 WHEREAS, defendants are preparing to file a single omnibus brief opposing plaintiff's motions to remand both cases (the UBS defendants may file a short supplemental opposition addressing party-specific points);

WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on September 20 and October 12 2010, respectively;

WHEREAS, pursuant to Civil Local Rule 7-4(b), memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text; and

WHEREAS, defendants require four additional days to prepare the omnibus brief, and require an additional five pages to brief their consolidated arguments.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. Defendants shall file their opposition to plaintiff's motion to remand on or before September 24, 2010;
2. Defendants may have up to 30 pages for their omnibus opposition to plaintiff's motion to remand;
3. Plaintiff shall file its reply in support of the motion to remand on or before October 19, 2010;
4. Plaintiff shall have up to 20 pages for its reply to defendants' omnibus opposition.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 17, 2010 | Respectfully submitted:<br><br>Darryl P. Rains<br>Eugene Illovsky<br>Craig D. Martin<br>MORRISON & FOERSTER LLP<br><br><br>By:  /s/ Darryl P. Rains<br>         Darryl P. Rains<br><br>Attorneys for defendants<br>COUNTRYWIDE SECURITIES<br>CORPORATION and MERRILL LYNCH,<br>PIERCE, FENNER & SMITH, INC. |
| Dated: September 17, 2010 | DAVIS POLK & WARDWELL LLP<br><br>Neal A. Potischman (SBN 254862)<br>Samantha H. Knox (SBN 254427)<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br><br>James P. Rouhandeh (*admitted pro hac vice*)<br>William J. Fenrich (*admitted pro hac vice*)<br>Daniel J. Schwartz (*admitted pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br><br><br>By:  /s/ Neal A. Potischman<br>         Neal A. Potischman<br><br>Attorneys for defendant<br>MORGAN STANLEY & CO.<br>INCORPORATED |

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | LATHAM & WATKINS LLP |
| 2 | | Deepa V. Sood (SBN 224079) |
| 3 | | 505 Montgomery Street |
| | | San Francisco, California 94111-6538 |
| 4 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |
| 5 | | |
| 6 | | Jamie L. Wine (SBN 181373) |
| | | James E. Brandt (*admitted pro hac vice*) |
| 7 | | Richard D. Owens (*admitted pro hac vice*) |
| | | John M. Falzone (*admitted pro hac vice*) |
| 8 | | 885 Third Avenue |
| | | New York, New York 10022-4834 |
| 9 | | Telephone: (212) 906-1200 |
| | | Facsimile: (212) 751-4864 |

By:   /s/ Deepa V. Sood
         Deepa V. Sood

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.; and
DB STRUCTURED PRODUCTS, INC.

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1423276

4

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | BINGHAM MCCUTCHEN LLP |

John D. Pernick (SBN 155468)
Suneeta D. Fernandes (SBN 257772)
Three Embarcadero Center
San Francisco, California 9411-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Kenneth I. Schacter (*admitted pro hac vice*)
Theo J. Robins (*admitted pro hac vice*)
Brandyne S. Warren (*admitted pro hac vice*)
399 Park Avenue
New York, New York 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

By: /s/ John D. Pernick
     John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

CASE NO. CV-03039-SC
pa-1423276

5

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | Robert J. Stumpf, Jr. (SBN 72851) |
| | | Four Embarcadero Center, 17th Floor |
| 4 | | San Francisco, California 94111 |
| | | Telephone: (415) 434-9100 |
| 5 | | Facsimile: (415) 434-3947 |
| 6 | | Of Counsel: |
| 7 | | |
| | | CRAVATH, SWAINE & MOORE LLP |
| 8 | | Richard W. Clary |
| | | Michael T. Reynolds |
| 9 | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| 10 | | New York, New York 10019 |
| | | Telephone: 212-474-1000 |
| 11 | | Facsimile: 212-474-3700 |

By:  /s/ Robert J. Stumpf, Jr.
       Robert J. Stumpf, Jr.

Attorneys for defendant
CREDIT SUISSE SECURITIES (USA), LLC,
f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1423276

6

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | |
| 3 | | Alexis Coll-Very (SBN: 212735)<br>2550 Hanover Street |
| 4 | | Palo Alto, California 94304<br>Telephone: (650) 251-5000 |
| 5 | | Facsimile: (650) 251-5002 |
| 6 | | Thomas C. Rice (*admitted pro hac vice*) |
| 7 | | Alan Turner (*admitted pro hac vice*)<br>Jason R. Meltzer (*admitted pro hac vice*) |
| 8 | | 425 Lexington Avenue<br>New York, New York 10017 |
| 9 | | Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Alexis Coll-Very |
| 13 | | Alexis Coll-Very |
| 14 | | Attorneys for defendants<br>RBS SECURITIES INC., f/k/a/ GREENWICH |
| 15 | | CAPITAL MARKETS, INC.; RBS<br>ACCEPTANCE INC. f/k/a/ GREENWICH |
| 16 | | CAPITAL ACCEPTANCE, INC. and RBS<br>HOLDINGS USA INC. f/k/a/ GREENWICH |
| 17 | | CAPITAL HOLDINGS, INC. |

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC
pa-1423276

7

| | | |
|---|---|---|
| 1 | Dated: September 17, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | William F. Sullivan |
| | | Howard M. Privette |
| | | John S. Durrant |
| 4 | | 515 South Flower Street, 25th Floor |
| | | Los Angeles, California 90071-2228 |
| 5 | | Telephone: (213) 683-6000 |
| 6 | | Facsimile: (213) 627-0705 |
| 7 | | Edward Han |
| | | 55 Second Street, 24th Floor |
| 8 | | San Francisco, California 94127 |
| | | Telephone: (415) 865-7000 |
| 9 | | Facsimile: (415) 865-7100 |

By:    /s/ William F. Sullivan
          William F. Sullivan

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

Dated: September 17, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais (*admitted pro hac vice*)
Kathryn C. Ellsworth (*admitted pro hac vice*)
Owen L. Cryulnik (*admitted pro hac vice*)
Leanne M. Wilson (*admitted pro hac vice*)
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052


By: /s/ Anne H. Hartman
   Anne H. Hartman

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

# GENERAL ORDER 45 ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and password was used to file this **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, Deepa V. Sood, counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: September 17, 2010

MORRISON & FOERSTER LLP

By:  /s/ Anne K. Davis
      Anne K. Davis