1   DARRYL P. RAINS (CA SBN 104802)
    DRains@mofo.com
2   EUGENE ILLOVSKY (CA SBN 117892)
    EIllovsky@mofo.com
3   MORRISON & FOERSTER LLP
    755 Page Mill Road
4   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
5   Facsimile: 650.494.0792

6   CRAIG D. MARTIN (CA SBN 168195)
    CMartin@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California 94105-2482
    Telephone:  415.268.7000
9   Facsimile:  415.268.7522

10  Attorneys for defendants Countrywide Securities Corporation
    and Merrill Lynch, Pierce, Fenner & Smith, Inc.

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14

15  FEDERAL HOME LOAN BANK OF SAN          Case No.      CV-03039 SC
16  FRANCISCO,
                                           STIPULATED REQUEST FOR
17                Plaintiff,                AN ORDER EXTENDING TIME
                                           FOR BRIEFING ON
18        v.                               PLAINTIFF'S MOTION TO
                                           REMAND AND [~~PROPOSED~~]
19  DEUTSCHE BANK SECURITIES INC., et. al., ORDER
20                Defendants.

21

22

23        Pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-4(b) for the Northern District of

24  California, the parties, by and through their undersigned attorneys, stipulate as follows:

25        WHEREAS on August 11, 2010, Plaintiffs filed a motion to remand this action and its

26  related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC,*

27  *et al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

28

1    WHEREAS, defendants are preparing to file a single omnibus brief opposing plaintiff's

2  motions to remand both cases (the UBS defendants may file a short supplemental opposition

3  addressing party-specific points);

4    WHEREAS, defendants' opposition and plaintiff's reply briefs are currently due on

5  September 20 and October 12 2010, respectively;

6    WHEREAS, pursuant to Civil Local Rule 7-4(b), memoranda filed with opposition papers

7  may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of

8  text; and

9    WHEREAS, defendants require four additional days to prepare the omnibus brief, and

10  require an additional five pages to brief their consolidated arguments.

11    NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY

12  STIPULATED by and between the parties to this action, through their counsel of record, as

13  follows:

14    1.    Defendants shall file their opposition to plaintiff's motion to remand on or

15        before September 24, 2010;

16    2.    Defendants may have up to 30 pages for their omnibus opposition to plaintiff's

17        motion to remand;

18    3.    Plaintiff shall file its reply in support of the motion to remand on or before

19        October 19, 2010;

20    4.    Plaintiff shall have up to 20 pages for its reply to defendants' omnibus

21        opposition.

22    IT IS SO STIPULATED.

23

24

25

26

27

28

1

Dated: September 17, 2010

Respectfully submitted:

2

Darryl P. Rains
Eugene Illovsky
Craig D. Martin
MORRISON & FOERSTER LLP

3

4

5

6

By:   /s/ Darryl P. Rains
_____
Darryl P. Rains

7

8

Attorneys for defendants
COUNTRYWIDE SECURITIES
CORPORATION and MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.

9

10

11

Dated: September 17, 2010

DAVIS POLK & WARDWELL LLP

12

Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

13

14

15

16

James P. Rouhandeh (*admitted pro hac vice*)
William J. Fenrich (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

17

18

19

20

21

By:   /s/ Neal A. Potischman
_____
Neal A. Potischman

22

23

Attorneys for defendant
MORGAN STANLEY & CO.
INCORPORATED

24

25

26

27

28

1    Dated: September 17, 2010          LATHAM & WATKINS LLP

2                                        Deepa V. Sood (SBN 224079)
                                         505 Montgomery Street
3                                        San Francisco, California 94111-6538
                                         Telephone: (415) 391-0600
4                                        Facsimile: (415) 395-8095

5
                                         Jamie L. Wine (SBN 181373)
6                                        James E. Brandt (*admitted pro hac vice*)
                                         Richard D. Owens (*admitted pro hac vice*)
7                                        John M. Falzone (*admitted pro hac vice*)
                                         885 Third Avenue
8                                        New York, New York 10022-4834
                                         Telephone: (212) 906-1200
9                                        Facsimile: (212) 751-4864

10

11

12                                       By:   /s/ Deepa V. Sood
                                               Deepa V. Sood
13
                                         Attorneys for defendants
14                                       DEUTSCHE BANK SECURITIES, INC.;
                                         DEUTSCHE ALT-A SECURITIES, INC.; and
15                                       DB STRUCTURED PRODUCTS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: September 17, 2010          BINGHAM MCCUTCHEN LLP

2                                       John D. Pernick (SBN 155468)
3                                       Suneeta D. Fernandes (SBN 257772)
                                        Three Embarcadero Center
4                                       San Francisco, California 9411-4067
                                        Telephone: (415) 393-2000
5                                       Facsimile: (415) 393-2286

6                                       Kenneth I. Schacter (*admitted pro hac vice*)
7                                       Theo J. Robins (*admitted pro hac vice*)
                                        Brandyne S. Warren (*admitted pro hac vice*)
8                                       399 Park Avenue
                                        New York, New York 10022-4689
9                                       Telephone: (212) 705-7000
                                        Facsimile: (212) 752-5378
10

11

12                                      By:   /s/ John D. Pernick
13                                               John D. Pernick

14                                      Attorneys for defendants
                                        J.P. MORGAN SECURITIES, INC.;
15                                      STRUCTURED ASSET MORTGAGE
                                        INVESTMENTS II, INC.; THE BEAR
16                                      STEARNS COMPANIES, LLC, WAMU
                                        CAPITAL CORPORATION and
17                                      WASHINGTON MUTUAL MORTGAGE
                                        SECURITIES CORPORATION
18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
CASE NO. CV-03039-SC                                                                        5
pa-1423276

1   Dated: September 17, 2010          SHEPPARD MULLIN, RICHTER &
2                                       HAMPTON LLP

3                                       Robert J. Stumpf, Jr. (SBN 72851)
                                        Four Embarcadero Center, 17th Floor
4                                       San Francisco, California 94111
                                        Telephone: (415) 434-9100
5                                       Facsimile: (415) 434-3947

6                                       Of Counsel:

7                                       CRAVATH, SWAINE & MOORE LLP
8                                       Richard W. Clary
                                        Michael T. Reynolds
9                                       Worldwide Plaza
                                        825 Eighth Avenue
10                                      New York, New York 10019
                                        Telephone: 212-474-1000
11                                      Facsimile: 212-474-3700

12

13                                      By:    /s/ Robert J. Stumpf, Jr.
14                                             Robert J. Stumpf, Jr.

15                                      Attorneys for defendant
                                        CREDIT SUISSE SECURITIES (USA), LLC,
16                                      f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated: September 17, 2010          SIMPSON THACHER & BARTLETT LLP

2

3          Alexis Coll-Very (SBN: 212735)
           2550 Hanover Street
4          Palo Alto, California 94304
           Telephone: (650) 251-5000
5          Facsimile: (650) 251-5002

6          Thomas C. Rice (*admitted pro hac vice*)
           Alan Turner (*admitted pro hac vice*)
7          Jason R. Meltzer (*admitted pro hac vice*)
           425 Lexington Avenue
8          New York, New York 10017
           Telephone: (212) 455-2000
9          Facsimile: (212) 455-2502

10

11

12          By:   /s/ Alexis Coll-Very
                        Alexis Coll-Very
13
            Attorneys for defendants
14          RBS SECURITIES INC., f/k/a/ GREENWICH
            CAPITAL MARKETS, INC.; RBS
15          ACCEPTANCE INC. f/k/a/ GREENWICH
            CAPITAL ACCEPTANCE, INC. and RBS
16          HOLDINGS USA INC. f/k/a/ GREENWICH
            CAPITAL HOLDINGS, INC.
17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: September 17, 2010          PAUL, HASTINGS, JANOFSKY &
                                        WALKER LLP
2
                                        William F. Sullivan
3                                       Howard M. Privette
                                        John S. Durrant
4                                       515 South Flower Street, 25th Floor
                                        Los Angeles, California 90071-2228
5                                       Telephone: (213) 683-6000
                                        Facsimile: (213) 627-0705
6
7                                       Edward Han
                                        55 Second Street, 24th Floor
8                                       San Francisco, California 94127
                                        Telephone: (415) 865-7000
9                                       Facsimile: (415) 865-7100

10

11

12                                      By:   /s/ William F. Sullivan
                                                 William F. Sullivan
13
                                        Attorneys for defendants
14                                      UBS SECURITIES, LLC and MORTGAGE
                                        ASSET SECURITIZATION
15                                      TRANSACTIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: September 17, 2010              GOODIN, MACBRIDE, SQUERI, DAY &
                                            LAMPREY, LLP
2

3                                           Robert A. Goodin (SBN 061302)
                                            Francine T. Radford (SBN 168269)
4                                           Anne H. Hartman (SBN 184556)
                                            505 Sansome Street, Suite 900
5                                           San Francisco, California 94111
                                            Telephone: (415) 392-7900
6                                           Facsimile: (415) 398-4321

7                                                                          and

8
                                            GRAIS & ELLSWORTH LLP
9                                           David J. Grais (*admitted pro hac vice*)
                                            Kathryn C. Ellsworth (*admitted pro hac vice*)
10                                          Owen L. Cryulnik (*admitted pro hac vice*)
                                            Leanne M. Wilson (*admitted pro hac vice*)
11                                          70 East 55th Street
                                            New York, New York 10022
12                                          Telephone: (212) 755-0100
                                            Facsimile: (212) 755-0052
13

14

15

16                                          By:   /s/ Anne H. Hartman
                                                      Anne H. Hartman
17
                                            Attorneys for plaintiff
18                                          FEDERAL HOME LOAN BANK OF SAN
                                            FRANCISCO
19

20                                  **<u>ORDER</u>**

21            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24    Dated:        September 20, 2010

25                                          _____
                                            UNITED S...               ...URT JUDGE
26

27

28
      STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND LENGTH FOR BRIEFING ON REMAND MOTION
      CASE NO. CV-03039-SC                                                                    9
      pa-1423276

1
2

**GENERAL ORDER 45 ATTESTATION**

3      I, Anne K. Davis, am the ECF User whose ID and password was used to file this

4 **STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR BRIEFING ON**

5 **PLAINTIFF'S MOTION TO REMAND AND [PROPOSED] ORDER**.  In compliance with

6 General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants

7 Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H.

8 Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman,

9 counsel for Defendant Morgan Stanley & Co. Incorporated, Deepa V. Sood, counsel for

10 Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured

11 Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured

12 Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital

13 Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr.,

14 counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston

15 LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and

16 RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC

17 and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

18

19 Dated:  September 17, 2010

20                                        MORRISON & FOERSTER LLP

21

22                                        By:    /s/ Anne K. Davis
                                               Anne K. Davis