# EXHIBIT 2

SELLING AND SERVICING
CONTRACT   American Home

 Washington Mutual

This Selling and Servicing Contract (this "Agreement") is made and entered into by Washington Mutual Mortgage Securities Corp. and its successors and assigns ("Washington Mutual") and the entity identified below and its successors and assigns (the "Company").

## WITNESSETH:

WHEREAS, this Company wishes to sell first lien residential mortgage loans to, and service first lien residential mortgage loans on behalf of, Washington Mutual; and

WHEREAS, the Company has submitted a Seller Application to Washington Mutual and has been approved by Washington Mutual for participation in the Washington Mutual Purchase Programs; and

WHEREAS, the Company has received and reviewed the Washington Mutual Purchase Programs Seller Guide (the "Seller Guide"), as well as the Washington Mutual Servicing Guide (the "Servicing Guide" and, together with the Seller Guide, the "Guides"), and understands each and every provision thereof;

NOW, THEREFORE, in consideration of the premises and of the mutual agreements herein contained, Washington Mutual and the Company hereby agree as follows:

1. **Guides.** The Guides, which set forth the terms and conditions under which Washington Mutual may elect to purchase mortgage loans from the Company, and the Company shall service mortgage loans on behalf of Washington Mutual, are a supplement to this Agreement and such Guides, as may be amended or supplemented from time to time by Washington Mutual, are incorporated into this Agreement in full by reference and made a part hereof as fully as if set forth at length herein. All capitalized terms used and not defined herein have the meanings ascribed to them in the Guides.

2. **Company's Duties.** The Company shall diligently perform all duties incident to the origination, sale and servicing of the mortgage loans subject to this Agreement. In the performance of its servicing duties, the Company shall exercise the same degree of care it exercises when servicing mortgage loans for its own account, but in no event shall the Company exercise less care than a reasonable prudent servicer would exercise under similar circumstances. In addition, the Company shall comply with all of the provisions of the Guides and with all other requirements and instructions of Washington Mutual. The Company shall perform such duties at its sole expense, except as otherwise expressly provided in the Guides.

3. **Representations, Warranties and Covenants of the Company; Remedies of Washington Mutual.** With respect to each mortgage loan sold by the Company to Washington Mutual pursuant to the terms of this Agreement, the Company shall make all of the representations, warranties and covenants set forth in the Guide and, in the event of the breach of any of such representations, warranties and covenants, Washington Mutual shall have all of the remedies available at law or in equity, as well as all of the remedies set forth in the Guide, including, but not limited to, repurchase and indemnification. The representations and warranties made by the Company with respect to any mortgage loan subject to this Agreement, as well as the remedies available to Washington Mutual upon the breach thereof, shall survive: (a) any investigation regarding the

mortgage loan conducted by Washington Mutual, its assignees or designees, (b) the liquidation of the mortgage loan, (c) the purchase of the mortgage loan by Washington Mutual, its assignee or designee, (d) the repurchase of the mortgage loan by the Company and (e) the termination of this Agreement.

4. **Compensation.** The Company shall be compensated for its services hereunder as specified in the Guides.

5. **No Assignment.** This Agreement may not be assigned by the Company without the prior written consent of Washington Mutual. The Company hereby consents to the assignment by Washington Mutual of all or any part of its rights and obligations under this Agreement to any affiliate designated by Washington Mutual. Any other transfer by Washington Mutual will be allowed and be effective upon written notice by Washington Mutual to the Company.

6. **Prior Agreements.** This Agreement supersedes any prior agreements and understandings between Washington Mutual and the Company governing the subject matter hereof; provided, however, the Company shall not be released from any responsibility or liability that may have arisen under such agreements and understanding.

7. **Effective Date of Agreement.** This Agreement is not effective until it is executed and accepted by Washington Mutual at its home office in Illinois.

8. **Notices.** All notices, requests, demands or other communications that are to be given under this Agreement shall be in writing, addressed to the appropriate parties, and shall be sent by certified mail, return receipt requested, postage prepaid, if to the Company, at the address below and, if to Washington Mutual, to the appropriate address or facsimile number specified in the Guides. Any such notice, request, demand or other communication shall be deemed effective upon receipt.

9. **Independent Contractor.** At no time shall the Company represent that it is acting as an agent, partner or joint venturer of Washington Mutual. The Company shall at all times act as an independent contracting party.

10. **Amendment.** This Agreement may not be amended or modified orally, and no provision of this Agreement may be waived or amended, except in writing signed by the party against whom enforcement is sought. Such a written waiver or amendment must expressly reference this Agreement. However, by their terms the Guides may be amended or supplemented by Washington Mutual from time to time. Any such amendment(s) to the Guides shall be in writing and be binding upon the parties hereto on and after the effective date specified therein.

11. **Miscellaneous.** This Agreement, including all documents incorporated by reference herein, constitutes the entire understanding between the parties hereto and supersedes all other agreements, covenants, representations, warranties, understandings and communications between the parties, whether written or oral, with respect to the transactions contemplated by this Agreement. All section headings contained herein are for convenience only and shall not be construed as part of this Agreement. Any provision of this Agreement that is prohibited or unenforceable in any jurisdiction shall as to such jurisdiction be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining portions hereof or affecting the validity or enforceability of such provision in any other jurisdiction, and to this end, the provisions hereof are severable. This Agreement shall be governed by, and construed and enforced in accordance with, applicable federal laws and laws of the State of Illinois, without reference to conflict of laws principles. This Agreement may be executed in one or more counterparts, each of which shall constitute an original and all of which shall constitute the same Agreement.

---

Washington Mutual Home Loans, Inc., 75 North Fairway Drive, Vernon Hills, IL 60061

IN WITNESS WHEREOF, the parties have executed this Agreement by proper officials duly authorized on the dates hereinafter set forth. This Agreement shall take effect as of the date of its execution in original or facsimile signature by a duly authorized officer of Washington Mutual.

<u>American Home Mortgage</u>      <u>3091</u>
Name of the Company     Company I.D. Number

<u>Mortgage Company</u>     <u>New Delaware</u>
Type of organization     Organized under laws of

<u>520 Broadhollow Rd, Melville, NY 11747</u>
Principal place of business: street address, city, state, zip code

<u>James P. O'Reilly</u>
Typed name and title of the Company's authorized officer

<u>[signature]</u>     <u>7/11/03</u>
Signature of the Company's authorized officer     Date

Agreed to and accepted by Washington Mutual Mortgage Securities Corp.

<u>Michael L. Parker</u>
Typed name and title of authorized representative

<u>[signature]</u>     <u>7-23-03</u>
Signature of authorized representative     Date