| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Deepa V. Sood (Bar No. 224079) |
| 2 |    William R. Pearson (Bar No. 240791) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-6538 |
|   | Telephone:   (415) 391-0600 |
| 4 | Facsimile:   (415) 395-8095 |

LATHAM & WATKINS LLP
   Jamie L. Wine (Bar No. 224079)
   John M. Falzone (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022-4834
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864

Attorneys for Defendants Deutsche Bank Securities, Inc.; Deutsche Alt-A Securities, Inc.; and DB Structured Products, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | CASE NO. 3:10-cv-03039 (SC) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DEUTSCHE BANK SECURITIES, INC.; et al., | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned case on behalf of Defendants Deutsche Bank Securities, Inc.; Deutsche Alt-A Securities, Inc.; and DB Structured Products, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

> LATHAM & WATKINS LLP
> William R. Pearson (Bar No. 240791)
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111-6538
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> Email: *william.pearson@lw.com*

Dated: October 5, 2010          Respectfully Submitted,

LATHAM & WATKINS, LLP

By: _____/s/_____
　　　William R. Pearson

Attorneys for Defendants Deutsche Bank Securities, Inc.; Deutsche Alt-A Securities, Inc.; and DB Structured Products, Inc.