1    DARRYL P. RAINS (CA SBN 104802)
     DRains@mofo.com
2    EUGENE ILLOVSKY (CA SBN 117892)
     EIllovsky@mofo.com
3    MORRISON & FOERSTER LLP
     755 Page Mill Road
4    Palo Alto, California  94304-1018
     Telephone: 650.813.5600
5    Facsimile: 650.494.0792

6    CRAIG D. MARTIN (CA SBN 168195)
     CMartin@mofo.com
7    MORRISON & FOERSTER LLP
     425 Market Street
8    San Francisco, California 94105-2482
     Telephone:  415.268.7000
9    Facsimile:  415.268.7522

10    Attorneys for defendants Countrywide Securities Corporation
     and Merrill Lynch, Pierce, Fenner & Smith, Inc.

11

12

           UNITED STATES DISTRICT COURT

13

           NORTHERN DISTRICT OF CALIFORNIA

14

15

16    FEDERAL HOME LOAN BANK OF SAN
     FRANCISCO,

           Case No.     CV-03039 SC

17           Plaintiff,

**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

18        v.

19    DEUTSCHE BANK SECURITIES INC., et. al.,

20           Defendants.

21

22

23       Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, the parties, by

24 and through their undersigned attorneys, stipulate as follows:

25       WHEREAS on July 16, 2010, the parties filed a stipulation to extend the time for

26 defendants to answer or otherwise respond to the Amended Complaint to October 11, 2010;

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03039-SC
sf-2903370

        1

1    WHEREAS on August 11, 2010, plaintiff filed motions to remand this action and its

2    related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC,*

3    *et al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

4    WHEREAS on September 24, 2010, defendants filed a single omnibus brief opposing

5    plaintiff's motions to remand both cases (the UBS defendants filed a short supplemental

6    opposition addressing party-specific points);

7    WHEREAS plaintiff's reply to defendants' opposition to motion to remand is due on

8    October 19, 2010; and

9    WHEREAS, the hearing on the motions to remand is scheduled for November 5, 2010;

10    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this

11    action, through their counsel of record, as follows:

12    1.   Defendants shall answer or otherwise respond to the Amended Complaint on or before

13    twenty-one (21) days after the Court issues its decision on plaintiff's motions to remand;

14    2.   This extension will not alter the date of any event or any deadline already fixed by

15    Court order;

16    3.   Defendants do not waive their right to seek adjournment or additional time from the

17    Court in which to answer or otherwise respond to the Amended Complaint.

18    IT IS SO STIPULATED.

19

20

21

22

23

24

25

26

27

28

Dated: October 6, 2010              Respectfully submitted:

Darryl P. Rains
Eugene Illovsky
Craig D. Martin
MORRISON & FOERSTER LLP

By:   /s/ Darryl P. Rains
              Darryl P. Rains

Attorneys for defendants
COUNTRYWIDE SECURITIES
CORPORATION and MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.

Dated: October 6, 2010              DAVIS POLK & WARDWELL LLP

Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh (*admitted pro hac vice*)
William J. Fenrich (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

By:   /s/ Neal A. Potischman
              Neal A. Potischman

Attorneys for defendant
MORGAN STANLEY & CO.
INCORPORATED

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03039-SC
sf-2903370

3

1         Dated: October 6, 2010         LATHAM & WATKINS LLP

2                             William R. Pearson (SBN 224079)

3                             505 Montgomery Street
San Francisco, California 94111-6538

4                             Telephone: (415) 391-0600
Facsimile: (415) 395-8095

5

6                             OF COUNSEL:

7                             Jamie L. Wine (SBN 181373)
James E. Brandt

8                             Richard D. Owens
John M. Falzone (*admitted pro hac vice*)

9                             885 Third Avenue
New York, New York 10022-4834

10                            Telephone: (212) 906-1200
Facsimile: (212) 751-4864

11

12

13                             By:   /s/ William R. Pearson

14                                      William R. Pearson

15                             Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;

16                             DEUTSCHE ALT-A SECURITIES, INC.; and
DB STRUCTURED PRODUCTS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03039-SC
sf-2903370

    4

1    Dated: October 6, 2010          BINGHAM MCCUTCHEN LLP

2                                     John D. Pernick (SBN 155468)
3                                     Suneeta D. Fernandes (SBN 257772)
                                      Three Embarcadero Center
4                                     San Francisco, California 9411-4067
                                      Telephone: (415) 393-2000
5                                     Facsimile: (415) 393-2286

6                                     Kenneth I. Schacter (*admitted pro hac vice*)
7                                     Theo J. Robins (*admitted pro hac vice*)
                                      Brandyne S. Warren (*admitted pro hac vice*)
8                                     399 Park Avenue
                                      New York, New York 10022-4689
9                                     Telephone: (212) 705-7000
                                      Facsimile: (212) 752-5378
10

11

12                                    By:   /s/ John D. Pernick
13                                          John D. Pernick

14                                    Attorneys for defendants
                                      J.P. MORGAN SECURITIES, INC.;
15                                    STRUCTURED ASSET MORTGAGE
                                      INVESTMENTS II, INC.; THE BEAR
16                                    STEARNS COMPANIES, LLC, WAMU
                                      CAPITAL CORPORATION and
17                                    WASHINGTON MUTUAL MORTGAGE
                                      SECURITIES CORPORATION
18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03039-SC                                                        5
sf-2903370

1

Dated: October 6, 2010          SHEPPARD MULLIN, RICHTER &
2                                HAMPTON LLP

3                                Robert J. Stumpf, Jr. (SBN 72851)
                                 Four Embarcadero Center, 17th Floor
4                                San Francisco, California 94111
                                 Telephone: (415) 434-9100
5                                Facsimile: (415) 434-3947

6                                Of Counsel:

7                                CRAVATH, SWAINE & MOORE LLP
                                 Richard W. Clary
8                                Michael T. Reynolds (*admitted pro hac vice*)
9                                Worldwide Plaza
                                 825 Eighth Avenue
10                               New York, New York 10019
                                 Telephone: 212-474-1000
11                               Facsimile: 212-474-3700

12

13                               By:   /s/ Robert J. Stumpf, Jr.
                                           Robert J. Stumpf, Jr.
14

15                               Attorneys for defendant
                                 CREDIT SUISSE SECURITIES (USA), LLC,
16                               f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03039-SC
sf-2903370

6

1

2

Dated: October 6, 2010                    SIMPSON THACHER & BARTLETT LLP

3                                          Alexis Coll-Very (SBN: 212735)
                                           2550 Hanover Street
4                                          Palo Alto, California 94304
                                           Telephone: (650) 251-5000
5                                          Facsimile: (650) 251-5002

6                                          Thomas C. Rice (*admitted pro hac vice*)
                                           Alan Turner (*admitted pro hac vice*)
7                                          Jason R. Meltzer (*admitted pro hac vice*)
                                           425 Lexington Avenue
8                                          New York, New York 10017
                                           Telephone: (212) 455-2000
9                                          Facsimile: (212) 455-2502

10

11

12                                         By:   /s/ Alexis Coll-Very
                                                    Alexis Coll-Very
13

14                                         Attorneys for defendants
                                           RBS SECURITIES INC., f/k/a/ GREENWICH
15                                         CAPITAL MARKETS, INC.; RBS
                                           ACCEPTANCE INC. f/k/a/ GREENWICH
16                                         CAPITAL ACCEPTANCE, INC. and RBS
                                           HOLDINGS USA INC. f/k/a/ GREENWICH
17                                         CAPITAL HOLDINGS, INC.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-03039-SC
sf-2903370

7

1   Dated: October 6, 2010          PAUL, HASTINGS, JANOFSKY &
                                    WALKER LLP

2

3                                   William F. Sullivan
                                    Howard M. Privette
                                    John S. Durrant
4                                   515 South Flower Street, 25th Floor
                                    Los Angeles, California 90071-2228
5                                   Telephone: (213) 683-6000
                                    Facsimile: (213) 627-0705
6

7                                   Edward Han
                                    55 Second Street, 24th Floor
8                                   San Francisco, California 94127
                                    Telephone: (415) 865-7000
9                                   Facsimile: (415) 865-7100

10

11

12                                  By:   /s/ William F. Sullivan
                                            William F. Sullivan
13
                                    Attorneys for defendants
14                                  UBS SECURITIES, LLC and MORTGAGE
                                    ASSET SECURITIZATION
15                                  TRANSACTIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

Dated: October 6, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

3

4

5

6

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

7

and

8

9

10

11

12

13

GRAIS & ELLSWORTH LLP
David J. Grais (*admitted pro hac vice*)
Kathryn C. Ellsworth (*admitted pro hac vice*)
Owen L. Cryulnik (*admitted pro hac vice*)
Leanne M. Wilson (*admitted pro hac vice*)
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

14

15

16

By:   /s/ Anne H. Hartman
               Anne H. Hartman

17

18

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

19

20

21

22

23

24

25

26

27

28

1

2

**GENERAL ORDER 45 ATTESTATION**

3      I, Victor Meng, am the ECF User whose ID and password was used to file this

4 **STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**.  In

5 compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for

6 Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.;

7 Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A.

8 Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, William R. Pearson,

9 counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB

10 Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc.,

11 Structured Asset Mortgage Investments II, Inc., The Bear Stearns Companies, LLC, WaMu Capital

12 Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr.,

13 counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston

14 LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and

15 RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC

16 and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

17

18 Dated:  October 6, 2010

19                          MORRISON & FOERSTER LLP

20

21                          By:   /s/ Victor Meng
                                       Victor Meng

22

23

24

25

26

27

28