GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone:   (212) 755-3550
Facsimile:   (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br>    Defendants. | No. CV-10-3039 SC &<br>No. CV-10-3045 SC<br><br>**PROOF OF SERVICE**<br><br>Date:    November 5, 2010<br>Time:    10:00 a.m.<br>Dept.    Courtroom 1, 17th Floor |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>v. | |

**PROOF OF SERVICE**         (Nos. CV-10-3039 SC & CV-10-3045 SC)

| | |
|---|---|
| 1 | CREDIT SUISSE SECURITIES (USA) LLC, et al., |
| 2 | |
| 3 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PROOF OF SERVICE**

-2-

(No. CV-10-3045 JCS)

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby declares as follows:

I am an employee of the law firm of Goodin, MacBride, Squeri, Day & Lamprey, LLP, 505 Sansome Street, Suite 900, San Francisco, CA 94111. I am over the age of 18 years and not a party to the within action.

I am readily familiar with the business practice of Goodin, MacBride, Squeri, Day & Lamprey, LLP for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid at San Francisco, California.

On October 19, 2010, I served a copy of the following document(s):

**PLAINTIFF'S OMNIBUS REPLY IN SUPPORT OF MOTION TO REMAND**

**PLAINTIFF'S SUPPLEMENTAL REPLY IN RESPONSE TO UBS SECURITIES AND MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.'S OPPOSITION TO MOTION TO REMAND**

by placing, for collection and mailing at 505 Sansome Street, Suite 900, San Francisco, CA 94111, a true copy of such document(s) enclosed in sealed envelope(s), following ordinary business practices, addressed as follows:

| | | |
|---|---|---|
| Daniel J. Schwartz | William Fenrich | Thomas C. Rice |
| Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP | Simpson Thacher LLP |
| 450 Lexington Avenue | 450 Lexington Avenue | 425 Lexington Avenue |
| New York, NY 10017 | New York, NY 10017 | New York, NY 10071 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2010 at San Francisco, California.

/s/Nancy Stricker