GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:    (415) 392-7900
Facsimile:    (415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone:    (212) 755-3550
Facsimile:    (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>   Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br>   Defendants. | No. CV-10-3039 SC &<br>No. CV-10-3045 SC<br><br>**PROOF OF SERVICE** |

(Nos. CV-10-3039 SC & CV-10-3045 SC)

| | |
|---|---|
| 1 | |
| 2 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | CREDIT SUISSE SECURITIES (USA) LLC, et al., |
| 6 | |
| 7 | Defendants. |

(Nos. CV-10-3039 SC & CV-10-3045 SC)

3428/001/X123224.v1

(Nos. CV-10-3039 SC & CV-10-3045 SC)