United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Federal Home Loan Bank of San Francisco, | 10-03039 SC |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Deutsche Bank Securities, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

Notice Re: Noncompliance With Court Order

United States District Court
Northern District of California

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3  to an e-mail directed to adr@cand.uscourts.gov.

4

5       It is the responsibility of counsel to schedule an ADR Phone Conference, if

6  required, to occur <u>before</u> the Case Management Conference.

7

8

9  Dated: October 27, 2010

10                                              RICHARD W. WIEKING
                                                Clerk
11                                              by:    Timothy J. Smagacz

12

13                                              _____
                                                ADR Program Administrator
14                                              415-522-4205
                                                Tim_Smagacz@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
10-03039 SC                                    -2-

**PROOF OF SERVICE**

Case Name:      Federal Home Loan Bank of San Francisco v. Deutsche Bank
Securities, Inc.

Case Number:      10-03039 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court,
Northern District of California.  I am over the age of eighteen (18) years and not
a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 27, 2010, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as
specified by General Order No. 45 to the following parties:

> Francine Terhune Radford
> Goodin MacBride Squeri  Day & Lamprey  LL
> 505 Sansome Street, Suite 900
> San Francisco, CA 94111
> fradford@goodinmacbride.com

> Anne Hayes Hartman
> Goodin MacBride Squeri,  Day & Lamprey LLP
> 505 Sansome Street, Suite 900
> San Francisco, CA 94111
> ahartman@goodinmacbride.com

> David J. Grais
> Grais &  Ellsworth LLP
> 40 East 52nd Street, 20th Floor
> New York, NY 10022
> dgrais@graisellsworth.com

> Kathryn C. Ellsworth
> Grais & Ellsworth LLP

40 East 52nd Street, 20th Floor
New York, NY 10022
kellsworth@graisellsworth.com

Owen L. Cyrulnik
Grais & Ellsworth LLP
40 East 52nd Street, 20th Floor
New York, NY 10022
ocyrulnik@graisellsworth.com

Leanne M. Wilson
Grais  Ellsworth LLP
40 East 52nd Street, 20th Floor
New York, NY 10022
lwilson@graisellsworth.com

Robert A. Goodin
Goodin, MacBride ,Squeri, Day  & Lamprey, L.L.P.
505 Sansome Street, Suite 900
San Francisco, CA 94111
rgoodin@gmssr.com

Deepa V. Sood
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
deepa.sood@lw.com

Jamie Lynne Wine
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834
jamie.wine@lw.com

John M. Falzone
Latham and Watkins LLP
One Newark Center
16th Floor
Newark, NJ 07101-3174
john.falzone@lw.com

William Robert Pearson
Latham and Watkins LLP

505 Montgomery Street
Suite 2000
San Francisco, CA 94111
william.pearson@lw.com

John D. Pernick
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
john.pernick@bingham.com

Suneeta Daisy Fernandes
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA 94111-4067
suneeta.fernandes@bingham.com

Kenneth I. Schacter
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
kenneth.schacter@bingham.com

Theo J. Robins
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
theo.robins@bingham.com

Brandyne S. Warren
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
Brandyne.Warren@bingham.com

Darryl Paul Rains
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
drains@mofo.com

Eugene G. Illovsky
Morrison & Foerster LLP
755 Page Mill Road

Palo Alto, CA 94304-1018
eillovsky@mofo.com

Craig David Martin
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
cmartin@mofo.com

Anne Kathleen Davis
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304
adavis@mofo.com

Victor Meng
Morrison and Foerster
425 Market Street
San Francisco, CA 94105
vmeng@mofo.com

Robert John Stumpf
Sheppard Mullin Richter & Hampton LLP
4 Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
rstumpf@smrh.com

Richard W. Clary
Cravath Swaine and Moore LLP
825 8th Ave
Worldwide Plaza
New York, NY 10019
rclary@cravath.com

Michael T. Reynolds
Cravath Swaine and Moore LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019
mreynolds@cravath.com

Martin Daniel White
Four Embarcadero Center

17th Floor
San Francisco, CA 94111
mwhite@sheppardmullin.com

Christopher B Harwood
Cravath, Swaine and Moore LLP
825 Eighth Avenue
New York, NY 10019
charwood@cravath.com

Alexis Susan Coll-Very
Simpson Thacher & Bartlett
2550 Hanover Street
Palo Alto, CA 94304
acoll-very@stblaw.com

Alan Turner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
aturner@stblaw.com

Thomas C. Rice
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Jason R. Meltzer
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
jmeltzer@stblaw.com

Neal Alan Potischman
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
neal.potischman@dpw.com

Samantha Harper Knox
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
samantha.knox@davispolk.com

James P. Rouhandeh
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
rouhandeh@davispolk.com

William Fenrich
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Daniel J. Schwartz
Davis Polk and Wardwell LLP
450 Lexington Avenue
New York, NY 10017
daniel.schwartz@davispolk.com

William Francis Sullivan
Paul, Hastings, Janofsky & Walker, LLP
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
williamsullivan@paulhastings.com

Howard Milton Privette
Paul, Hastings, Janofsky & Walker, LLP
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
howardprivette@paulhastings.com

John Stephen Durrant
Paul, Hastings, Janofsky & Walker, LLP
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
johndurrant@paulhastings.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 27, 2010 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov