GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
    rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
    fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
    ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:    (415) 392-7900
Facsimile:    (415) 398-4321

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
    dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
    kellsworth@graisellsworth.com
OWEN L. CYRULNIK
    ocyrulnik@graisellsworth.com
LEANNE M. WILSON
    lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone:    (212) 755-3550
Facsimile:    (212) 755-0052

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>Defendants. | No. CV-10-3039 SC &<br><br>**NOTICE THAT HEARING DATE ON MOTION TO REMAND IS VACATED**<br><br>Date:    November 5, 2010<br>Time:   10:00 a.m.<br>Dept.   Courtroom 1, 17th Floor |

**NOTICE RE: HEARING DATE ON MOTION TO REMAND** (No. CV-10-3039 SC)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE THAT pursuant to direction of the Court, the hearing date set for Plaintiff's Motion to Remand, of November 5, 2010, at 10:00 a.m., is hereby vacated. The matter is deemed under submission and the Court will issue its ruling without oral argument.

Dated: November 1, 2010

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP

GRAIS & ELLSWORTH LLP

By: /s/ Robert A. Goodin
     Robert A. Goodin

Attorneys for Plaintiff
Federal Home Loan Bank of San Francisco

3428/001/X123490.v1

**NOTICE RE: HEARING DATE ON MOTION TO REMAND**      -1-      (No. CV-10-3039 SC)