DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>PLAINTIFF,<br><br>V.<br><br>DEUTSCHE BANK SECURITIES INC., ET. AL.,<br><br>DEFENDANTS. | CASE NO. CV-03039 SC<br><br>**STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-1(b) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS, on July 12, 2010 the Court set the initial Case Management Conference and ADR Deadlines;

1      WHEREAS, pursuant to the Court's July 12, 2010 order, if the initial Case Management Conference is continued, the other deadlines are continued accordingly;

     WHEREAS, on August 5, 2010 the Court continued the initial Case Management Conference to November 15, 2010;

     WHEREAS, on August 11, 2010, plaintiff filed motions to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et. al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

     WHEREAS, on September 24, 2010, defendants filed oppositions to plaintiff's motions to remand both cases;

     WHEREAS, on October 6, 2010, the parties stipulated to extend defendants' time to answer or otherwise respond to the Amended Complaint to on or before twenty-one (21) days after issuance of the Court's decision on plaintiff's motions to remand;

     WHEREAS, on October 19, 2010, plaintiff filed replies to defendants' oppositions to the remand motions; and

     WHEREAS in the interest of judicial economy, the parties jointly request that the Court continue the Case Management Conference until forty-five (45) days after the Court issues its decision on plaintiff's motions to remand.

     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

     1. The initial Case Management Conference shall take place forty-five (45) days after the Court issues its decision on plaintiff's motions to remand, or as soon thereafter as may be scheduled by the Court; and

     2. The dates for the conference, disclosures and report required by Fed. Rule Civ. Proc. 16 and 26, and the ADR Deadlines set forth in the Court's July 12, 2010 Order are continued accordingly.

1    IT IS SO STIPULATED.

2

3    Dated: November 3, 2010          Respectfully submitted:

4                                     Darryl P. Rains
                                      Eugene Illovsky
5                                     Craig D. Martin
                                      MORRISON & FOERSTER LLP
6

7
                                      By:   /s/ Darryl P. Rains
8                                                Darryl P. Rains

9                                     Attorneys for defendants
                                      COUNTRYWIDE SECURITIES
10                                    CORPORATION and MERRILL LYNCH,
                                      PIERCE, FENNER & SMITH, INC.
11

12   Dated: November 3, 2010          DAVIS POLK & WARDWELL LLP

13                                    Neal A. Potischman (SBN 254862)
                                      Samantha H. Knox (SBN 254427)
14                                    1600 El Camino Real
                                      Menlo Park, California 94025
15                                    Telephone: (650) 752-2000
                                      Facsimile: (650) 752-2111
16
                                      James P. Rouhandeh (*admitted pro hac vice*)
17                                    William J. Fenrich (*admitted pro hac vice*)
                                      Daniel J. Schwartz (*admitted pro hac vice*)
18                                    450 Lexington Avenue
                                      New York, New York 10017
19                                    Telephone: (212) 450-4000
                                      Facsimile: (212) 701-5800
20

21

22                                    By:   /s/ Neal A. Potischman
                                                 Neal A. Potischman
23

24                                    Attorneys for defendant
                                      MORGAN STANLEY & CO.
25                                    INCORPORATED

26

27

28


| | |
|---|---|
| Dated: November 3, 2010 | LATHAM & WATKINS LLP |
| | William R. Pearson (SBN 224079) |
| | 505 Montgomery Street |
| | San Francisco, California 94111-6538 |
| | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| | |
| | OF COUNSEL: |
| | |
| | Jamie L. Wine (SBN 181373) |
| | James E. Brandt |
| | Richard D. Owens |
| | John M. Falzone (*admitted pro hac vice*) |
| | 885 Third Avenue |
| | New York, New York 10022-4834 |
| | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| | |
| | By:   /s/ William R. Pearson |
| | William R. Pearson |
| | |
| | Attorneys for defendants |
| | DEUTSCHE BANK SECURITIES, INC.; |
| | DEUTSCHE ALT-A SECURITIES, INC.; and |
| | DB STRUCTURED PRODUCTS, INC. |

STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC
pa-1430168

| | | |
|---|---|---|
| 1 | Dated:  November 3, 2010 | BINGHAM MCCUTCHEN LLP |
| 2 | | |
| | | John D. Pernick (SBN 155468) |
| 3 | | Suneeta D. Fernandes (SBN 257772) |
| | | Three Embarcadero Center |
| 4 | | San Francisco, California 9411-4067 |
| | | Telephone: (415) 393-2000 |
| 5 | | Facsimile: (415) 393-2286 |

Kenneth I. Schacter (*admitted pro hac vice*)
Theo J. Robins (*admitted pro hac vice*)
Brandyne S. Warren (*admitted pro hac vice*)
399 Park Avenue
New York, New York 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

By:   /s/ John D. Pernick
           John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

| | | |
|---|---|---|
| 1 | Dated: November 3, 2010 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | Robert J. Stumpf, Jr. (SBN 72851) |
| 4 | | Four Embarcadero Center, 17th Floor |
| | | San Francisco, California 94111 |
| 5 | | Telephone: (415) 434-9100 |
| | | Facsimile: (415) 434-3947 |

Of Counsel:

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Michael T. Reynolds (*admitted pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700


By:   /s/ Robert J. Stumpf, Jr.
        Robert J. Stumpf, Jr.

Attorneys for defendant
CREDIT SUISSE SECURITIES (USA), LLC,
f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

Dated: November 3, 2010

SIMPSON THACHER & BARTLETT LLP

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice (*admitted pro hac vice*)
Alan Turner (*admitted pro hac vice*)
Jason R. Meltzer (*admitted pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

By:  /s/ Alexis Coll-Very
       Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE INC. f/k/a/ GREENWICH CAPITAL ACCEPTANCE, INC. and RBS HOLDINGS USA INC. f/k/a/ GREENWICH CAPITAL HOLDINGS, INC.

| | | |
|---|---|---|
| 1 | Dated: November 3, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

William F. Sullivan
Howard M. Privette
John S. Durrant
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Edward Han
55 Second Street, 24th Floor
San Francisco, California 94127
Telephone: (415) 865-7000
Facsimile: (415) 865-7100


By:  /s/ William F. Sullivan
         William F. Sullivan

Attorneys for defendants
UBS SECURITIES, LLC and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.

| | | |
|---|---|---|
| 1 | Dated: November 3, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |

Robert A. Goodin (SBN 061302)
Francine T. Radford (SBN 168269)
Anne H. Hartman (SBN 184556)
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

and

GRAIS & ELLSWORTH LLP
David J. Grais (*admitted pro hac vice*)
Kathryn C. Ellsworth (*admitted pro hac vice*)
Owen L. Cryulnik (*admitted pro hac vice*)
Leanne M. Wilson (*admitted pro hac vice*)
70 East 55th Street
New York, New York 10022
Telephone: (212) 755-0100
Facsimile: (212) 755-0052

By:  /s/ Anne H. Hartman
         Anne H. Hartman

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____           _____
                                                                    HONORABLE SAMUEL CONTI
                                                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC
pa-1430168

## GENERAL ORDER 45 ATTESTATION

I, Anne Davis, am the ECF User whose ID and password was used to file this **STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, William R. Pearson, counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: November 3, 2010

MORRISON & FOERSTER LLP

By: /s/ Anne Davis
Anne Davis