1  DARRYL P. RAINS (CA SBN 104802)
   DRains@mofo.com
2  EUGENE ILLOVSKY (CA SBN 117892)
   EIllovsky@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for defendants Countrywide Securities Corporation
   and Merrill Lynch, Pierce, Fenner & Smith, Inc.
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, | CASE NO. CV-03039 SC |
|---|---|---|
| 16 17 18 | PLAINTIFF, V. | **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER** |
| 19 20 21 | DEUTSCHE BANK SECURITIES INC., ET. AL., DEFENDANTS. | |
| 22 23 24 25 26 | FEDERAL HOME LOAN BANK OF SAN FRANCISCO, PLAINTIFF, V. CREDIT SUISSE SECURITIES (USA) LLC, ET. AL., | CASE NO. CV-03045 SC **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER** |
| 27 | DEFENDANTS. | |

28

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

1

1    Pursuant to Civil Local Rule 6-1(b) for the Northern District of California, the parties, by

2    and through their undersigned attorneys, stipulate as follows:

3    WHEREAS, on July 12, 2010 the Court set the initial Case Management Conference and

4    ADR Deadlines in No. 3:10-CV-03039-SC;

5    WHEREAS, pursuant to the Court's July 12, 2010 order, if the initial Case Management

6    Conference is continued, the other deadlines are continued accordingly;

7    WHEREAS, on July 28, 2010 the Court ordered the above captioned cases related;

8    WHEREAS, the initial Case Management Conference is currently scheduled for

9    November 15, 2010;

10    WHEREAS, on August 11, 2010, plaintiff filed motions to remand this action and its

11    related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC,*

12    *et. al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

13    WHEREAS, on September 24, 2010, defendants filed oppositions to plaintiff's motions to

14    remand both cases;

15    WHEREAS, on October 6, 2010, the parties stipulated to extend defendants' time to

16    answer or otherwise respond to the Amended Complaint to on or before twenty-one (21) days

17    after issuance of the Court's decision on plaintiff's motions to remand;

18    WHEREAS, on October 19, 2010, plaintiff filed replies to defendants' oppositions to the

19    remand motions; and

20    WHEREAS in the interest of judicial economy, the parties jointly request that the Court

21    continue the Case Management Conference until February 11, 2011 at 10:00 a.m.

22    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this

23    action, through their counsel of record, as follows:

24

25

26

27

28

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

2

1          1.   The initial Case Management Conference shall take place on February 11, 2011, or as

2    soon thereafter as may be scheduled by the Court.

3          IT IS SO STIPULATED.

4

5          Dated: November 5, 2010          Respectfully submitted:

6                                           Darryl P. Rains
                                            Eugene Illovsky
7                                           Craig D. Martin
                                            MORRISON & FOERSTER LLP
8

9
                                            By:   /s/ Darryl P. Rains
10                                                      Darryl P. Rains

11                                          Attorneys for defendants
                                            COUNTRYWIDE SECURITIES
12                                          CORPORATION and MERRILL LYNCH,
                                            PIERCE, FENNER & SMITH, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: November 5, 2010          DAVIS POLK & WARDWELL LLP

2                                     Neal A. Potischman (SBN 254862)
                                      Samantha H. Knox (SBN 254427)
3                                     1600 El Camino Real
                                      Menlo Park, California 94025
4                                     Telephone: (650) 752-2000
                                      Facsimile: (650) 752-2111
5

6                                     James P. Rouhandeh (*admitted pro hac vice*)
                                      William J. Fenrich (*admitted pro hac vice*)
7                                     Daniel J. Schwartz (*admitted pro hac vice*)
                                      450 Lexington Avenue
8                                     New York, New York 10017
                                      Telephone: (212) 450-4000
9                                     Facsimile: (212) 701-5800

10

11
                                      By:   /s/ Neal A. Potischman
12                                                Neal A. Potischman

13                                    Attorneys for defendant
                                      MORGAN STANLEY & CO.
14                                    INCORPORATED

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: November 5, 2010          LATHAM & WATKINS LLP

2                                     William R. Pearson (SBN 224079)
                                      505 Montgomery Street
3                                     San Francisco, California 94111-6538
                                      Telephone: (415) 391-0600
4                                     Facsimile: (415) 395-8095

5
                                      OF COUNSEL:
6
                                      Jamie L. Wine (SBN 181373)
7                                     James E. Brandt
                                      Richard D. Owens
8                                     John M. Falzone (*admitted pro hac vice*)
                                      885 Third Avenue
9                                     New York, New York 10022-4834
                                      Telephone: (212) 906-1200
10                                    Facsimile: (212) 751-4864

11

12

13                                    By:   /s/ William R. Pearson
                                            _____
14                                          William R. Pearson

15                                    Attorneys for defendants
                                      DEUTSCHE BANK SECURITIES, INC.;
16                                    DEUTSCHE ALT-A SECURITIES, INC.; and
                                      DB STRUCTURED PRODUCTS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: November 5, 2010           BINGHAM MCCUTCHEN LLP

2                                     John D. Pernick (SBN 155468)
                                      Suneeta D. Fernandes (SBN 257772)
3                                     Three Embarcadero Center
                                      San Francisco, California 9411-4067
4                                     Telephone: (415) 393-2000
                                      Facsimile: (415) 393-2286
5

6                                     Kenneth I. Schacter (*admitted pro hac vice*)
                                      Theo J. Robins (*admitted pro hac vice*)
7                                     Brandyne S. Warren (*admitted pro hac vice*)
                                      399 Park Avenue
8                                     New York, New York 10022-4689
                                      Telephone: (212) 705-7000
9                                     Facsimile: (212) 752-5378

10

11

12                                    By:   /s/ John D. Pernick
                                              John D. Pernick
13

14                                    Attorneys for defendants
                                      J.P. MORGAN SECURITIES, INC.;
15                                    STRUCTURED ASSET MORTGAGE
                                      INVESTMENTS II, INC.; THE BEAR
16                                    STEARNS COMPANIES, LLC, WAMU
                                      CAPITAL CORPORATION and
17                                    WASHINGTON MUTUAL MORTGAGE
                                      SECURITIES CORPORATION
18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC                                              6
pa-1430168

1    Dated: November 5, 2010                SHEPPARD MULLIN, RICHTER &
2                                           HAMPTON LLP

3                                           Robert J. Stumpf, Jr. (SBN 72851)
                                            Four Embarcadero Center, 17th Floor
4                                           San Francisco, California 94111
                                            Telephone: (415) 434-9100
5                                           Facsimile: (415) 434-3947

6                                           Of Counsel:

7                                           CRAVATH, SWAINE & MOORE LLP
                                            Richard W. Clary
8                                           Michael T. Reynolds (*admitted pro hac vice*)
9                                           Worldwide Plaza
                                            825 Eighth Avenue
10                                          New York, New York 10019
                                            Telephone: 212-474-1000
11                                          Facsimile: 212-474-3700

12

13                                          By:   /s/ Robert J. Stumpf, Jr.
14                                                    Robert J. Stumpf, Jr.

15                                          Attorneys for defendant
                                            CREDIT SUISSE SECURITIES (USA), LLC,
16                                          f/k/a/ CREDIT SUISSE FIRST BOSTON LLC

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

7

1    Dated: November 5, 2010          SIMPSON THACHER & BARTLETT LLP

2                                     Alexis Coll-Very (SBN: 212735)
                                      2550 Hanover Street
3                                     Palo Alto, California 94304
                                      Telephone: (650) 251-5000
4                                     Facsimile: (650) 251-5002

5
                                      Thomas C. Rice (*admitted pro hac vice*)
6                                     Alan Turner (*admitted pro hac vice*)
                                      Jason R. Meltzer (*admitted pro hac vice*)
7                                     425 Lexington Avenue
                                      New York, New York 10017
8                                     Telephone: (212) 455-2000
                                      Facsimile: (212) 455-2502
9

10

11
                                      By:   /s/ Alexis Coll-Very
12                                                Alexis Coll-Very

13                                    Attorneys for defendants
                                      RBS SECURITIES INC., f/k/a/ GREENWICH
14                                    CAPITAL MARKETS, INC.; RBS
                                      ACCEPTANCE INC. f/k/a/ GREENWICH
15                                    CAPITAL ACCEPTANCE, INC. and RBS
                                      HOLDINGS USA INC. f/k/a/ GREENWICH
16                                    CAPITAL HOLDINGS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1       Dated: November 5, 2010     PAUL, HASTINGS, JANOFSKY &
2       WALKER LLP

3  William F. Sullivan
   Howard M. Privette
   John S. Durrant
4  515 South Flower Street, 25th Floor
   Los Angeles, California 90071-2228
5  Telephone: (213) 683-6000
6  Facsimile: (213) 627-0705

7  Edward Han
   55 Second Street, 24th Floor
8  San Francisco, California 94127
   Telephone: (415) 865-7000
9  Facsimile: (415) 865-7100

10

11

12  By:  /s/ William F. Sullivan
           William F. Sullivan
13
    Attorneys for defendants
14  UBS SECURITIES, LLC and MORTGAGE
    ASSET SECURITIZATION
15  TRANSACTIONS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: November 5, 2010          GOODIN, MACBRIDE, SQUERI, DAY &
                                      LAMPREY, LLP
2

3                                     Robert A. Goodin (SBN 061302)
                                      Francine T. Radford (SBN 168269)
4                                     Anne H. Hartman (SBN 184556)
                                      505 Sansome Street, Suite 900
5                                     San Francisco, California 94111
                                      Telephone: (415) 392-7900
6                                     Facsimile: (415) 398-4321

7                                                                  and

8
                                      GRAIS & ELLSWORTH LLP
9                                     David J. Grais (*admitted pro hac vice*)
                                      Kathryn C. Ellsworth (*admitted pro hac vice*)
10                                    Owen L. Cryulnik (*admitted pro hac vice*)
                                      Leanne M. Wilson (*admitted pro hac vice*)
11                                    70 East 55th Street
                                      New York, New York 10022
12                                    Telephone: (212) 755-0100
                                      Facsimile: (212) 755-0052
13

14

15

16                                    By:   /s/ Anne H. Hartman
                                               Anne H. Hartman
17
                                      Attorneys for plaintiff
18                                    FEDERAL HOME LOAN BANK OF SAN
                                      FRANCISCO
19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC                                              10
pa-1430168

1

## [PROPOSED] ORDER

2          An Amended Stipulated Request for an Order Extending the Initial Case Management

3   Conference was submitted to this Court, the Honorable Samuel Conti presiding.  Having

4   reviewed the Amended Stipulation, and all other papers and good cause appearing,

5          IT IS HEREBY ORDERED:

6          The initial Case Management Conference shall take place on February 11, 2011 at 10:00

7   a.m., or as soon thereafter as may be scheduled by the Court;

8

9          PURSUANT TO AMENDED STIPULATION, IT IS SO ORDERED.

10

11   Dated: _____        _____

12                                                      Honorable Samuel Conti
                                                 United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**GENERAL ORDER 45 ATTESTATION**

3        I, Anne Davis, am the ECF User whose ID and password was used to file this

4  **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT**

5  **CONFERENCE AND RELATED DEADLINES**.  In compliance with General Order 45,

6  Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities

7  Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H. Hartman, counsel for

8  Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant

9  Morgan Stanley & Co. Incorporated, William R. Pearson, counsel for Defendants Deutsche Bank

10 Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D.

11 Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage

12 Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and

13 Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for

14 Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis

15 Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings

16 USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage

17 Asset Securitization Transactions, Inc. concurred in this filing.

18

19 Dated:  November 5, 2010

20                                    MORRISON & FOERSTER LLP

21

22                                    By:   /s/ Anne Davis
                                            Anne Davis

23

24

25

26

27

28