| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| | DRains@mofo.com |
| 2 | EUGENE ILLOVSKY (CA SBN 117892) |
| | EIllovsky@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | CRAIG D. MARTIN (CA SBN 168195) |
| | CMartin@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |

Attorneys for defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br> PLAINTIFF, <br><br> V. <br><br> DEUTSCHE BANK SECURITIES INC., ET. AL., <br><br> DEFENDANTS. | CASE NO. CV-03039 SC <br><br> **DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br> PLAINTIFF, <br><br> V. <br><br> CREDIT SUISSE SECURITIES (USA) LLC, ET. AL., <br><br> DEFENDANTS. | CASE NO. CV-03045 SC <br><br> **DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

**DECL. OF CRAIG D. MARTIN ISO AMENDED STIP TO EXTEND INITIAL CMC AND RELATED DEADLINES**
**CASE NO. CV-03039-SC & CV-03045-SC**
pa-1430179

1

1  I, Craig D. Martin, hereby declare:

2      1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc. I submit this Declaration pursuant to Civil Local Rules 6-1(b) and 6-2(a), in support of the parties' Amended Stipulation to Extend Case Management Conference and [Proposed] Order. If called as a witness, I would testify to the facts set forth herein.

    2. Counsel for the parties have met and conferred and agreed to jointly request that the Court continue the initial Case Management Conference.

    3. The parties previously stipulated to extend the time to answer or otherwise respond to the amended complaint to twenty-one (21) days after the Court issues its decision on plaintiff's motions to remand. The stipulation was filed on October 6, 2010.

    4. This amended stipulation would continue the initial Case Management Conference from November 15, 2010 to February 11, 2010 at 10:00 a.m., or as soon thereafter as directed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on this 5th day of November, 2010.

                                              /s/ Craig D. Martin

DECL. OF CRAIG D. MARTIN ISO AMENDED STIP TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045-SC
pa-1430179

2

\* \* \* \* \*

### ECF ATTESTATION

I, Anne K. Davis, am the ECF User whose ID and Password are being used to file this **DECLARATION OF CRAIG D. MARTIN IN SUPPORT OF AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.**

In compliance with General Order 45, X.B., I hereby attest that Craig D. Martin has concurred in this filing.

DATED:  November 5, 2010          MORRISON & FOERSTER LLP

By: /s/ Anne K. Davis

DECL. OF CRAIG D. MARTIN ISO AMENDED STIP TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045-SC
pa-1430179

3