DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for defendants Countrywide Securities Corporation
and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br>  PLAINTIFF, <br><br> V. <br><br> DEUTSCHE BANK SECURITIES INC., ET. AL., <br><br>  DEFENDANTS. | C-10-3039-SC <br><br> CASE NO.   ~~CV-03039~~ SC <br><br> **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND ~~[PROPOSED]~~ ORDER** <br><br><br> C-10-3045-SC |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, <br><br>  PLAINTIFF, <br><br> V. <br><br> CREDIT SUISSE SECURITIES (USA) LLC, ET. AL., <br><br>  DEFENDANTS. | CASE NO.   ~~CV-03045~~ SC <br><br> **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 6-1(b) for the Northern District of California, the parties, by and through their undersigned attorneys, stipulate as follows:

WHEREAS, on July 12, 2010 the Court set the initial Case Management Conference and ADR Deadlines in No. 3:10-CV-03039-SC;

WHEREAS, pursuant to the Court's July 12, 2010 order, if the initial Case Management Conference is continued, the other deadlines are continued accordingly;

WHEREAS, on July 28, 2010 the Court ordered the above captioned cases related;

WHEREAS, the initial Case Management Conference is currently scheduled for November 15, 2010;

WHEREAS, on August 11, 2010, plaintiff filed motions to remand this action and its related case, *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et. al.*, No. 3:10-cv-03045-SC, to the California Superior Court for the County of San Francisco;

WHEREAS, on September 24, 2010, defendants filed oppositions to plaintiff's motions to remand both cases;

WHEREAS, on October 6, 2010, the parties stipulated to extend defendants' time to answer or otherwise respond to the Amended Complaint to on or before twenty-one (21) days after issuance of the Court's decision on plaintiff's motions to remand;

WHEREAS, on October 19, 2010, plaintiff filed replies to defendants' oppositions to the remand motions; and

WHEREAS in the interest of judicial economy, the parties jointly request that the Court continue the Case Management Conference until February 11, 2011 at 10:00 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1    1.  The initial Case Management Conference shall take place on February 11, 2011, or as
2    soon thereafter as may be scheduled by the Court.
3         IT IS SO STIPULATED.
4
5    Dated: November 5, 2010         Respectfully submitted:
6                                    Darryl P. Rains
                                     Eugene Illovsky
7                                    Craig D. Martin
                                     MORRISON & FOERSTER LLP
8
9
                                     By:  /s/ Darryl P. Rains
10                                           Darryl P. Rains
11                                   Attorneys for defendants
                                     COUNTRYWIDE SECURITIES
12                                   CORPORATION and MERRILL LYNCH,
                                     PIERCE, FENNER & SMITH, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

3

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | DAVIS POLK & WARDWELL LLP |

Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh (*admitted pro hac vice*)
William J. Fenrich (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800


By:   /s/ Neal A. Potischman
          Neal A. Potischman

Attorneys for defendant
MORGAN STANLEY & CO.
INCORPORATED

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

4

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | LATHAM & WATKINS LLP |
| 2 | | William R. Pearson (SBN 224079) |
| 3 | | 505 Montgomery Street |
| | | San Francisco, California 94111-6538 |
| 4 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |

Dated: November 5, 2010

LATHAM & WATKINS LLP

William R. Pearson (SBN 224079)
505 Montgomery Street
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

OF COUNSEL:

Jamie L. Wine (SBN 181373)
James E. Brandt
Richard D. Owens
John M. Falzone (*admitted pro hac vice*)
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


By:   /s/ William R. Pearson
          William R. Pearson

Attorneys for defendants
DEUTSCHE BANK SECURITIES, INC.;
DEUTSCHE ALT-A SECURITIES, INC.; and
DB STRUCTURED PRODUCTS, INC.

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | BINGHAM MCCUTCHEN LLP |
| 2 | | John D. Pernick (SBN 155468) |
| 3 | | Suneeta D. Fernandes (SBN 257772) |
| | | Three Embarcadero Center |
| 4 | | San Francisco, California 9411-4067 |
| | | Telephone: (415) 393-2000 |
| 5 | | Facsimile: (415) 393-2286 |
| 6 | | |
| | | Kenneth I. Schacter (*admitted pro hac vice*) |
| 7 | | Theo J. Robins (*admitted pro hac vice*) |
| | | Brandyne S. Warren (*admitted pro hac vice*) |
| 8 | | 399 Park Avenue |
| | | New York, New York 10022-4689 |
| 9 | | Telephone: (212) 705-7000 |
| 10 | | Facsimile: (212) 752-5378 |

By: /s/ John D. Pernick
    John D. Pernick

Attorneys for defendants
J.P. MORGAN SECURITIES, INC.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II, INC.; THE BEAR
STEARNS COMPANIES, LLC, WAMU
CAPITAL CORPORATION and
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORPORATION

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | Robert J. Stumpf, Jr. (SBN 72851) |
| | | Four Embarcadero Center, 17th Floor |
| 4 | | San Francisco, California 94111 |
| | | Telephone: (415) 434-9100 |
| 5 | | Facsimile: (415) 434-3947 |
| 6 | | Of Counsel: |
| 7 | | |
| | | CRAVATH, SWAINE & MOORE LLP |
| 8 | | Richard W. Clary |
| | | Michael T. Reynolds (*admitted pro hac vice*) |
| 9 | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| 10 | | New York, New York 10019 |
| | | Telephone: 212-474-1000 |
| 11 | | Facsimile: 212-474-3700 |
| 12 | | |
| 13 | | |
| | | By:   /s/ Robert J. Stumpf, Jr. |
| 14 | | Robert J. Stumpf, Jr. |
| 15 | | Attorneys for defendant |
| | | CREDIT SUISSE SECURITIES (USA), LLC, |
| 16 | | f/k/a/ CREDIT SUISSE FIRST BOSTON LLC |

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

7

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | SIMPSON THACHER & BARTLETT LLP |

Alexis Coll-Very (SBN: 212735)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Thomas C. Rice (*admitted pro hac vice*)
Alan Turner (*admitted pro hac vice*)
Jason R. Meltzer (*admitted pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502


By:   /s/ Alexis Coll-Very
         Alexis Coll-Very

Attorneys for defendants
RBS SECURITIES INC., f/k/a/ GREENWICH CAPITAL MARKETS, INC.; RBS ACCEPTANCE INC. f/k/a/ GREENWICH CAPITAL ACCEPTANCE, INC. and RBS HOLDINGS USA INC. f/k/a/ GREENWICH CAPITAL HOLDINGS, INC.

```
 1   Dated: November 5, 2010        PAUL, HASTINGS, JANOFSKY &
                                    WALKER LLP
 2
                                    William F. Sullivan
 3                                  Howard M. Privette
                                    John S. Durrant
 4                                  515 South Flower Street, 25th Floor
                                    Los Angeles, California 90071-2228
 5                                  Telephone: (213) 683-6000
                                    Facsimile: (213) 627-0705
 6
                                    Edward Han
 7                                  55 Second Street, 24th Floor
                                    San Francisco, California 94127
 8                                  Telephone: (415) 865-7000
                                    Facsimile: (415) 865-7100
 9
10

11
                                    By:   /s/ William F. Sullivan
12                                            William F. Sullivan

13                                  Attorneys for defendants
                                    UBS SECURITIES, LLC and MORTGAGE
14                                  ASSET SECURITIZATION
                                    TRANSACTIONS, INC.
15
```

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

9

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
| 2 | | |
| 3 | | Robert A. Goodin (SBN 061302) |
| | | Francine T. Radford (SBN 168269) |
| 4 | | Anne H. Hartman (SBN 184556) |
| | | 505 Sansome Street, Suite 900 |
| 5 | | San Francisco, California 94111 |
| | | Telephone: (415) 392-7900 |
| 6 | | Facsimile: (415) 398-4321 |
| 7 | | |
| | | and |
| 8 | | |
| | | GRAIS & ELLSWORTH LLP |
| 9 | | David J. Grais (*admitted pro hac vice*) |
| | | Kathryn C. Ellsworth (*admitted pro hac vice*) |
| 10 | | Owen L. Cryulnik (*admitted pro hac vice*) |
| | | Leanne M. Wilson (*admitted pro hac vice*) |
| 11 | | 70 East 55th Street |
| 12 | | New York, New York 10022 |
| | | Telephone: (212) 755-0100 |
| 13 | | Facsimile: (212) 755-0052 |

16    By: ___/s/ Anne H. Hartman___
              Anne H. Hartman

Attorneys for plaintiff
FEDERAL HOME LOAN BANK OF SAN FRANCISCO

1 ~~[PROPOSED]~~ **ORDER**

2 An Amended Stipulated Request for an Order Extending the Initial Case Management

3 Conference was submitted to this Court, the Honorable Samuel Conti presiding. Having

4 reviewed the Amended Stipulation, and all other papers and good cause appearing,

5 IT IS HEREBY ORDERED:

6 The initial Case Management Conference shall take place on February 11, 2011 at 10:00

7 a.m., or as soon thereafter as may be scheduled by the Court;

9 PURSUANT TO AMENDED STIPULATION, IT IS SO ORDERED.

11 Dated: 11/8/10

Honorable Samuel Conti
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Samuel Conti]*

AMENDED STIPULATION TO EXTEND INITIAL CMC AND RELATED DEADLINES
CASE NO. CV-03039-SC & CV-03045 SC
pa-1430168

11

# GENERAL ORDER 45 ATTESTATION

I, Anne Davis, am the ECF User whose ID and password was used to file this **AMENDED STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**. In compliance with General Order 45, Section X.B, I hereby attest that Darryl P. Rains, counsel for Defendants Countrywide Securities Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.; Anne H. Hartman, counsel for Plaintiff Federal Home Loan Bank of San Francisco; Neil A. Potischman, counsel for Defendant Morgan Stanley & Co. Incorporated, William R. Pearson, counsel for Defendants Deutsche Bank Securities, Inc., Deutsche Alt-A Securities, Inc. and DB Structured Products, Inc.; John D. Pernick, counsel for Defendants J.P. Morgan Securities, Inc., Structured Asset Mortgage Investments II, Inc., The Bear Sterns Companies, LLC, WaMu Capital Corporation, and Washington Mutual Mortgage Securities Corporation; Robert J. Stumpf, Jr., counsel for Defendant Credit Suisse Securities (USA), LLC, f/k/a Credit Suisse First Boston LLC; Alexis Coll-Very, counsel for Defendants RBS Securities Inc., RBS Acceptance Inc., and RBS Holdings USA Inc.; and William F. Sullivan, counsel for Defendants UBS Securities, LLC and Mortgage Asset Securitization Transactions, Inc. concurred in this filing.

Dated: November 5, 2010

MORRISON & FOERSTER LLP

By:   /s/ Anne Davis
         Anne Davis