1  Stephen D. Hibbard (State Bar No. 177865)
   Jared R. Sams (State Bar No. 251922)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105
   Telephone:  (415) 616-1100
4  Facsimile:  (415) 616-1199
   Email:      shibbard@shearman.com
5              jared.sams@shearman.com

6  Attorneys for Defendant Countrywide Securities
   Corporation
7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12 | FEDERAL HOME LOAN BANK OF SAN | Case No.: CV-10-03039 SC
   | FRANCISCO,
13 |
   |                                | DEFENDANT COUNTRYWIDE
14 |              Plaintiff,         | SECURITIES CORPORATION'S
   |                                | NOTICE OF SUBSTITUTION OF
15 |      v.                        | COUNSEL AND [PROPOSED] ORDER
   | DEUTSCHE BANK SECURITIES, INC.,
16 | et al.,                        | Judge:  Hon. Samuel Conti
   |
17 |              Defendants.

TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Countrywide Securities Corporation hereby substitutes Stephen D. Hibbard and Jared R. Sams and the law firm of Shearman & Sterling LLP as its attorneys of record in place of Darryl P. Rains, Craig D. Martin, Eugene G. Illovsky, Anne K. Davis, and Victor Meng and the law firm of Morrison & Foerster LLP. Mr. Hibbard and Mr. Sams are admitted to practice before this Court. The new contact information for Countrywide Securities Corporation's counsel of record is as follows:

> Stephen D. Hibbard
> Jared R. Sams
> SHEARMAN & STERLING LLP
> 525 Market Street, Suite 1500
> San Francisco, CA 94105
> Telephone: (415) 616-1100
> Facsimile: (415) 616-1199
> shibbard@shearman.com
> jared.sams@shearman.com

Dated: November 18, 2010        I consent to the substitution of counsel.

COUNTRYWIDE SECURITIES CORPORATION

By: ____/s/____
Michael Schloessmann
President

Dated: November 19, 2010        I have given proper notice and further consent to the above substitution.

MORRISON & FOERSTER LLP

By: ____/s/____
Darryl P. Rains

Dated: November 19, 2010        I consent to the substitution of counsel.

SHEARING & STERLING LLP

By: ____/s/____
Stephen D. Hibbard

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER      1      CASE NO.: CV-10-03039 SC

291648

[PROPOSED] ORDER

The foregoing substitution of attorneys is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

IT IS SO ORDERED.

Dated: November __, 2010

_____
HON. SAMUEL CONTI

1 ATTESTATION PURSUANT TO GENERAL ORDER 45

2  I, Stephen D. Hibbard, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of November, 2010 in San Francisco, California.

By: _____/s/_____
Stephen D. Hibbard

Counsel for Defendant Countrywide Securities Corporation