Stephen D. Hibbard (State Bar No. 177865)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com

Adam S. Hakki (*pro hac vice* application pending)
Daniel H.R. Laguardia (*pro hac vice* application pending)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: ahakki@shearman.com
daniel.laguardia@shearman.com

Attorneys for Defendant Countrywide Securities Corporation

RECEIVED 2010 DEC 15 P 2:42 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>Defendants. | Case No.: CV-10-03039 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL H.R. LAGUARDIA *PRO HAC VICE* |

1  Daniel H.R. Laguardia, whose business address and telephone number is Shearman &
2  Sterling LLP, 599 Lexington Avenue, New York, NY 10022, (212) 848-4000, and who is an
3  active member in good standing of the bar of New York and admitted to practice in the United
4  States District Courts for the Southern and Eastern Districts of New York, the United States Court
5  of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the
6  United States Court of Appeals for the Fifth Circuit, and the State of New York, First Judicial
7  Department, having applied in the above-entitled action for admission to practice in the Northern
8  District of California on a *pro hac vice* basis, representing Defendant Countrywide Securities
9  Corporation.

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
12  *vice*. Service of papers upon and communication with co-counsel designated in the application
13  will constitute notice to the party. All future filings in this action are subject to the requirements
14  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/16/10



THE HON ~~IT IS SO ORDERED~~ CONTI
UNITED JUDGE
Judge Samuel Conti

[~~PROPOSED~~] ORDER GRANTING                    1                    CASE NO.: CV-10-03039 SC
APPLICATION FOR ADMISSION OF
DANIEL H.R. LAGUARDIA *PRO HAC VICE*                                                  292073