<pre>
Stephen D. Hibbard (State Bar No. 177865)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:   (415) 616-1100
Facsimile:   (415) 616-1199
Email:       shibbard@shearman.com

Adam S. Hakki (*pro hac vice* application pending)
Daniel H.R. Laguardia (*pro hac vice* application pending)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   (212) 848-4000
Facsimile:   (212) 848-7179
Email:       ahakki@shearman.com
             daniel.laguardia@shearman.com

Attorneys for Defendant Countrywide Securities Corporation
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC., et al.,<br><br>Defendants. | Case No.: CV-10-03039 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ADAM S. HAKKI *PRO HAC VICE* |

1  Adam S. Hakki, whose business address and telephone number is Shearman & Sterling
2  LLP, 599 Lexington Avenue, New York, NY 10022, (212) 848-4000, and who is an active
3  member in good standing of the bar of New York and admitted to practice in the United States
4  District Courts for the Southern and Eastern Districts of New York, the United States Court of
5  Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the
6  United States Court of Appeals for the Eleventh Circuit, and the State of New York, First Judicial
7  Department, having applied in the above-entitled action for admission to practice in the Northern
8  District of California on a *pro hac vice* basis, representing Defendant Countrywide Securities
9  Corporation.

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
12  *vice*. Service of papers upon and communication with co-counsel designated in the application
13  will constitute notice to the party. All future filings in this action are subject to the requirements
14  contained in General Order No. 45, *Electronic Case Filing*.

17  Dated: 12/16/10



THE HO̶N̶O̶R̶A̶B̶L̶E̶ SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING          1          CASE NO.: CV-10-03039 SC
APPLICATION FOR ADMISSION OF
ADAM S. HAKKI *PRO HAC VICE*                                        292064